IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERARD SCARANO, H. J. BRAMLETT, EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO, and BENJAMIN CAPP, as Trustees of, and on behalf of, the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,
620 F Street, N.W.
Washington, DC 20004
(202) 783-3788,

and

JIM ALLEN, MATTHEW AQUILINE, LON BEST, JAMES BOLAND, TED CHAMP, RAYMOND CHAPMAN, VINCENT DELAZZERO, BRUCE DEXTER, JOHN FLYNN, EUGENE GEORGE, GREGORY HESS, FRED KINATEDER, DAN KWIATKOWSKI, KEN LAMBERT, SANTO LANZAFAME, DICK LAUBER, WILLIAM MCCONNELL, EDWARD NAVARRO, GERALD O'MALLEY, JOHN PHILLIPS, CHARLES RASO, MARK ROSE, KEVIN RYAN, GERARD SCARANO, MICHAEL SCHMERBECK, PAUL SONGER, JOSEPH SPERANZA, and FRED VAUTOUR, as Trustees of, and on behalf of, the INTERNATIONAL MASONRY INSTITUTE,
620 F Street, N.W.
Washington, DC 20004
(202) 783-3788,

Plaintiffs,

v.

BOGNER CONSTRUCTION COMPANY,
c/o Cc&J Agents, Inc.
225 North Market Street
Wooster, OH 44691,

Civil Action No.

and )
)
BCMC, INC, )
c/o Cc&J Agents, Inc. )
225 North Market Street )
Wooster, OH 44691, )
)
Defendants. )
)

**COMPLAINT**

Plaintiffs, by their attorneys, DICKSTEIN SHAPIRO LLP, complaining of the Defendants, allege as follows:

**CAUSE OF ACTION**

**Jurisdiction and Venue**

1. This is an action brought by the fiduciaries of the Bricklayers & Trowel Trades International Pension Fund ("IPF"), and the fiduciaries of the International Masonry Institute ("IMI") to enforce the terms of the Plan and Trust Agreements adopted by the IPF and IMI, and the provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). This action arises under the laws of the United States, specifically Section 502(a)(3), 502(g)(2), and 515 of ERISA, 29 U.S.C. §§ 1132(a)(3), 1132(g)(2), 1145. Pursuant to Section 502(e)(1) of ERISA, 29 U.S.C. § 1132(e)(1), jurisdiction is therefore conferred on this Court.

2. The IPF and IMI are administered in the District of Columbia. Venue for the claims asserted by the IPF and IMI is conferred on this Court pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2), which provides:

> (2) Where an action under this subchapter is brought in a district court of the United States, it may be brought in the district where the plan is administered, where the breach took place, or where a defendant resides or

may be found, and process may be served in any other district where a defendant resides or may be found.

**Parties**

3. Plaintiffs, John Flynn, James Boland, Gerald O'Malley, Ken Lambert, Gerard Scarano, H. J. Bramlett, Eugene George, Paul Songer, Charles Velardo, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, Vincent DeLazzero and Benjamin Capp, are Trustees of, and sue on behalf of, the IPF. The IPF is an "employee benefit plan" within the meaning of Section 3(3) of ERISA, 29 U.S.C. § 1002(3), and is a "multiemployer plan" within the meaning of Section 3(37) of ERISA, 29 U.S.C. § 1002(37). The IPF trustees bring this action on behalf of, and for the benefit of, the beneficiaries of the IPF in their respective capacities as fiduciaries.

4. Plaintiffs, Jim Allen, Matthew Aquiline, Lon Best, James Boland, Ted Champ, Raymond Chapman, Vincent Delazzero, Bruce Dexter, John Flynn, Eugene George, Gregory Hess, Fred Kinateder, Dan Kwiatkowski, Ken Lambert, Santo Lanzafame, Dick Lauber, William McConnell, Edward Navarro, Gerald O'Malley, John Phllips, Charles Raso, Mark Rose, Kevin Ryan, Gerard Scarano, Michael Schmerbeck, Paul Songer, Joseph Speranza and Fred Vautour, are Trustees of, and sue on behalf of the IMI. The IMI is an "employee benefit plan" within the meaning of Section 3(3) of ERISA, 29 U.S.C. § 1002(3), and is a "multiemployer plan" within the meaning of Section 3(37) of ERISA, 29 U.S.C. § 1002(37). The IMI trustees bring this action on behalf of, and for the benefit of, the beneficiaries of the IMI in their respective capacities as fiduciaries.

5. The IPF also is authorized to file suit on behalf of certain affilliated Local Bricklayer funds, including The Ohio Bricklayers Pension Fund, pursuant to assignments of claim.

13. As alter egos, Defendants Bogner and BCMC are jointly and severally liable for each other's debts and obligations. Defendants are liable for the contributions that should have been paid into the IPF and IMI for covered work performed by employees and/or subcontractors of BCMC.

14. The total contributions due the IPF and IMI by Defendants for covered work performed by Defendants during the months of August 1997 through June 2004 is presently unknown, but will be liquidated as a result of this lawsuit.

15. Under the terms of the Plan and Trust Agreements adopted by the IPF and IMI, Plaintiffs are entitled to interest on the amount of delinquent contributions at the rate of 15 percent per annum and the greater of an additional computation of interest, at the rate of 15 percent per annum, or liquidated damages at the rate of 20 percent.

16. Plaintiffs have brought this action in faithful performance of the fiduciary duties imposed upon them under Section 404(a)(1) of ERISA, 29 U.S.C. § 1104(a)(1). Plaintiffs have been, and are, incurring additional attorney's fees as a direct result of Defendants' failure to make contributions in accordance with the terms and conditions of the Agreements.

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. In an amount to be determined:

a. For unpaid contributions payable to the IPF and IMI for work performed during August 1997 through June 2004 (ERISA Section 502(g)(2)(A); General Collection Procedures of the Central Collection Unit of the Bricklayers and Allied Craftworkers ("Collection Procedures));

b. For interest assessed on such unpaid contributions, calculated at 15 percent per annum from the Due Date (ERISA Section 502(g)(2)(B); Collection Procedures);

13. As alter egos, Defendants Bogner and BCMC are jointly and severally liable for each other's debts and obligations. Defendants are liable for the contributions that should have been paid into the IPF and IMI for covered work performed by employees and/or subcontractors of BCMC.

14. The total contributions due the IPF and IMI by Defendants for covered work performed by Defendants during the months of August 1997 through June 2004 is presently unknown, but will be liquidated as a result of this lawsuit.

15. Under the terms of the Plan and Trust Agreements adopted by the IPF and IMI, Plaintiffs are entitled to interest on the amount of delinquent contributions at the rate of 15 percent per annum and the greater of an additional computation of interest, at the rate of 15 percent per annum, or liquidated damages at the rate of 20 percent.

16. Plaintiffs have brought this action in faithful performance of the fiduciary duties imposed upon them under Section 404(a)(1) of ERISA, 29 U.S.C. § 1104(a)(1). Plaintiffs have been, and are, incurring additional attorney's fees as a direct result of Defendants' failure to make contributions in accordance with the terms and conditions of the Agreements.

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. In an amount to be determined:

a. For unpaid contributions payable to the IPF and IMI for work performed during August 1997 through June 2004 (ERISA Section 502(g)(2)(A); General Collection Procedures of the Central Collection Unit of the Bricklayers and Allied Craftworkers ("Collection Procedures));

b. For interest assessed on such unpaid contributions, calculated at 15 percent per annum from the Due Date (ERISA Section 502(g)(2)(B); Collection Procedures);

c. For the greater of an additional computation of interest assessed on such unpaid contributions, calculated at the rate of 15 percent per annum from the Due Date, or liquidated damages at 20 percent (ERISA Section 502(g)(2)(C)(i); Collection Procedures);

d. For the costs of filing this action in the amount of $350.00 (ERISA Section 502(g)(2)(D));

e. In the amount of Five Thousand Dollars ($5,000.00), and such additional amounts as may be incurred, representing attorney's fees and costs of this action (ERISA Section 502(g)(2)(D)).

2. Such other relief as this Court deems appropriate.

Dated: June 27, 2007

By: [signature]

Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-2200

Attorneys for Plaintiffs



2254777.01

JS-44
(Rev.1/05 DC)

CIVIL COVER SHEET

**I (a) PLAINTIFFS**

JOHN FLYNN, et al.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Ira R. Mitzner (202) 420-2200
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006

**DEFENDANTS**

BOGNER CONSTRUCTION COMPANY
and BCMC, INC.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**○ A. *Antitrust***

- ☐ 410 Antitrust

**○ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. *General Civil (Other)*** OR **○ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| O G. *Habeas Corpus/ 2255* | O H. *Employment Discrimination* | O I. *FOIA/PRIVACY ACT* | O J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ⦿ K. *Labor/ERISA (non-employment)* | O L. *Other Civil Rights (non-employment)* | O M. *Contract* | O N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☒ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⦿ 1 Original Proceeding  O 2 Removed from State Court  O 3 Remanded from Appellate Court  O 4 Reinstated or Reopened  O 5 Transferred from another district (specify)  O 6 Multi district Litigation  O 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

ERISA - Complaint filed for recovery of delinquent contributions - 29 U.S.C. Sections 1002, 1132, 1145

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** ________ Check YES only if demanded in complaint **JURY DEMAND:** YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

**DATE** 6/27/07 **SIGNATURE OF ATTORNEY OF RECORD** [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

OH9616

# BRICKLAYERS' AGREEMENT 1996 - 1999

RECEIVED JUN 07 1996

## NORTHERN OHIO / ADMINISTRATIVE DISTRICT COUNCIL - LOCAL #6 CANTON, OHIO



**INTERNATIONAL UNION OF BRICKLAYERS & ALLIED CRAFTSWORKERS of AMERICA, AFL - CIO**

OH9616

RECEIVED JUN 07 1996

TABLE OF CONTENT PAGE

ARTICLE I
CRAFT JURISDICTION ........ 2

ARTICLE II
UNION REPRESENTATION AND HIRING ........ 5

ARTICLE III
LOCAL DUES / CHECK OFF ........ 6

ARTICLE IV
WORKING CONDITIONS ........ 7

ARTICLE V
WORKING RULES ........ 9

ARTICLE VI
HOURS OF WORK, PAY DAY, REPORTING, OVERTIME ........ 10

ARTICLE VII
GENERAL WORKING CONDITIONS AND CODE ........ 12

ARTICLE VIII
FIREBRICK WORKING CODE ........ 14

ARTICLE IX
APPRENTICES ........ 14

ARTICLE X
FRINGE BENEFIT FUNDS ........ 16

ARTICLE XI
JURISDICTION DISPUTES, GRIEVANCE PROCEDURE
ARBITRATION ........ 17

ARTICLE XII
CEMENT MASONS WORK AND CONDITIONS
COUNTIES OF CARROLL & TUSCARAWAS ........ 18

ARTICLE XIII
SAVINGS / SEPARABILITY ........ 21

OH9616

ARTICLE X I V
CONFLICTING AGREEMENTS .......... 22

ARTICLE X V
DURATION OF AGREEMENT .......... 22

ARTICLE X V I
DRUG / ALCOHOL POLICY .......... 22

INTERNATIONAL PENSION FUND .......... 23

OH9616

BRICKLAYERS
AGREEMENT

1. This Agreement, made and entered into by and between the Mason Contractors hereinafter called the " CONTRACTOR", AND THE I.U. of B. & A. C. , Local Union #6 Ohio hereinafter called the "UNION", to define and agree to the conditions and wages under which employees shall work, and to define all classifications of work and to prevent strikes or lockouts and adjust grievances in a peaceful and dignified manner.

2. It is agreed and understood that the liabilities of the Contractor and the Local Union subscribing hereto shall be several and not joint.

3. The provisions of the Agreement shall govern the employment of and conditions under which employees shall work and rates of pay they shall receive on work as defined herein for the following Ohio countries:

Carroll, Stark, and Tuscarawas; Townships of Knox, Butler, West and Hanover in Columbiana County.

4. The Contractors upon signing this Agreement and furnishing the following information in good order and up-to-date prior to entering this jurisdiction;

1. Ohio Workman's Compensation
2. Ohio Unemployment Compensation
3. Employer Registration or Identification Number
4. A Surety Bond in the amount of #10,000 to insure the Member's Payroll and fringe benefits.

If the four items above mentioned are not in good order and do not satisfy the Union as to their validity, the Contractor shall not be register, in which case the members are forbidden to work for such Contractor or Employer.

5. A committee of like numbers of Contractors and Union will be set up to develop a Drug and Alcohol Policy

OH9616

ARTICLE 1
CRAFT JURISDICTION

6. Bricklaying- Laying of all brick, caulking, pointing and the final cleaning of all masonry, the cutting, grinding and rubbing of all kinds of brick when the work is performed on the job, the cutting of any opening up to 40 sq. feet, the cutting out of all masonry that will be replaced by masonry or substitute for masonry, will be done by the Bricklayer, cutting of chases two (2) inches or less which can be cut by other trades for use in the connection with their work is not to exceed four (4) hours time, setting of all cutstone, the laying of all rubble work with or without mortar, the cutting and setting of cement blocks or artificial stone, the cutting, setting pointing and cleaning of terrocotta before being placed on the wall, all plastering of exterior wall below grade, arch tile floors and tile fireproofing of structured steel, mineral wool, cork block styrofoam. Boyardi tile, the tucking pointing and setting and grouting of all wood plates, bearing plates and any other grouting of all wood plates, bearing plates and any other materials set in mortar or cement or any other type of cement, or substitutes for the above mentioned material.

The cutting, setting, cleaning and pointing of concrete slabs whether used for walls, floors, or ceiling or retaining walls, or all widths and sizes and weight, regardless of who makes the slabs or whatever patented name the slabs may be called. The caulking, grouting, pointing, and cleaning of all precast slab regardless if they are set in mortar or welded to steel or anchored other ways shall also be the work of the Bricklayer. If a composite crew is used, Bricklayer shall be on it.

Pointing, cleaning, caulking shall consist of the pointing , cleaning, caulking of all types of masonry precast slabs, etc. , the caulking of all window frames, door frames or apertures incased in masonry, brick, stone or concrete structures, including all grinding and cutting out of such work and all sand blasting, steam cleaning and gunnite work. The pointing, cleaning and weather-proofing of all building, grain elevators and chimneys built of stone, brick or concrete, it shall include all cutting out, sandblasting and gunnite work on same. Cleaning is defined as rubbing walls, tile brick and block, also washing down with soap or other cleaning solution.

The Bricklayer shall caulk all openings and expansion joints that are built in masonry walls and all abutting units. The Bricklayer shall fill in all masonry walls with mortar, vermiculite or other insulating materials, and concrete or sand at the Contractors option. The Bricklayer shall install agains masonry wall clips or fasteners which are to receive insulating materials normally installed by the Bricklayer. The Bricklayer may also use epoxy to install masonry units and to attach the aforementioned clips or fasteners. The grouting of all precast, pointing of precast, the pudding of all refractories and the pointing on coolers (blast furnaces) is work of the Bricklayer.

The installation and erection, including the cutting, fitting, bedding, pointing, caulking patching, grouting, plumbing, aligning, leveling and anchoring including bolting and welding, of any type of fabricated or prefabricated brick, block or stone masonry units when installed in masonry hearing buildings shall be exclusive work of the members of the International Union of Bricklayers and allied Craftsworkers. The unit referred to here shall be fabricated by Bricklayer, Member of the I.U. of B.A.C.

7. STONE MASONRY -- Stone masonry shall consist of laying all rubble work, with or without mortar, setting of all cut stone, marble, slate or stone work (meaning as to stone, any work manufactured from such foreign or domestic products as are specified and used in the interior or on the exterior of building by architects, and customarily called stone in the trade).

Cutting all shoddies, broken ashler or random ashler that is roughly dressed upon beds and joints, and range ashler not over ten (10) inches in height, the dressing of all jambs, corners, and ringstones that are roughly dressed upon beds, joints or reveals, and the cutting of a draft upon same for plumbing purpose only, and the cleaning and pointing of stone work, this is apply to all work on building sewers, bridges, railroads, or other public works, and to all kinds of stone, particularly to the products of the locality where the work is being done, and the same shall be considered stone masonry. Stone masons shall have the right to use all tools necessary in the performance of their work.

8. ARTIFICIAL MASONRY -- The cutting, setting and pointing of cement blocks, brickcretes, cement brick and any other concrete product used in the exterior or interior of building when set by the usual customs of the journeyman mechanic, and the controller of all substitute materials for the clay or stone products used in the backing up of external walls, the building of party walls, columns, griders, beams, floor, stairs and arches and the plastering of all external walls to grade with cement plaster and any building being constructed or repaired.

The Bricklayer shall drill all holes in the masonry unit missed in the prefabrication of the masonry unit. The Bricklayer shall do all work required to anchor masonry units when done on the job site. The Bricklayer may use power tools in the performance of his duties. Welding torches are tools of the trade and shall not be limited to any single craft. Equipment shall be provided for by the employer.

9. TILE LAYERS -- The laying or setting of all tile where used for floors, walls, ceiling walks, promenade roofs, stair treads, stair risers, facings, hearth, fireplaces, and decorative inserts, together with any marble plinths, thresholds or window sills, or stools used in connection with any tile work; also prepare and set all concrete, cement, brickwork or other foundations or material that may be required to properly set complete such work; the setting or bedding of all tiling, stone, marble, composition, glass, mosaic, or other materials forming the facing hearth or mantle of a fireplace, or the mantle complete, together with the setting of all cement, brickwork or other material required in connection with the above work; also the slabbing and fabricating of tile mantles, counters and the tile panels of every description and the erection and installation of same. The building, shaping forming, construction or repairing of all fireplace work, whether in connection with the mantle, hearth, or facing or not, and the setting and preparing of all materials such as cement, plaster, mortar, brickwork, ironwork, or other materials necessary for the proper and safe construction and completion as such work, except that a mantle made exclusively of brick, marble or stone, shall be conceded to the bricklayers, marble or stone, shall be conceded to the bricklayers, marble setters, or stone mason, respectively.

It will be understood that the word "tile" refers to all burned clay products as used in the tile industry, either glazed or unglazed and to all composition materials made in single units up

OH9816

to 15" x 20" x 2", except quarry tiles larger than 9" x 9" x 1 1/4", also to mixtures in the tile form of cement that are made for and intended for use as a finished floor surface, whether upon interior or exterior floors, stairs, promenade roofs, garden walks, interior walls, ceilings swimming pools, and all places where tile may be used to form a finished surface for practical use, sanitary finish or decorative purposes, for setting all accessories when built in walls, or for decorative inserts in other materials.

10. MARBLE MASONS -- Marble masons jurisdiction claims consist of the carving, cutting, setting of all marble, slate, stone, albereen, semionyx, vitrolite and similar opaque glass, scagiola, marbleithis and all artificial imitation or cast of whatever thickness or dimensions. This shall apply to all interior work, such as sanitary, decorative and other purposes inside building of every description whenever required, including all polish, bones or sand finish, also the cutting and fitting of above materials after same leave mills of ship, and the laying of all marble tile, slate tile and terrazzo tile. Foreman over any marble masonry shall be marble setters, at no time shall anyone other than a marble mason be a foreman.

11. MOSAIC AND TERRAZZO WORKERS -- Marble Mosaic, venetian enamel and terrazzo, the cutting assembling of art ceramic, glass mosaic, the casting of all terrazzo in shops and mills. All scratch coat on walls and ceilings where mosaic and terrazzo is to be applied shall be done by plasterers, with an allowance of not less than one-half (1/2") inch bed to be conceded to mosaic and terrazzo workers. All bedding above concrete floors or walls that preparation laying or setting of metal or wooden strips and grounds, shall terrazzo workers work. All terrazzo finished (rustic) or rough washed for interior or exterior of buildings, or any substitute that is applied under the same method as mosaic or terrazzo workers. Cutting and assembling of art ceramic and glass mosaic comes under jurisdiction of mosaic workers and the setting of the same shall be done by the tile setters.

12. PLASTERING -- All exterior or interior plastering , plain and ornamental, when done with stucco, cement and lime mortars or patent substitutes or material, artificial marble work, when applied in plastic form, composition work in all its branches, the covering of all walls, ceiling, soffits, pier columns or any other part of construction of any sort when covered with any plastic material in the usual methods of plastering is the work of the plasterer. The casting and sticking of all ornaments of plaster or plastic compositions, the cutting and filling of cracks, all cornices, molding, coves and bull noses shall be run in place on rods and white mortar screens and with regular mold and all substitute of any kind when applied in plastic form with a trowel or substitute for same, is the work of the plasterer.

Any decision of international Union covering artificial masonry, precast panels, nail-ons, etc. shall incorporated in this agreement as part of the craft jurisdiction.

OH9616

ARTICLE I I
UNION REPRESENTATION AND HIRING

13. UNION SECURITY -- Subject to the provisions and limitations of the National Labor Relations Act, as amended, all present employees who are members of the Union on the effective date of this Agreement shall continue their membership in the Union for the duration of this Agreement to the extent of paying an initiation fee and membership dues uniformly required as a condition of acquiring or retaining membership in the Union. All employees who are not members of the Union and all persons who hereinafter become employees shall become members of the Union if qualified, on the eighth (8th) day following the beginning of their employment, or on the eighth (8th) day following the effective date of this Agreement, whichever is later, and shall remain a member of the Union, to extent of paying an initiation fee and the membership dues uniformly required as a condition of acquiring or retaining membership in the Union whenever employed under and for the duration of this Agreement.

The Union may notify the Contractor in writing on any default on the part of an employee to pay his initiation fee and or membership dues, and if the employee has not paid his initiation fee and / or membership dues within (7) seven days from the receipt of such written notice, the Contractors shall discharge such employee, provided membership was available under the same terms and conditions generally applicable to other members. Further, all employees who fail to maintain their Union membership as above provided, shall be discharged by the Contractor.

14. STEWARD -- The Contractor shall acknowledge the Steward in the performance of his duties, and allow him reasonable time to carry out such duties.

The first Local Journeyman on the job shall be the Steward, pending the selection of a Steward by the Field Representative. The Steward shall check all Union books.

The Steward, while serving as such, shall have "top" seniority rating. Stewards shall be given preference of employment and overtime as long as there is work available which he is capable of doing. He shall not be discharged or transferred without prior notice to the Union or the Field Representative.

The Steward shall have no authority to call a strike, slowdown of work, or perform any other act that would be in violation of this Agreement. He may, however, be permitted to remove any members from a scaffold or job condition that is hazardous or unsafe.

The Local Union Business Agents may consult with the Steward on the job or with any employee provided it does not unnecessarily interfere with the progress of work on the job. The Union Business Agent shall clear with a representative of the employer when visiting a job.

15. The Contractor agrees to hire (when available) a majority of employees from the Local Union having jurisdiction over the project site. Foreman working with their tools are to be considered part of this ratio. This ratio is meant for the benefit of Local members living in the local jurisdiction, regardless of age, race, creed, color, sex, or national origin.

OH9616

The Contractor does agree to give the Union at least twenty-four (24) hours notice when requesting new members to report for work.

No employee shall work for any Contractor who is not in compliance with the Workman's Compensation Law of Ohio, the Unemployment Insurance Act and the applicable Federal Laws.

The Contractor and Union shall not discriminate in hiring of employees and will conform to State and Federal Laws with respect to hiring. Any employees referred to the Contractor at the Contractor's request and then not put to work by the Contractor shall be paid reporting pay of two (2) hours.

It is a condition of this Agreement, agreed to by both the Union and the Contractor, to provide equal opportunity of employment for all qualified persons, and to prohibit discrimination in employment because of age, race, creed, color, sex, or national origin. There shall be full compliance with all applicable Federal and State statutes, regulations, rules and orders of appropriate Federal and State agencies having jurisdiction over the subject matter of discrimination in employment.

16. SUBCONTRACT PROVISIONS -- The General Contractor agrees that he will not enter into sub-contracts for Bricklayers work covered by this Agreement to be done at the site of the construction, alteration or repair of a building, structure or other work with any Employer who does not have a signed Agreement with the Bricklayer Local #6 of Ohio.

## ARTICLE I I I
## CHECK-OFF AND LOCAL DUES

The Employer shall deduct from the wages of each employee who has signed a check-off authorization conforming to federal law, and transmit monthly to the Union (or to any agencies designed by said Union for the collection of such money), the sum for each hour paid which the Union has specified, or specifies from time to time and so advises the Employer in writing, as the portion of each employee's Union dues to said Union, to its International Union, or to any other affiliate of the International Union, subject to check-off. The sums transmitted shall be accompanied by a statement, in a form specified by the Union, reporting the name of each person whose dues being paid and the number of hours each employee has been paid.

ON9616

ARTICLE I V
WORKING CONDITIONS

17. PRE-JOB CONFERENCE -- It is agreed that upon request of either party a pre-job conference shall be held at least five (5) days prior to the commencing of work. It is further agreed that the Union may request and hold a pre-job conference with the Contractor on an individual basis wherein the following items will be discussed.

A. The Contractors will advise the Local Union Representative of the Contractor's requirement of necessary employees in the classification of work under this Agreement and Local Union will determine and advise the Contractor of ability of the Local Union to fulfill such requirements when requested to do so.

B. Work Schedules.
C. Questions of Jurisdiction and assignment of work.

It is understood that no agreement may be made at the pre-job conference which will, in effect, change, modify or abrogate the Labor Agreement in effect between the two parties hereto.

18. The Union shall place no limitations upon the amount of work which an employee shall perform during the working day and there shall be no restrictions imposed against the use of any type of mechanic tools, applicances or labor saving devices. Materials or equipment may be secured from any market or source except for prison-made goods.

19. SPLIT CREW -- When the crew is split up with one gang working inside and one gang working outside, if inclement weather sets in, the outside gang shall come inside to work.

If the Contractor determines it is necessary to send less than a full crew home such Contractor will give prior notification to the Field Representative who must mutually agree that such action is warranted.

During a pre-job conference, the Union and the Employer will decide whether outside gangs will be required to do inside work in the event of inclement weather.

20. Employees may carry a beverage with them on the job and drink coffee or any other non-alcoholic beverages at any time of their choosing at their work station provided it does not interfere with the progress of the job. One ten (10) minute coffee break will be allow at work station per eight (8) hour shift.

21. The Steward or Field Representative shall be notified prior to the hiring of additional men on a job.

22. FOREMAN -- Only Journeymen Bricklayer Foremen shall give instructions to the Bricklayers. All Bricklayers Foremen shall be members in good standing of the B. & A. C.

OH9616

When two Journeymen are employed on a job, the Contractor shall designate one as Foreman and pay him as such.

Foreman Rate -- To be $1.25 above Journeyman scale.

When seven (7) Journeyman Bricklayers are employed on a job, the Foreman may be excluded from working with his tools. The Foreman may work with his tools regardless of the number of employees he is directing; however, he shall not raise or place lines in walls unless he is working on said wall. He may, however, instruct apprentices. Foreman shall be allowed to lay out work with measuring and marking devices.

It shall be the function of the Foreman to tell the employee what he wants done, how he wants it done and see that the work is properly done. He shall be responsible for the placing of the men, assigning their tasks and maintaining safe working conditions, planning and effective execution of the work. If management deems it necessary that more than one Foreman is required on a job, the second foreman shall be a member of the B. & A. C. Local in which the job is located.

23. The Contractor may discharge any employee for just cause or failure to observe the safety precautions or other rules and regulations prescribed by the Contractor for the health, safety and protection of his employees. However, no employee shall be discharged for defending the rights of a fellow employee under the terms of this Agreement. No Steward will be discharged until a hearing is held between the Field Representative of the Union and the Contractors Representative to hear evidence of the circumstances surrounding the discharge.

24. TRANSFER OF EMPLOYEES -- Employees covered by this Agreement may be offered the opportunity by the Contractor to accept employment on any other project of the Contractor within the individual local jurisdiction of this Agreement, but said employment, if accepted by the Employee, is subject to the terms and conditions of this Agreement.

25. The Contractor will abide by the Safety Code (I. C.-3) of the State of Ohio and with applicable Federal Safety Regulations and it is further agreed that the employee will abide by such safety regulations.

26. Contractors are to furnish a suitable room or shanty for the exclusive use of the Bricklayers, with ample seating capacity and room for the keeping of their tools, clothing and eating their lunch. Said room or shanty shall be kept clean at all times and be heated when necessary from October 1 to May 1. Where combustible fuels are used, all stoves shall have chimneys or flues. Necessary sanitary facilities, properly secluded, shall be provided for the members on all jobs. Contractors shall keep on the job at all times a modern and sanitary container for drinking water. Individual cups shall be furnished and cold water shall be furnished in hot weather.

27. Any employee leaving the job site before quitting time without first notifying the Foreman, shall be sufficient reason for discharge.

OH9616

## ARTICLE V
## WORKING RULES

28. All units exceeding forty (40) pounds per unit, shall require two (2) men to lay them.

29. No steward or Foreman shall act as the exclusive sawman unless he is the only man on the job site.

30. The Contractor agrees to furnish mason line and all mechanical devices for cutting "key-wall" and "Dura-wall" reinforcing. All tools and wearing apparel for cleaning and caulking shall be furnished by the Contractor or Subcontractor.

31. When Bricklayers are employed laying firebrick, artificial stone, or architectural terra-cotta, the Contractor shall furnish all chisels over twelve (12) inches in length and all saws when they are required; he shall pay for all sharpening of mechanics tools when required. The Contractor shall furnish all mechanical devices necessary for the performance of the work classified as brick masonry and artificial masonry.

32. It is agreed that members of I.U. Of B. & A.C. will not required to pick up any "brass" numbers or required to punch a timeclock except as required by an Owner. If "brass" numbers, etc. are required to be picked up, it shall be done after starting time and prior to quitting time.

33. Any man or men laid off after fifteen (15) working days due to lack of work, reduction in forces or any legitimate reason, shall be called back first, if available. This is to apply for thirty (30) days after layoff only. However any member not having fifteen (15) working days shall be transferred or laid off before a member having fifteen (15) working days unless the Contractor has the consent of the Union or its Representative. This section applies only on a job basis and is in no way to be considered on a Company-wide basis. When an employee is laid off or discharged, the Contractor shall furnish the man with a "lay-off" slip, stating the reason for such lay-off or discharge and shall include the correct name and address of the employer and dates of the man's employment. Lay-off checks will be issued at least one-half (1/2) before quitting time with the exception of weekends and holidays. Payoff is then scheduled for the next working day before 12:00 p.m.

34. In cases where the members are compelled to lose time during the regular working day, for the erection and/or the stocking of materials on scaffold or the breakdown of equipment, they shall be paid for four (4) hours if such stoppage occurs before the lunch hour and if such stoppage occurs after the lunch period, they shall be paid for eight (8) hours.

The employees must remain on the job to be eligible for such pay, unless told by the employer that he can leave.

If such breakdown or stoppage carries over to the following day, the men shall be notified whether or not they shall report for work the next day.

35. No employee shall raise the line more than one (1) course at a time except to avoid obstructions.

36. The Contractor agrees that on all cutting machines, he will furnish safety or diamond blades, and will furnish all equipment for cutting (wet or dry) such as respirators, safety goggles, rubber aprons and gloves. A stove or other means of heat shall furnished for the "saw man" in cold weather.

37. The Contractor shall be liable or responsible for the loss of all tools and clothing due to fire or theft by forcible entry while employees are off the job. Such loss of tools and clothing not to exceed Two Hundred ($200.00) Dollars it being understood that employees shall submit a notarized statement shall substantiating the loss. In case of accident by a scaffold breaking the Contractor shall be responsible for damage to tools for a sum not to exceed One Hundred ($100.00) Dollars.

37a. The use of "corner-poles, speed leads and dead men" shall be permitted on all work.

## ARTICLE V I
## HOURS OF WORK, PAY DAY, REPORTING AND OVERTIME PROVISIONS

38. Eight (8) hours pay will be received for eight (8) hours work. The eight hours will be worked between 7:00 a.m. and 4:30 p.m., with a 30 minute lunch break. Clean up time of 10 minutes will be given and the employees will remain on the job until quitting time.

39. If job conditions or the cooperation with other trades warrants same, time worked before 7 a.m., during the noon hour, and after 4:30 p.m. will be at the applicable overtime rate of pay. Five days, Monday through Friday shall constitute a regular work week.

40. Time and one-half (1 1/2) the employee's regular rate of pay shall be paid for all work in excess of eight (8) hours per day or forty (40) hours per week, whichever is greater, but not both.

Time and one-half (1 1/2) the employee's regular rate of pay shall be paid for all work performed on Saturday. If those employees have not worked in excess of four (4) working days thirty-two (32) hours during the preceding five calendar days, Saturday will be a make up day at straight time with a $1.00 premium per hour for all employees who did not work in excess of thirty-two (32) hours for the week due to inclement weather. No outside employees, except for foremen can be bought to the job site on Saturday unless they to are under thirty-two (32) hours for the week.

41. Double the regular rate of pay shall be paid for all work on Sundays and the following Holidays: New Year's Day, Decoration Day, Fourth of July, Labor Day, Thanksgiving Day and Christmas Day. If any of the Holidays fall on Sunday, they shall be observed on the Monday following.

OH9616

42. No overtime work shall be done without the excess permission of the Field Representative. No work shall be performed on Labor day except in cases of extreme emergency.

The above overtime provision applies to all Bricklayers of Local #6 and to all Cement Masons of Local #6.

43. SHIFT WORK -- Where two shifts are employed, the first shift shall work eight (8) hours, the second shift work seven (7) hours and thirty (30) minutes for eight hours pay. When three shifts are employed, the third shift shall work seven (7) hours eight (8) hours pay.

The second and third shifts shall on Friday night work at straight time rates in order to complete a full five-day week.

When two (2) ten (10) hour shifts are worked, the first shift will work nine and one-half (9 1/2) hours with ten hours pay, the second shift will work nine (9) hours with ten hours pay. When two twelve (12) hour shifts are worked, the first shift will work eleven and one-half (11 1/2) hours with twelve (12) hours pay, the second shift will work eleven (11) hours with (12) hours pay.

Under no circumstances shall an employee work more than one shift in any twenty-four (24) hour period.

44. On a one shift operation if any work must be done exclusively after regular working hours said workers shall receive (8) hours pay at the regular scale for seven (7) hours and thirty (30) minutes shall be at the applicable overtime rate.

45. All men working in this jurisdiction shall be paid in currency or check, on the job at least one-half (1/2) hour before quitting time on pay day, pay at two times the regular rate of pay will be paid for the time waiting for checks after quitting time. Five (5) days will be held back if Contractor so desires.

If employees are not working on the regular pay day, they shall be paid, on the job, before 9:00 a.m. The employees shall be paid the regular rate of pay for any time waited thereafter.

Any Contractor who fails to have sufficient funds in the bank to meet all pay checks issued to members of the I.U. of B. & A. C., shall forfeit his right to pay by check. The Contractor shall furnish to each employee a record of the amount paid in the period in which the wages were earned, the number of hours worked and all payroll deductions fully itemized.

46. Employees are to be paid the wages applicable to the work performed without any discount and, in return, the Contractor shall receive a fair and honest day's work without any slowing down or stoppage of work.

OH9616

47. An employee shall be paid in full for any time lost on the day of injury, if in a doctor's opinion he cannot return to work because of an undisputed occupational injury suffered on the job that day.

48. Employees receiving a bad check (non-negotiable) shall receive an additional eight (8) hours wages and, if not paid within twenty-four hours, the members of the I.U. of B. & A. C., shall be removed from the job and shall not return until satisfactory financial arrangement have been made.

49. When the men report to the job at starting time and are not put to work because of inclement weather, the Foreman shall notify the Steward by 10:00 a.m. whether the men shall wait or go home. If told to wait or to go to work at 10;00 a.m., they shall be paid one (1) hour from 10:00 a.m. to 11:00 a.m., any work done after 11:00 a.m., shall be paid for two (2) hours; any work done from 12:30 p.m. to 2:30 p.m. shall be paid for four (4) hours; and if work is done after 2:30 p.m., shall be paid for six (6) hours and the men must remain on the job site to be eligible for such pay.

50. Appendix A, including the wage adjustments, is attached hereto and made a part of this Agreement.

## ARTICLE V I I
## GENERAL WORKING CODE AND CONDITIONS

51. Mortar boards and material shall be securely raised up a minimum of sixteen (16) inches, but not more than thirty-six (36) inches.

52. Material should not be stockpiled higher than forty-eight (48) inches above the working scaffold or standing level where the employee is working.

53. There shall be ladders provided for all scaffolds.

54. At no time shall a wall or lead be built over four feet, eight (4'8") inches in height for scaffold high, unless in extreme necessity. No scaffold shall be built in such a manner that the standing level is above the wall.

55. On walls or lead of four (4") six (6") or eight (8") inch clay partitions they may be built five (5) feet two (2) or five (5) feet three (3) inches for scaffold high.

56. Whenever, in the construction of any wall, there is a possibility of danger to the employee, no working level shall be situated so as to require the employee to reach down more than twelve (12) inches in the performance of his work.

57. Masonry walls shall be not less than eighteen (18) inches above a cable or suspended scaffold.

OH9616

58. All walls over fourteen and one-half (14 1/2) inches in thickness shall be manned by two men, one on each side of the wall when both faces of the wall are finished

59. Where dusty conditions prevail, respirators shall be furnished and worn. Safety goggles shall be provided and worn when engaged in work requiring them. During hot weather or on "hot" jobs, the Contractor shall provide suitable fatigue aids.

60. It is further agreed that when the safety and general health of the employee is endangered, the Contractor shall correct such situations.

61. It shall be the duty of the employees to comply with all job safety and sanitary conditions provided by the Contractor. Repeated failure to comply with such regulations or conditions shall be reason for termination without recourse. All safety equipment furnished by the employer shall remain the property of the employer and shall be returned to him. All hard hats shall have new liners before reissuing.

62. When a mason is working in a ditch he shall have a minimum of sixteen (16") inches from the face of the wall to the side of the ditch in which to work.

63. The two inside planks of all scaffolds shall be kept clear of all material. Foot scaffolds shall not exceed eighteen (18") inches in height, measure from the level on which the supports are placed. Masons' foot scaffolds imposed upon other scaffolds shall be limited to twelve (12") inches in height when supported on brick, tile or block. When in excess of twelve (12") inches but not over eighteen (18") inches in height, the supports shall be horses not more than one tier high.

64. When scaffolding stacks or chimneys, if the cable type is used, the cable shall be of proven strength and planking shall be of number one grade material and clear of knots. All provisions of OSHA rule 1926.45 for scaffolding shall be complied with.

65. No ladder shall extend more than thirty (30) feet without a break or platform. See OSHA Standards.

66. PREMIUM PAY -- Any job or project that pays a premium, overtime or a bonus to recruit men, such bonus, premium or overtime shall continue to be paid until said job or project is completed. However, the Union may, at its discretion, waive such pay if the situation warrants.

67. When out-of -town Contractors bring members of I.U. of B. & A.C., into the jurisdictions stated herein and pay them a higher rate of wages than is called for this Agreement, all members of I.U. of B. & A.C. on that particular job or jobs shall receive such wages. Subsistence and transportation pay are not to be considered as wages.



ARTICLE V I I I
FIREBRICK WORKING CODE

All refractory work in Local #6 Jurisdiction will be done under the terms of National Refractory Agreement.

ARTICLE I X
APPRENTICES

68. In order to maintain a sufficient number of skilled mechanics in the building and construction industry, the necessity for the employment of Apprentices is hereby recognized and the employment and proper training of as many apprentices as is reasonable and practicable shall be encouraged and undertaken by the Contractor and the Union. The Apprenticeship Program shall be administered by the Joint Bricklayers Apprenticeship Committee composed of equal representation from the Contractors and the Union. The Contractor and the Union hereby agree to be bound by the terms of an Agreement and Declaration of Trust establishing an "Apprenticeship Education and Trust Fund". The Bricklayers Joint Apprenticeship Committee shall from time to time determine and set the amount of contribution to said Trust Fund. A certified copy of annual audit of such Fund shall be made available to all participating Contractors.

69. It is agreed that, in order to better our trade and to train sufficient skilled mechanics, a four (4) year apprenticeship shall be served. Where possible the Local Union shall compel all Apprentice Bricklayers to attend an Apprentice School for a period of four (4) years, said school to have a Local Journeyman Instructor. It is further agreed that to defray all cost of operating such Apprentice School, all Contractors performing work in Local #6 jurisdiction shall pay the contribution rate that is spelled out in the wage and benefit APPENDIX in order to maintain and support said school. The employee shall pay the same rate as spelled out in the wages & benefit APPENDIX.

70. It is mutually agreed that Contractor shall not employ any Apprentice other than one who is in this Local's jurisdiction unless specifically agreed to by the Local Union.

71. At the discretion of Joint Apprenticeship Committee, Contractors, who in the previous calendar year employed bricklayers for a total of 6,000 man hours or more, shall employ an Apprentice. It is mutually agreed, that if three journeyman are employed by the Contractor, the fourth (4th) member shall be an Apprentice, if available, and if more Journeyman are needed the ninth (9th ) member of the I.U. of B. & AC, will be a duly registered Apprentice of this Union.

72. For a new Apprentices starting after May, 1990, Apprentice pay shall be:

1st year start at 50%, no fringes paid for the 30 day try-out period. Rates adjusted at 5% increase at 4 month intervals until 24 months / 80% . After 2 years, the rate shall be adjusted at 10% per year to 100% after four years.

OH9616

1st year - 50% start
55% 4 mos.
60% 8 mos.

2nd year - 65% 12 mos.
70% 16 mos.
75% 20 mos.

3rd year - 80% 24 mos.
4th year - 90% 36 mos.
100% after 4 years.

73. The Apprentice may operate the masonry saw and other cutting tools under the supervision of the Bricklayer Steward or Foreman, for training purposes only. The Apprentice shall not drive trucks or perform other work than that which is directly associated with the masonry trade.

74. The control of all Apprentices working in the jurisdiction of the Union signatory to this Agreement shall lie in the hands of the Joint Apprenticeship Committee, and all Apprentices shall be subject to decisions of aid committee.

75. The Joint Apprenticeship Committee shall consist of equal representatives from the Union and from the Contractor. Alternates shall be appointed from each group. The Trustees of the Apprenticeship, Education and Training Trust Fund shall also attend the meeting of the Local J.A.C.

76. The Contractor and the Union agree to abide by the Standards of the Joint Apprenticeship Committee. The Apprentice shall not be laid off from the job so long as two Journeyman Bricklayer are employed on said job. The last three members on a job shall be a Journeyman or Foreman, the Steward, and a Local Apprentice. The Contractor shall notify the J.A.C. or the Local Union when an Apprentice is laid off.

77. Improver Apprentice: The employer shall be entitled to have in its employ one "Improver Apprentice" during the term of this agreement. This improver shall be deemed indentured to the Company The Improver shall be under the direction and control of the Bricklayers Local Union No. 6 Joint Apprenticeship Committee and shall be required to attend school and complete the other educational requirement deemed appropriate by the Committee. The Improver shall be paid 80% of the Journeyman rate in accordance with the third (3rd) year apprentice rules and regulations of the J.A.C. If the J.A.C. concludes that the Improver is not performing satisfactorily, the Improver may be discharged from the program. If the Improver is discharged, he will not be eligible to work for the Employer. The Improver may work only for the Employer. The Employer agrees that J.A.C. has no obligation or responsibility to place the Improver with another company or contractor in the event the Improver is laid off.

OH9616

ARTICLE X
FRINGE BENEFIT FUNDS

78. The fringe wage benefit programs contained herein shall apply to the Contractor.

All contracts bound hereby do agree to bound by the Agreement and Declarations of Trust, as amended, establishing Pension Plans, Welfare Plans and Apprenticeship Funds, copies of which all parties agree have been furnished to and read by all Contractors bound hereby prior to the execution of this Agreement. It is mutually agreed that the provisions of said Agreements and Declarations of Trust and Rules Regulations or Plans adopted by the Trustees pursuant thereto shall become a part of this Agreement as though fully written herein. All Contractor bound hereby irrevocably designate the Contractor Trustees of said Funds and their successors, as their representatives for the purposes set forth in said Agreements and Declarations of Trust.

All fringe benefits and deductions; Health and Welfare, Pension, Apprenticeship, Working Dues and Vacation shall be paid at straight time rate for all overtime hours worked.

The fringe wage benefit contribution shall be paid as outlined in Appendix A. Payments, postmarked after the fifteenth (15th) day of the month following the contribution period shall be subject to ten percent (10%) additional charge.

Bricklayers Pension Fund - as stated in Appendix A of Agreement.

Bricklayers International Pension Fund - See page 23

Bricklayers Health and Welfare Fund - as stated in Appendix A of Agreement.

It is further agreed that should the various Fund Trustees, in their discretion, decide that additional contributions are needed for such Trust Funds, such additional money may be deducted from the hourly rate at any time during the life of this Agreement by action of the Trustees upon the Trustees giving notice to the Parties hereto at least sixty (60) days prior to said increases in contributions.

It is further understood and agreed to between the parties that duly authorized representatives of any of the said Trust Funds shall have the right, on written notice, to audit the books and records of any party obligated under this Agreement to contribute thereto, with respect to the hours worked by and wages paid to all Employees upon whom the Contractor is obligated to make contributions.

If the Contractor has failed to pay fringe benefits to the proper collection agency or agencies of said Trust Funds, after due notice, by the Administrator of the Fund or Funds, or the Union, his jobs can be stopped and the men employed on said job shall be paid for all time lost as a result of such work stoppage. Failure to pay such fringes shall constitute a breach of contract and the Union shall not be held liable for any legal action.

OH9616

If a Contractor shall prove to be habitually delinquent in his payments, he may be required, at the discretion of the Union, to make fringe benefit payments on a weekly basis.

Each Contractor who employs members of the I.U. of B.& A.C. within the jurisdiction covered by this Agreement shall post a bond in the amount of five thousand dollars ($5,000.00) for all jobs that involve less than 250 hours of bricklaying work and ten thousand ($10,000.00) dollars bond for all jobs representing more than 250 hours of work. In each succeeding year the number of hours worked by the Bricklayers for each Contractor shall be reviewed, and the amount of the bond may be revised in accordance with the number of hours worked by said member of the I.U. of B. & A.C. Said Bond shall guarantee the payment of all labor performed under this Contract including the payment of monies due to Health, Welfare, Pension and/or Vacation Savings Fund of various Unions. The cost of any legal action necessary to secure payment to the above funds shall be paid by the bonding agency or Contractor. Contractor shall not be required to post bond unless there has been a history of delinquency by said Contractor.

Vacation and Savings Fund Contribution shall be made as determined by the Union party hereto. See Appendix A.

In the event of a reduction in the Contribution rate for Fringe Benefits, the money will go on the employee's check and the membership shall decide how they want it distributed.

## ARTICLE X I
## JURISDICTIONAL DISPUTES, GRIEVANCE PROCEDURE AND ARBITRATION

79. Jurisdiction Disputes: No jurisdictional picket lines or strikes shall be recognized.

The Contractor shall make this assignment of work based on area practices of the industry.

If the Union contends that the work has been wrongly assigned, the Union shall notify the Contractor of its jurisdictional claim.

If the dispute cannot be resolved on the job between the Contractor and the contesting Union, a meeting shall be held between the International Union involved, the Contractor and an attempt will be made to resolve the dispute. If the dispute is not resolved at the meeting, the dispute shall be referred to the National Joint Board for Settlement of Jurisdictional Disputes for settlement and said settlement shall be binding on all parties.

A purpose of this Agreement is to promote a harmonious relationship between the Contractor and the Union and to settle any disputes occurring during life of this Agreement in a peaceful manner as outlined herein.

OH9616

80. Grievance Procedure: There shall be no stoppage of work because of any difference of opinion or dispute which arises between the Union and the Contractor.

In the event any differences of opinion or any grievances concerning interpretation of this Agreement arise during the term of this Agreement, an earnest effort shall be made to settle the differences or grievances in the following manner it being specifically agreed that an employee failing to report a grievance to the Field Representative within two (2) weeks, the grievance shall be deemed waived and abandoned:

Step 1. The Local Union Field Representative shall meet with the Contractor Representative and attempt to settle the matter. if no settlement can be reached:

Step 2. A committee of like numbers of Contractors and Union will be set up to hear Grievances prior to going to Arbitration.

Step 3. If the difference or grievance is not resolved by the local committee in Step 2, then; the difference of opinion or grievance may be referred to the State Joint Committee consisting of six (6) members three (3) to be named by the Contractor, and three (3) to be appointed by the I.U. of B. & A.C. If the State Arbitration Committee is unable to resolve the dispute within three working days, a letter shall be sent to the American Arbitration Association requesting binding arbitration. If no letter is sent at that time, then a work stoppage resulting from the dispute shall not be in violation of this Agreement.

Step 4. The grievance shall then be referred to an Arbitrator selected by the Committee referred to in Step 3. If no agreement is reached by the State Joint Committee on the naming of an Arbitrator, then the rules of the American Arbitration Association for selecting an Arbitrator shall apply. Decision of the Arbitrator shall be final and binding on all parties and expenses of the Arbitrator shall be borne equally by each party to this Agreement.

81. The contractor agrees that its employees will not be required under penalty of discharge or discipline of any kind to walk through or cross in any manner any legally constituted picket line maintained by any labor organization, and any refusal to cross a legally constituted picket line, singly or in concert, shall not constitute a breach of this Agreement. No jurisdiction picket line will be required.

## ARTICLE X I I
## CEMENT MASONS WORK COVERED AND WORKING CONDITIONS COUNTIES OF CARROLL & TUSCARAWAS

82. All concrete construction, including foremanship of same, such as buildings, bridges, silos, elevators, smoke stacks, curb and gutters, sidewalks, streets and roads, paving alleys and

OH9616

roofs of poured concrete and all flat surfaces of cement, rock asphalt, the laying and spreading and finishing of all types of bituminous concrete including all types of vacuum mats used in the drying of cement floors in preparing same for finish, the operation of power driven floats and troweling machines, shall be that of the cement mason. Mastic flooring, whether laid free handed or in precast form on the job; otherwise known as asphalt or mastic tile, and all other types of resilient floor covering, the finishing and washing of all concrete construction using any color pigment when mixed with cement in any other form, mosaic and nail coat when done by brush, broom trowel, float, or any other process including operation of machine for scoring floors, or any other purpose they may be used for in connection with the cement mason' trade. The rodding, spreading and finishing of all top materials, sills, coping steps, stairs and risers and running all cement, and plastic materials six (6) inch base or less, shall be work of the cement mason. All preparatory work on concrete construction to be finished, or rubbed such as cutting of nail, wire, wall ties, etc., patching, brushing, chipping, and bush-hammering, rubbing or grinding if done by machine or carborundum stone of all concrete construction, setting of all strips, screeds, stakes and grades and curb forms. All glass set in cement, the pointing, patching and caulking around all steel or metal window frames that touch concrete. All dry packing, grouting and finishing in connection with setting all machinery such as engines, pump, generators, air compressors, tanks, etc., that are set on concrete foundations. All prefabricated and prestressed concrete construction on the job site and in the shop, including the supervision of the same, such as sidewalk, steps, floor slabs, beams, joists, walls, and columns, also, the screeding, finishing, rubbing, grouting, pointing and patching of same. This shall not constitute a waiver of the Bricklayers to set, plumb, level align, caulk, grout, paint, dry-pack precast concrete units and the bolting or welding of same. All form work that is not more than twelve (12") inches high and is not composed of any more than one piece of material high shall be set by cement finishers.

83. When pouring concrete slabs or any concrete, the surface of which is to be stuck off or finished to a given line, all cement masons necessary to finish same shall start at work coming within the jurisdiction of the cement mason, when pouring begins. This applies also to pouring of topping on old slabs or any other surfaces.

84. The curing, hardeners and sealers used on finished concrete, wherever necessary, whether by chemical compounds or otherwise, shall be the work of the cement mason.

85. All magnesite composition work shall be done under the supervision of a competent and qualified composition cement mason.

86. All composition, mastic, rock asphalt and magnesite work are the work of the cement mason.

87. Gunnite work handling of the cement gun. When the work is less than one and one-half (1 1/2) inch in thickness, the handling and control of the nozzle shall be the work of the cement mason.

OH9616

88. Recognizing that the funds available for construction work shall accomplish the greatest possible benefits for the Public, The Contractor and the Union agree that all machinery that increases man hour production of cement masons shall be used without restrictions.

89. There shall be no restriction on the use of the finishing or floating Machines. Under no circumstances shall work be left under machine finish unless so specified in the specifications by owners or architect.

90. If any work must be done exclusively after regular working hours, said work shall be done at eight (8) hours pay for seven (7) hours work. All work in excess of seven (7) hours shall be at the rate of time and one-half (1 1/2) the regular rate for Local #6 Cement Masons.

91. Foreman : On all jobs requiring two (2) or more Cement Mason, there shall be a Foreman. The Foreman may work with his tools regardless of the number of employees he is directing. Whenever the Cement Mason is asked to take charge of the Laborers, layout the work and handle the details of the work, it is agreed that he shall receive Foreman's wage even though only (1) Cement Mason is on the work. The Foreman shall receive orders from the Superintendent only. The Cement Mason and Superintendent in charge of the job shall determine the number of Cement Masons necessary to handle the job. If they disagree, the Contractor shall be responsible for any interior work, if it develops the cause was from working short-handed.

92. Stewards: The first Journeyman on the job shall be the Steward, pending selection of a Steward by the Field Representative. The Steward shall check all Union books to insure that the provisions of Article I I are complied with. The Steward shall take up all grievances on the job and try to have same adjusted: in the event he cannot adjust them, he must promptly report the fact to the Field Representative. The Steward shall not be discriminated against for performing his duties as Steward. It shall be the Steward's duty to see that overtime is shared on the job. No Steward will be discharged until a hearing is held between the Field Representative of the Union and the Contractors Representative to hear evidence of the circumstances surrounding the discharge.

93. Working Conditions: Any Cement Mason forced to work in the rain shall be amply protected with raincoat furnished by the Contractor.

94. Cement Masons shall not be required to work in a room with open coke salamanders.

95. Where Cement Masons are waterproofing or finishing floors in elevator pits or sumps, the same be planked over solid one story above.

96. When finishing concrete, the work shall be completely finished, there will be no finishing of the previous day's work on the following day with the exception of inclement weather.

97. At such times as the Contractor required overtime work, as permitted by this Agreement, it is agreed that there shall be thirty (30) minute paid lunch period as the end of the

OH9616

first two (2) hours overtime. In the event additional overtime is required exceeding an additional four (4) hours, the Contractor agrees to pay the men for a second thirty (30) minute lunch period.

98. The use of Concrete Saws for cutting construction joints on new work, and the filling of such joints with material such as latex epoxys, lead, mastic, tar and similar materials shall be done by the Cement Masons.

99. The Contractor shall furnish straight edges (5 4) stock, darbies, knee boards, carborundum stones and brushes. Straight edges pulled by one man shall not exceed twelve (12') feet in length.

100. All exposed industrial and commercial floors that are required to be hard troweled shall be troweled by hand at least once behind the finishing machine.

101. The Cement Finishers shall put in expansion strips (wet screeds); do all waterproofing, lead wool, synthetic solutions, membranes, etc., he shall do curing of all kinds,(water, burlap and all emulsion spray cures).

102. Lunch time shall be between the fourth and fifth hour of the Cement Finisher shall receive one (1) hour's pay for the missed lunch time and he shall be permitted to take time for lunch before his sixth hour as long as work does not stop or hinder the progress of work.

103. Premium Pay: When working on vertical slip forms, jump forms or continuous forming of any kind, the Cement Mason shall be paid fifty (.50) cents per hour above the base rate for all work from the base up to fifty (50') feet. Above the height, he shall be paid at the rate of time and one-half (1 1/2) the regular rate.

104. Cement Masons working on colored or shake floors and epoxy floors shall receive ten (.10) cents per hour above the regular scale.

## ARTICLE X I I I
## SAVING AND SEPARABILITY

105. It is mutually agreed that if any clause, term or provision of this Agreement is or is hereafter found to be illegal or in the contravention of any court ruling, National Labor Relations Board ruling or ruling of any other Board or Agency having jurisdiction in the matter, such clause, term or provision shall be or become inoperative and of no effect, without disturbing the other clauses, terms and provisions of this Agreement shall remain in full force and effect.

106. In the event any clause, term or provision of this Agreement is found to be illegal or in contravention of any court ruling, National Labor Relations Board ruling, or ruling of any Board or Agency having jurisdiction in this matter, said clause, term or provision shall be renegotiated to the mutual satisfaction of the parties; but, during such renegotiation, there shall be no interruptions of work by lockouts, strikes or labor trouble

OH9616

ARTICLE X I V
CONFLICTING AGREEMENTS

107. If the Union enters into any agreement with any individual employer or group of employers within the area of jurisdiction of this Agreement containing any more favorable wages, hours, fringe benefits, conditions or other costs items than those contained herein, the Union agrees that any such more favorable total cost shall be automatically extended to the Employer signatories through a reduction in the base wage rate.

ARTICLE X V
DURATION OF AGREEMENT

108. This Agreement shall be effective as of May 1, 1996 and shall remain in full force and effect until Midnight April 30, 1999 and shall continue to remain in full force thereafter from year to year, provided that this Agreement will terminate at the expiration of the initial or any subsequent annual period if either party gives written notice to the other party of its desire for termination, at least sixty (60) days before such annual date; and provided further that if this Agreement is not so terminated and neither party gives written notice to the other of its desire to change or modify this Agreement at least sixty (60) days before such annual date, then this Agreement shall remain in full force and effect on a day-to-day basis after such annual date until a new agreement is negotiated and signed or until either party gives the other five (5) additional days written notice of termination.

ARTICLE X V I
DRUG / ALCOHOL ABUSE PROGRAM

109. The Parties recognize the problem created by drug and alcohol abuse. The Company and the signatory Union have a commitment to protect people and property, and provide a safe working environment. The purpose of the agreed to program is to establish and maintain a drug free, alcohol free, safe healthy work environment for all its employees. Drug and alcohol testing to be done on company time. The expense of the drug and alcohol testing will be Employer's responsibility.

OH9616

BRICKLAYER AND TROWEL TRADES
INTERNATIONAL PENSION FUND
"STANDARD FORM OF PARTICIPATION
AGREEMENT"

The undersigned Contractor and Union represent that the only Agreement between the said parties regarding pensions or retirement for employees covered by the Collective Bargaining Agreement between the parties is as follows:

1. (a) Commencing with the 1st day of May, 1996 and for the duration of the current Collective Bargaining Agreement between the said parties, and any renewals or extensions thereof, the Contractor agrees to make payments to the Bricklayers and Trowel Trades International Pension Fund for each employee covered by said Collective Bargaining Agreement as follows:

(b) For each hour or portion thereof, for which an employee received pay, the Contractor shall make a contribution of $ .50, to the above named Pension Fund.

(c) For purposes of this article, each hour paid for, including hours attributable to show up time, and other hours for which pay is received by the employee in accordance with Collective Bargaining Agreement, shall be counted as hours for which contributions are payable.

(d) Contributions shall be paid on behalf of any employee starting with the employee's first day of employment in a job classification covered by the Collective Bargaining Agreement. This includes, but is not limited to Apprentices, Helpers, Trainees and Probationary Employees.

(e) The payments to the Pension Fund required above shall be made to the Bricklayers and Trowel International Pension Fund, which was established under an Agreement and Declaration of Trust dated June 29, 1972, as copy of which has been signed by the Contractor in the space provided at the end of such Agreement, or to which the Contractor has become bound by signing of other written instrument.

2. It is agreed that all contributions shall be made at such time and in such manner as the Trustees require; and the Trustees shall have the authority to have an independent Certified Public Accountant audit the payroll and wages records of the Contractor for the purpose of determining the accuracy of contributions to the Pension Fund

3. If a Contractor fails to make contributions to the Pension Fund within twenty days after the date required by the Trustees, the Union shall have the right to take whatever steps are necessary to secure compliance with the Agreement, any provision of the Collective Bargaining Agreement to the contrary not-withstanding and the Contractor shall be liable for all costs for collecting the payments due together with attorney's fees and such liquidated damages which may be assessed by the Trustees. The Contractor's liability for payment hereunder shall be subject to

the grievance or arbitration procedure of the "no strike" clause provided under the Collective Bargaining Agreement.

4. It is agreed that the pension Plan adopted by the Trustees of said Pension fund shall at all times conform with the requirement of the Internal Revenue Code so as to enable the Contractor at all times to treat contributions to the Pension Fund as a deduction for income tax purposes.

5. The parties agree that this Participation Agreement shall be considered a part of the Collective Bargaining Agreement between the undersigned parties.

6. The expiration date of the present Collective Bargaining Agreement between the undersigned parties is April 30, 1999. Copies of the Collective Bargaining Agreement and all renewals or extension agreements will be furnished promptly to the Pension Fund Office and, if not consistent with the Participation Agreement, can be used by the Trustees as the basis for termination of participation of the Contractors.

ADDENDUM

THIS AGREEMENT BY AND BETWEEN THE

Bugner Construction

COMPANY

AND

BRICKLAYERS AND ALLIED CRAFTSWORKERS

LOCAL UNION NO. 6

The Addendum executed by the parties hereto on the 1st day of May, 1996, shall remain in full force and effect from May 1, 1996 through April 30, 1999

BRICKLAYERS AND ALLIED CRAFTSWORKERS LOCAL NO. 6

[signature] 5-13-96

Bugner Construction Company [signature] Vice President

COMPANY

May 13, 1996

DATE

ASSENT TO

COLLECTIVE BARGAINING AGREEMENT BETWEEN THE

BRICKLAYERS & ALLIED CRAFTSWORKERS LOCAL UNION #6 OHIO

&

[illegible] Construction Company
NAME OF COMPANY

[illegible] St., P. O. Box 887
ADDRESS

[illegible] Ohio 44651
CITY STATE ZIP

Boggs Construction Paul D Gerlach Vice President Labor Relations
AUTHORIZED REPRESENTATIVE & TITLE

BRICKLAYER & ALLIED CRAFTSWORKERS LOCAL UNION # 6 OHIO
NAME OF UNION

618 HIGH AVENUE NW
ADDRESS

CANTON, OHIO 44703
CITY STATE ZIP

[signature]
UNION REPRESENTATIVE

[illegible] [illegible]
DATE PHONE NO

UNION COPY



JUN-21-07 THU 08:33 AM BRICKLAYERS LOCAL#6 3304542875 P.03

IN WITNESS WHEREOF the parties hereto by and through the authorized representatives have hereunto set their hands at Canton, Ohio on this April 30, 1996

| FOR THE EMPLOYERS | FOR THE UNION BAC LOCAL #6 OHIO |
|---|---|
| James Valentine | Harold Knapp Jr. |
| David Miller | Brett Tossel |
| Mike Rohr | P. Michael Keane |
| John Gaetano | Joe Kovatch |

CONTRACTOR Bogner Construction Company

SIGNATURE Bogner Construction Paul D. Gerber Vice President Labor Relations

ADDRESS [illegible] W. Mulberry St., P. O. Box 887

CITY [illegible] STATE Ohio

PHONE [illegible]/267-6730

FAX NO [illegible] 264-3797

DATE May 13, 1996

# AGREEMENT

*between*

## INTERNATIONAL UNION OF

## THE BRICKLAYERS
## AND
## ALLIED CRAFTSMEN
## LOCAL UNION NO. 40

*and*

## THE LABOR RELATIONS DIVISION
*OF THE*

## OHIO CONTRACTORS ASSOCIATION




EFFECTIVE: MAY 1, 1997 – APRIL 30, 2000

# EMPLOYERS
# THE LABOR RELATIONS DIVISION
# BUILDING SECTION
# OHIO CONTRACTORS ASSOCIATION

1313 Dublin Rd.

P.O. Box 909

Columbus, OH 43216

Alfred R. Gallucci

Director, Labor Relations

614-488-0724

1-800-229-1388

# THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL UNION NO. 40

163 Poplar Street
Mansfield, Ohio 44903
419-526-2646

Mailing Address:
83 Rudy Road
Mansfield, Ohio 44903

# INDEX


| Article | | Page |
|---|---|---|
| | Agreement | 1 |
| I | Craft Jurisdiction | 1 - 2 |
| II | Union Representation and Hiring | 2 - 3 |
| III | Working Conditions | 3 - 4 |
| IV | Working Rules | 4 |
| V | Hours of Work, Pay Day, Reporting and Overtime Provisions | 4 - 5 |
| VI | General Working Code and Conditions | 5 - 6 |
| VII | Firebrick Working Code | 6 |
| VIII | Apprentices | 7 - 8 |
| IX | Fringe Benefit Funds | 7 - 8 |
| X | Jurisdictional Disputes, Grievance Procedure and Arbitration | 8 |
| XI | Cement Masons Work Covered and Working Conditions | 8 - 9 |
| XII | Construction Advancement Program of North Central and East Central Ohio | 9 - 10 |
| XIII | Substance Abuse | 10 |
| XIV | Savings and Separability | 10 |
| XV | Conflicting Agreements | 11 |
| XVI | Duration of Agreement | 11 |
| | Appendix A – | |
| | Rates of Pay | 12 |
| | Appendix B – | |
| | Job Recovery Agreement | 13 - 14 |
| | Assent – Union, LRD, Company | 16 - 20 |

## AGREEMENT

(1) This Agreement, made and entered into by and between the Labor Relations Division of the Ohio Contractors Association, hereinafter called the "CONTRACTOR", and the I.U. of B. & A.C., which includes Local Unions 40, hereinafter called the "UNION", to define and agree to the conditions and wages under which the employees shall work, and to define all classifications of work and to prevent strikes or lockouts and adjust grievances in a peaceful and dignified manner.

(2) It is specifically understood that said Labor Relations Division of the Ohio Contractors Association and its Negotiating Committee shall not be liable hereunder for any reason whatsoever, including but not limited to, any acts of its subscribing members.

(3) It is further agreed and understood that the liabilities of the contractors subscribing hereto and the Local Unions subscribing hereto shall be several and not joint.

(4) The Labor Relations Division of the Ohio Contractors Association agrees to furnish to the Union a list of all its members subscribing to the terms of the Agreement.

(5) The Labor Relations Division of the Ohio Contractors Association recognizes the Local Unions as the sole and exclusive bargaining Agent for all of its members with respect to wages, hours and other terms and conditions of employment on any and all work described herein.

(6) Likewise, the I.U. of B. & A.C. Local Unions recognize the Labor Relations Division of the Ohio Contractors Association as the sole bargaining agent for work defined herein for the several areas outlined. This Agreement shall cover and be binding on all of the said members of, and contractors and employers in the construction industry affiliated with the Labor Relations Division of the Ohio Contractors Association or individual employers signatory hereto.

(7) The Union may extend this Agreement, without alteration or deletion of any provision or terms, to Contractors who are not members of the Labor Relations Division of the Ohio Contractors Association, and such Contractors shall be bound by all terms and provisions of this Agreement. The Union shall notify the OCA-LRD of any such Contractors who become signatory to the Agreement. Such Contractors will be referred to as the "CONTRACTOR".

(8) The provisions of this Agreement shall govern the employment of any conditions under which employees shall work and rates of pay they shall receive on work as defined herein for the following Ohio counties.

| Local Union | **Ohio Counties** |
|---|---|
| 40 | Ashland, Richland, Crawford, Wyandot with exception of the following townships of Crawford, Ridge, Richland and Tymochtee in Wyandot County; Marion, Hardin, Holmes, Morrow, Wayne County except Milton and Chippewa in Wayne County. |

(9) All employers or masonry contractors who employ members of the I.U. of B., & A.C. shall be required to register with the Local Union and will present to the Union the following information in good order and up-to-date prior to entering this jurisdiction:

1. Ohio Workers' Compensation
2. Ohio Unemployment Compensation
3. Employer's Registration or Identification Number
4. A Surety Bond in the amount of $5,000 to insure the Member's Payroll.

If the four items above mentioned are not in good order and do not satisfy the Union as to their validity, the Contractor shall not be registered, in which case the members are forbidden to work for such Contractor or Employer.

## ARTICLE I

CRAFT JURISDICTION

(10) **BRICKLAYING** – Laying of all brick, caulking, pointing, and the final cleaning of all masonry, the cutting, grinding and rubbing of all kinds of brick when the work is performed on the job, the cutting of any opening of up to 40 sq. feet, the cutting out of all masonry that will be replaced by masonry or substitute for masonry, will be done by the Bricklayer, cutting of chases two (2) inch or less which can be cut by other trades for use in the connection with their work is not to exceed four (4) hours time setting of all cut stone, the laying of all rubble work with or without mortar, the cutting, setting, pointing and cleaning of terracotta before being placed on the wall, all plastering of exterior wall below grade, arch tile floors and tile fireproofing of structured steel, mineral wool, cork block styrofoam, Boyardi tile, the tuck pointing and setting and grouting of all wood plates, bearing plates and any other material set in mortar or cement or any other type of cement, or substitutes for the above mentioned material.

The cutting, setting, cleaning and pointing of concrete slabs whether used for walls, floors, or ceilings or retaining walls, of all widths and sizes and weights, regardless of who makes the slabs or whatever patented name the slabs may be called. The caulking, grouting, pointing and cleaning of all precast slab regardless if they are set in mortar or welded to steel or anchored other ways shall also be the work of the Bricklayer. If a composite crew is used, Bricklayers shall be on it.

Pointing, cleaning, caulking shall consist of the pointing, cleaning, caulking of all types of masonry precast slabs, etc., the caulking of all window frames, door frames or apertures incased in masonry, brick, stone or concrete structures, including all grinding and cutting out of such work and all sand blasting, steam cleaning and gunnite work. The pointing, cleaning and weather-proofing of all buildings, grain elevator and chimneys built of stone, brick or concrete, it shall include all cutting out, sandblasting and gunnite work on same. Cleaning is defined as rubbing walls, the brick and block, also washing down with soap or other cleaning solution.

The Bricklayer shall caulk all openings and expansion joints that are built in masonry walls and all abutting units.

The Bricklayers shall fill in all masonry walls with mortar, vermiculite or other insulating materials, and concrete or sand at the Contractor's opinion. The Bricklayer shall install against masonry walls clips or fasteners which are to receive insulating materials normally installed by the Bricklayer. The Bricklayer may also use epoxy to install masonry units and to attach the aforementioned clips or fasteners. The grouting of all precast, pointing of precast, the puddling of all refractories and the pointing of coolers (blast furnaces) is the work of the bricklayer.

The installation and erection, including the cutting, fitting, bedding, pointing, caulking, patching, grouting, plumbing, aligning, leveling and anchoring, including bolting and welding of any type of fabricated or pre-fabricated brick, block or stone masonry units when installed in a masonry bearing building shall be exclusive work of the members of the International Union of Bricklayers and Allied Craftsmen (I.U. of B. & A.C.). The units referred to here shall be fabricated by Bricklayers, members of the I.U. of B. & A.C.

(11) **STONE MASONRY** – Stone masonry shall consist of laying all rubble work, with or without mortar, setting of all cut stone, marble, slate or stone work (meaning as to stone, any work manufactured from such foreign or domestic products as are specified and used in the interior or on the exterior of building by architects, and customarily called stone in the trade.)

Cutting all shoddies, broken ashler or random ashler that is roughly dressed upon beds and joints, and range ashler not over ten (10) inches in height, the dressing of all jambs, corners and ringstones that are

roughly dressed upon the beds, joints or reveals, and the cutting of a draft upon same for plumbing purposes only, and the cleaning and pointing of stone work, this is to apply to all work on building sewers, bridges, railroads, or other public works, and to all kinds of stone, particularly to the products of the locality where the work is being done, and the same shall be considered stone masonry. Stone masons shall have the right to use all tools necessary in the performance of their work.

(12) **ARTIFICIAL MASONRY** – The cutting, setting and pointing of cement blocks, brickcretes, cement brick and any other concrete product used in the exterior or interior of buildings when set by the usual customs of the journeymen mechanics, and the controller of all substitute materials for the clay or stone products used in the backing up of external walls, the building of party walls, columns, girders, beams, floors, stairs and arches and the plastering of all external walls to grade with cement plaster and any building being constructed or repaired.

The Bricklayer shall drill all holes in the masonry unit missed in the prefabrication of the masonry unit. The Bricklayer shall do all work required to anchor masonry units when done on the job site. The Bricklayer may use power tools in the performance of his duties. Welding torches are tools of the trade and shall not be limited to any single craft. Equipment shall be provided for by the employer.

(13) **TILE LAYERS** – The laying or setting of all tile where used for floors, walls, ceilings, walks, promenade roofs, stair treads, stair risers, facings, hearths, fireplaces, and decorative inserts, together with any marble plinths, thresholds or window sills, or stools used in connection with any tile work, also prepare and set all concrete cement, brickwork or other foundation or materials that may be required to properly set and complete such work; the setting or bedding of all tiling, stone, marble, composition, glass, mosaic, or other materials forming the facing hearth or mantle of a fireplace, or the mantle complete, together with the setting of all cement, brickwork or other material required in connection with the above work; also the slabbing and fabricating of tile mantles, counters and the tile panels of every description and the erection and installation of same. The building, shaping, forming, construction or repairing of all fireplace work, whether in connection with a mantle, hearth, or facing or not, and the setting and preparing of all materials such as cement, plaster, mortar, brickwork, iron work, or other materials necessary for the proper and safe construction and completion as such work, except that a mantle made exclusively of brick, marble or stone, shall be conceded to the bricklayers, marble or stone, shall be conceded to the bricklayers, marble setters, or stone mason, respectively.

It will be understood that the word "tile" refers to all burned clay products as used in the tile industry, either glazed or unglazed and to all composition materials made in single units up to 15" x 20" x 2", except quarry tiles larger than 9" x 9" x 1¼", also to mixtures in tile form of cement that are made for and intended for use as a finished floor surface, whether upon interior or exterior floors, stairs, promenade roofs, garden walks, interior walls, ceilings, swimming pools, and all places where tile may be used to form a finished surface for practical use, sanitary finish or decorative purposes, for setting all accessories when built in walls, or for decorative inserts in other materials.

(14) **MARBLE MASONS** – Marble masons jurisdiction claims shall consist of the carving, cutting setting of all marble, slate, stone, albemeen, semionyx, vitrolite and similar opaque glass, scagiola, marbleithis and all artificial imitation or cast of whatever thickness or dimensions. This shall apply to all interior work, such as sanitary, decorative and other purposes inside buildings of every description whenever required, including all polish, bones or sand finish; also the cutting and fitting of above materials after same leave mills or ship, and the laying of all marble tile, slate tile and terrazzo tile. Foreman over any marble masonry shall be marble setters, and no time shall anyone other than marble masons be a foreman.

(15) **MOSAIC AND TERRAZZO WORKERS** – Marble Mosaic, venetion enamel and terrazzo, the cutting and assembling of art ceramic, glass mosaic, the casting of all terrazzo in shops and mills. All scratch coat on walls and ceilings, where mosaic and terrazzo is to be applied shall be done by plasterers, with an allowance of not less than one-half inch bed to be conceded to mosaic and terrazzo workers. All bedding above concrete floors or walls, that the preparation laying or setting of metal or wooden strips and grounds, where terrazzo workers. All terrazzo finished (rustic) or rough washed for interior or exterior of buildings, or any substitute that is applied under the same method as mosaic or terrazzo shall be set by mosaic or terrazzo workers. Cutting and assembling of art ceramic and glass mosaic comes under jurisdiction of the mosaic workers and the setting of same shall be done by the tile setters.

(16) **PLASTERING** – All exterior or interior plastering, plain and ornamental when done with stucco, cement and lime mortars or patent substitutes or material, artificial marble work, when applied in plastic form, composition work in all its branches, the covering of all walls, ceilings, soffits, pier columns or any other part of construction of any sort when covered with any plastic material, in the usual methods of plastering is the work of the plasterer. The casting and sticking of all ornaments of plaster or plastic compositions, the cutting and filling of cracks. All cornices, moldings, coves, and bull noses shall be run in place on rods and white mortar screens and with a regular mold and all substitutes of any kind when applied in plastic form with a trowel or substitute for same, is the work of the plasterer.

Any decision of the International Union covering artificial masonry, precast panels, nail-ons, etc. shall be incorporated in this agreement as part of the craft jurisdiction.

## ARTICLE II

UNION REPRESENTATION AND HIRING

(17) **UNION SECURITY:** Subject to the provisions and limitations of the National Labor Relations Act, as amended, all present employees who are members of the Union on the effective date of this agreement shall continue their membership in the Union for the duration of this Agreement to the extent of paying an initiation fee and membership dues uniformly required as a condition of acquiring or retaining membership in the Union. All employees who are not members of the Union and all persons who hereinafter become employees shall become members of the Union if qualified, on the eighth (8th) day following the beginning of their employment or on the eighth (8th) day following the effective date of this Agreement, whichever is later, and shall remain a member of the Union, to the extent of paying an initiation fee and the membership dues uniformly required as a condition of acquiring or retaining membership in the Union whenever employed under and for the duration of this Agreement.

The Union may notify the Contractor in writing of any default on the part of any employee to pay his initiation fee and/or membership dues, and if the employee has not paid his initiation fee and/or membership dues within seven (7) days from the receipt of such written notice, the Contractor shall discharge such employee, provided membership was available under the same terms and conditions generally applicable to other members. Further, all employees who fail to maintain their Union membership as above provided, shall be discharged by the Contractor.

(18) **STEWARD:** The Contractor shall acknowledge the Steward in the performance of his duties, and allow him reasonable time to carry out such duties.

The first Local Journeyman on the job shall be the Steward pending the selection of a Steward by the Business Agent. The Steward shall check all Union books.

The Steward, while serving as such, shall have "top" seniority rat-

ing. Stewards shall be given preference of employment and overtime as long as there is work available which he is capable of doing. He shall not be discharged or transferred without prior notice to the Union or the Business Agent.

The Steward shall have no authority to call a strike, slowdown of work, or perform any other act that would be in violation of this Agreement. He may, however, be permitted to remove any members from a scaffold or job condition that is hazardous or unsafe.

The local Union Business Agents may consult with the Steward on the job or with any employee provided it does not unnecessarily interfere with the progress of work on the job. The Union Business Agent shall clear with representative of employer when visiting a job.

(19) The Contractor agrees to hire (when available) sixty-five (65) percent of employees from the Local Union having jurisdiction over the project site. Foremen working with their tools are to be considered part of this ratio. This ratio is meant for the benefit of Local members living in the local jurisdiction, regardless of age, race, creed, color, sex or national origin.

The contractor does agree to give the Union at least twenty-four (24) hours notice when requesting new members to report for work.

No Employee shall work for any Contractor who is not in compliance with the Workers' Compensation Law of Ohio, the Unemployment Insurance Act and the applicable Federal Laws.

The Contractor and union shall not discriminate in hiring of employees and will conform to State and Federal Laws with respect to hiring. Any employee referred to the Contractor at the Contractor's request and then not put to work by the Contractor shall be paid reporting pay of two (2) hours.

It is a condition of this Agreement, agreed to by both the Union and the Contractor, to provide equal opportunity of employment for all qualified persons, and to prohibit discrimination in employment because of age, race, creed, color, sex or national origin. There shall be full compliance with all applicable Federal and State statutes, regulations, rules and orders of appropriate Federal and State agencies having jurisdiction over the subject matter of discrimination in employment.

(20) **SUBCONTRACT PROVISIONS:** The General Contractor agrees that he will not enter into sub-contracts for Bricklayers work covered by this Agreement to be done at the site of the construction, alteration or repair of a building, structure or other work with any Employer who does not have a signed agreement with the Bricklayer Local #40 in Ohio.

## ARTICLE III

WORKING CONDITIONS

(21) **PRE-JOB CONFERENCE:** it is agreed that upon request of either party a pre-job conference shall be held at least (5) days prior to the commencing of work. It is further agreed that the Union may request and hold a pre-job conference with the Contractor on an individual basis wherein the following items will be discussed.

A. The Contractor will advise the Local Union Representative of the Contractor's requirements of necessary employees in the classifications of work under this Agreement and the Local Union will determine and advise the Contractor of the ability of the Local Union to fulfill such requirements when requested to do so.

B. Work Schedules.

C. Questions of jurisdiction and assignment of work.

It is understood that no agreement may be made at the pre-job conference which will, in effect, change, modify or abrogate the Labor Agreement in effect between the two parties hereto.

(22) The Union shall place no limitations upon the amount of work which an employee shall perform during the working day and there shall be no restrictions imposed against the use of any type of mechanical tools, appliances or labor saving devices. Materials or equipment may be secured from any market or source except for prison-made goods. The use of "corner-poles, speed leads or deadmen" is prohibited on commercial work.

(23) **SPLIT CREW:** When the crew is split up with one gang working inside and one gang working outside, if inclement weather sets in, the outside gang shall come inside to work.

If the Contractor determines it is necessary to send less than a full crew home such contractor will give prior notification to the Business Agent who must mutually agree that such action is warranted.

(24) Employees may carry a beverage with them on the job and drink coffee or any other non-alcoholic beverages at any time of their choosing at their work station provided it does not interfere with the progress of the job.

(25) The Steward or Business Agent shall be notified prior to the hiring of additional men on the job.

(26) **FOREMEN:** Only journeymen bricklayer foremen shall give instructions to the bricklayers. All Bricklayers Foremen shall be members in good standing of the B. & A.C.

When two journeymen are employed on a job, the Contractor shall designate one as Foreman and pay him as such.

Foreman Rate: To be 10% above Base Hourly Rate.

When seven (7) journeyman bricklayers are employed on a job, the Foreman may be excluded from working with his tools. The Foreman may work with his tools regardless of the number of employees he is directing; however, he shall not raise or place lines in walls unless he is working on said wall. He may, however, instruct apprentices. Foreman shall be allowed to lay out work with measuring and marking devices.

It shall be the function of the Foreman to tell the employee what he wants done, how he wants it done and see that the work is properly done. He shall be responsible for the placing of the men, assigning their tasks and maintaining safe working conditions, planning and effective execution of the work. No member working in the capacity of foreman may violate or cause or attempt to cause any employee to violate any provision of the bargaining agreement or any provision of the Constitution of the Constitution of Bricklayers and Allied Craftsmen Local #40 (1993 Edition).

(27) The Contractor may discharge any employee, for just cause or failure to observe the safety precautions or other rules and regulations prescribed by the Contractor for the health, safety and protection of his employees. However, no employee shall be discharged for defending the rights of a fellow employee under the terms of this Agreement. No Steward will be discharged until a hearing is held between the Business Representative of the Union and the Contractors Representative to hear evidence of the circumstances surrounding the discharge.

(28) **TRANSFER OF EMPLOYEES:** Employees covered by this Agreement may be offered the opportunity by the Contractor to accept employment on any other project of the Contractor within the individual local jurisdiction of this Agreement, but said employment, if accepted by the Employee, is subject to the terms and conditions of this Agreement.

(29) The Contractor will abide by the Safety Code (1.C.-3) of the State of Ohio and with applicable Federal Safety Regulations and it is further

agreed that the employee will abide by such safety regulations.

(30) Contractors are to furnish a suitable room or shanty for the exclusive use of the bricklayers, with ample seating capacity and room for the keeping of their tools, clothing and eating their lunch. Said room or shanty shall be kept clean at all times and be heated when necessary from October 1st to May 1st. Where combustible fuels are used, all stoves shall have chimneys or flues. Necessary sanitary facilities, properly secluded, shall be provided for the members on all jobs. Contractors shall keep on the job at all times a modern and sanitary container for drinking water. Individual cups shall be furnished and cold water shall be furnished in hot weather.

(31) Any employee leaving the job site before quitting time without first notifying the Foreman, shall be sufficient reason for discharge.

## ARTICLE IV

WORKING RULES

(32) All units exceeding forth (40) pounds per unit, shall require two (2) men to lay them.

(33) No Steward or Foreman shall act as the exclusive sawman unless he is the only man on the job site.

(34) The Contractor agrees to furnish mason line and all mechanical devices for cutting "Key-wall" and "Dura-wall" reinforcing. All tools and wearing apparel for cleaning and caulking shall be furnished by the Contractor or Subcontractor.

(35) When Bricklayers are employed laying firebrick, artificial stone, or architectural terra-cotta, the Contractor shall furnish all chisels over twelve (12) inches in length and all saws when they are required; he shall pay for all sharpening of the mechanics tools when required. The Contractor shall furnish all mechanical devices necessary for the performance of the work classified as brick masonry and artificial masonry.

(36) It is agreed that members of the I.U. of B. & A.C. will not be required to pick up any "brass" numbers or be required to punch a timeclock except as required by an Owner. If "brass" numbers, etc. are required to be picked up, it shall be done after starting time and prior to quitting time.

(37) Any man or men laid off after fifteen (15) working days due to lack of work, reduction in forces or any legitimate reason, shall be called back first, if available. This is to apply for thirty (30) days after lay-off only. However, any member not having fifteen (15) working days shall be transferred or laid off before a member having fifteen (15) working days unless the Contractor has the consent of the Union or its Representative. This section applies only on a job basis and is in no way to be considered a Company-wide basis. When an employee is laid off or discharged, the Contractor shall furnish the man with a "lay-off" slip, stating the reasons for such lay-off or discharge and shall include the correct name and address of the employer and dates of the man's employment.

(38) In cases where the members are compelled to lose time during the regular working day, for the erection and/or the stocking of materials on scaffolds or the breakdown of equipment, they shall be paid for 4 hours if such stoppage occurs before the lunch hour and if such stoppage occurs after the lunch period, they shall be paid for 8 hours.

The employees must remain on the job to be eligible for such pay, unless told he can leave by the employer.

If such breakdown or stoppage carries over to the following day, the men shall be notified whether or not they shall report for work the next day.

(39) No employee shall raise the line more than one (1) course at a time except to avoid obstructions.

(40) The Contractor agrees that on all cutting machines, he will furnish safety or diamond blades, and will furnish all equipment for cutting (wet or dry) such as respirators, safety goggles, rubber aprons and gloves. A stove or other means of heat, shall be furnished for the "saw man" in cold weather.

(41) The contractor shall be liable or responsible for the loss of all tools and clothing due to fire or theft by forcible entry while employees are off the job. Such loss of tools and clothing not to exceed Three Hundred Fifty ($350.00) Dollars it being understood that employees shall submit a notarized statement substantiating the loss. In case of accident by a scaffold breaking, the Contractor shall be responsible for damage to tools for a sum not to exceed One Hundred ($100.00) Dollars.

## ARTICLE V

HOURS OF WORK, PAY DAY
REPORTING AND OVERTIME PROVISIONS

(42) Eight (8) hours pay will be received for eight (8) hours of work. The eight hours will be worked between 7:00 A.M. and 4:30 P.M. with a 30-minute lunch break. Clean up time of 10 minutes will be given and the employees will remain on the job till quitting time.

(43) If job conditions or the cooperation with other trades warrants same, time worked before 7:00 a.m., during the noon hour, and after 4:30 p.m. will be at the applicable overtime rate of pay. Five days, Monday through Friday, shall constitute a regular work week. If Daylight Savings Time is reinstated in the winter months, the quitting time may be changed to 5:30 p.m.

The contractor shall have the option of scheduling work on the basis of four (4) ten (10) hour days Monday through Thursday except Friday can be scheduled as a make-up day, in the event time is lost due to inclement weather, material shortage, or any other conditions beyond the contractor's control. When employees are scheduled to work on a four (4) ten (10) hour day schedule time and one-half ($1^1/_2$) shall be paid for all hours over ten (10) in one day.

The contractor shall notify the Local Union when he schedules work on a four (4) ten (10) hour day basis and will hold a pre-job conference with the Union, if requested by the Union.

(44) Time and one-half ($1^1/_2$) the employee's regular rate of pay shall be paid for all work in excess of eight (8) hours per day or forty (40) hours per week, whichever is greater, but not both.

Time and one-half ($1^1/_2$) the employee's regular rate of pay shall be paid for all work performed on Saturday.

(45) Double the regular rate of pay shall be paid for all work on Sundays and the following Holidays: New Years Day, Decoration Day, Fourth of July, Labor Day, Thanksgiving Day and Christmas Day. If any of the Holidays fall on Sunday, they shall be observed on the Monday following.

(46) No overtime work shall be done without the express permission of the Business Representative. No work shall be performed on Labor Day except in cases of extreme emergency.

(47) **SHIFT WORK:** Where two shifts are employed, the first shift shall work eight (8) hours, the second shift shall work seven (7) hours and thirty (30) minutes for eight hours pay. Where three shifts are employed, the third shift shall work seven (7) hours for eight hours pay.

The second and third shifts shall on Friday night work at straight time rates in order to complete a full five-day week.

When two (2) ten (10) hour shifts are worked, the first shift will work nine and one-half ($9^1/_2$) hours with ten hours pay, the second shift will work nine (9) hours with ten hours pay. When two twelve

(12) hour shifts are worked, the first shift will work eleven and one-half ($11^1/_2$) hours with twelve hours pay, the second shift will work eleven (11) hours with twelve hours pay.

Under no circumstances shall an employee work more than one shift in any twenty-four (24) hour period.

(48) On a one shift operation if any work must be done exclusively after regular working hours said work shall receive eight (8) hours pay at regular scale for seven (7) hours and thirty (30) minutes shall be at the applicable overtime rate.

(49) All men working in this jurisdiction shall be paid in currency or check, on the job, at least one-half hour ($^1/_2$) before quitting time on pay day, pay at two times the regular rate of pay will be paid for time waiting for checks after quitting time. Five (5) days will be held back if Contractor so desires.

If the employees are not working on the regular pay day, they shall be paid, on the job, before 9:00 A.M. The employees shall be paid the regular rate of pay for any time waited thereafter.

Any Contractor who fails to have sufficient funds in the bank to meet all pay checks issued to members of the I.U. of B. & A.C. shall forfeit his right to pay by check. The contractor shall furnish to each employee a record of the amount paid in the period in which the wages were earned, the number of hours worked and all payroll deductions fully itemized.

(50) Employees are to be paid the wages applicable to the work performed without any discount and in return, the Contractor shall receive a fair and honest day's work without any slowing down or stoppage of work.

(51) Any injured employee shall be paid in full for any time lost on the day of injury, if in a doctor's opinion he cannot return to work because of an undisputed occupational injury suffered on the job that day.

(52) Employees receiving a bad check (non-negotiable) shall receive an additional eight (8) hours wages and, if not paid within twenty-four (24) hours, the members of the I.U. of B. & A.C. shall be removed from the job and shall not return until satisfactory financial arrangements have been made.

(53) When the men report to the job at starting time and are not put to work because of inclement weather, the Foreman shall notify the Steward by 10:00 a.m. whether the men shall wait or go home. If told to wait or to go to work at 10:00 a.m., they shall be paid one (1) hour from 10:00 a.m. to 11:00 a.m., any work done after 11:00 a.m. shall be paid for two (2) hours; any work done from 12:30 to 2:30 p.m.. shall be paid for four (4) hours; and if work is done after 2:30 p.m., shall be paid for six (6) hours and the man must remain on the job site to be eligible for such pay.

(53A) **SATURDAY MAKE-UP DAY:** Saturday will be worked at straight time plus $1.00 premium per hour if a Monday, Tuesday, Wednesday or Thursday is lost during the work week due to inclement weather conditions. Working a Saturday make-up day will be at the option of the employee and the employer. The employer must notify the employees by quitting time Thursday, that Saturday will be a make-up day. Saturday will be considered a normal work day with respect to all work rules. Only the job crew that missed the inclement weather day on their job will be on the make-up day crew. The employer shall not discriminate against any employee, in any manner because the employee refuses to work a Saturday make-up day. Eight (8) hours guaranteed pay will apply for a Saturday make-up day. If any other craft on the Saturday make-up day jobsite receives overtime such as time and one-half or double time, the masons will receive the same. The employer shall notify the Local 40 office before any Saturday make-up day is worked. Saturday Make-Up Day does not include the Cement Masons or Refractory Masons.

(54) Appendix A, including the wage adjustments, is attached hereto and made a part of this Agreement.

## ARTICLE VI

### GENERAL WORKING CODE AND CONDITIONS

(55) Mortar boards and material shall be securely raised up a minimum of sixteen (16) inches, but not more than thirty-six (36) inches.

(56) Material should not be stock piled higher than forty-eight (48) inches above the working scaffold or standing level where the employee is working.

(57) There shall be ladders provided for all scaffold.

(58) At no time shall a wall or lead be built over four (4) feet, eight (8) inches in height for scaffold high, unless in extreme necessity. No scaffold shall be built in such a manner that the standing level is above the wall.

(59) On walls or leads of four (4") six (6") or eight (8") inch clay partitions they may be built five (5) feet two (2) or five (5) feet three (3) inches for scaffold high.

(60) Whenever, in the construction of any wall, there is a possibility of danger to the employee, no working level shall be situated so as to require the employee to reach down more than twelve (12) inches in the performance of his work.

(61) Masonry walls shall not be less than eighteen (18) inches above a cable or suspended scaffold.

(62) All walls over fourteen and one-half ($14^1/_2$) inches in thickness shall be manned by two men, one on each side of the wall when both faces of the wall are finished.

(63) Where dusty conditions prevail, respirators shall be furnished and worn. Safety goggles shall be provided and worn when engaged in work requiring them. During hot weather or on "hot" jobs, the Contractor shall provide suitable fatigue aids.

(64) It is further agreed that when the safety and general health of the employee is endangered the Contractor shall correct such situations.

(65) It shall be the duty of the employees to comply with all job safety and sanitary conditions provided by the Contractor. Repeated failure to comply with such regulations or conditions shall be reason for termination without recourse. All safety equipment furnished by the employer shall remain the property of the employer and shall be returned to him. All hard hats shall have new liners before reissuing.

(66) When a mason is working in a ditch he shall have a minimum of sixteen (16") inches from the face of the wall to the side of the ditch in which to work.

(67) The two inside planks of all scaffolds shall be kept clear of all materials. Foot scaffolds shall not exceed eighteen (18") inches in height, measured from the level on which the supports are placed. Mason's foot scaffolds imposed upon other scaffolds shall be limited to twelve (12") inches in height when supported on brick, tile or block. When in excess of twelve (12") inches but not over eighteen (18") inches in height, the supports shall be small horses not more than one tier high.

(68) When scaffolding stacks or chimneys, if the cable type is used, the cable shall be of proven strength and planking shall be of number one grade material and clear of knots. All provisions of OSHA rule 1926.45 for scaffolding shall be complied with.

(69) No ladder shall extend more than thirty (30) feet without a break or platform. See OSHA Standards.

(70) **PREMIUM PAY:** Any job or project that pays a premium, overtime or a bonus to recruit men, such bonus, premium or overtime shall continue to be paid until said job or project is completed. However, the Union may, at its discretion, waive such pay if the situation warrants.

(71) When out-of-town Contractors bring members of the I.U. of B. & A.C. into the jurisdiction stated herein and pay them a higher rate of wages than is called for by this Agreement, all members of the I.U. of B. & A.C. on that particular job or jobs shall receive such wages. Subsistence and transportation pay are not to be considered as wages.

(72) The ramming and spading of plastics shall also be paid at the rate of one dollar ($1.00) above the regular rate. When a man starts on acid or carbon brick he shall be paid the premium pay for the full day, regardless of the number of hours actually worked on these materials.

(73) All free standing work shall be fifty cents ($.50) per hour above regular scale of wages from ground level to top of the stack. This will include all brick and masonry cement on industrial and institutional free standing stacks. Radial brick, common brick, face brick, and acid brick linings. All sandblasting and the leaving of carbon masonry material on all swinging stage and/or scaffold will be at the rate of fifty cents ($.50) per hour above the regular scale of wages plus bosun chair.

(74) Any time members of the I.U. of B. & A.C. are required to work on "hot" work, they shall receive One Dollar ($1.00) per hour above the scale.

## ARTICLE VII

FIREBRICK WORKING CODE

(75) Backfill on all firebrick work shall be done by bricklayers only and at such time as the specified height is reached and after walls are completely level in courses.

(76) All walls over sixteen (16) inches thick shall be saddled by two bricklayers. The line shall be raised on both sides simultaneously.

(77) When electrical grinding stones or carborundums are being used, the men that are not so engaged shall leave that part of the job until the grinding operation is finished. No one bricklayer shall be kept grinding continuously and adequate rest periods shall be given to the men engaged in this operation.

(78) Scaffold height on oven walls shall not exceed for (4) feet in height. This does not apply to generator walls.

(79) It shall be the duty of any member to assist a fellow bricklayer who may be causing delay.

(80) Four (4) feet shall be scaffold high in ovens, stoves and stacks. A solid scaffold must be installed every six (6) feet in blast furnaces. Platform boards shall be two (2) inches thick. A bench scaffold four (4) feet in width must be installed at the height of three (3) feet in blast furnaces. The last course of scaffold height shall be the tram course.

(81) All ladders shall be staggered and not straight up and down. Adequate lighting is to be provided to insure safety when ascending or descending ladders. A stopping off place shall be provided every twenty (20) feet with a back rest. An emergency ladder shall be suspended from the top in all blast furnaces.

(82) When Bricklayers are engaged in laying brick in dusty conditions, the contractor shall provide approved respirators. He shall also provide safety goggles when conditions warrant the same; he shall provide the necessary precautionary devices on jobs where gas may exist so that the men may be warned in due time. When bricklayers are employed on excessively hot work, the Contractor shall provide proper counter-fatigue aids which shall meet the standards of the State Medical Board, proper gloves and protective materials to safeguard bricklayers when handling hot work. He shall supply wooden shoes or similar devices when the employees are working on heated surfaces, and the Contractor shall be responsible for all tools, clothing and shoes of the bricklayer that may have been burned in the performance of their work. This shall also apply to other jobs where clothes, tools and/or shoes are destroyed due to exceptional conditions.

(83) When bricklayers are working on blast furnaces, stoves, dust catchers, stacks, or other firebrick jobs where scaffolds are used, the Contractor shall have fire extinguishers on the scaffold at all times.

(84) When working in blast furnaces and high temperature cement is used the Contractor shall furnish safety glasses.

(85) No racking back shall be permitted in a blast furnace.

(86) Bricklayers shall not be required to start more than one course of bottom block at a time. Each course shall be finished and ground before another course is started.

(87) All caulking and cutting of asbestos rope shall be the work of the bricklayer.

(88) A ten minute period shall be allowed at the end of a shift when employed on firebrick work. Adequate time shall also be allotted for walking time to and from the plant's parking lot.

(89) On all blast furnace work, scaffolding shall be a minimum of four (4) feet high and a maximum of four (4) feet six (6) inches high. All scaffolding shall be of the solid type, excepting the large cable type used in the blast furnace. No scaffold shall be raised higher than eighteen (18) inches below the top of a solid wall.

(90) All connections in blast furnaces, stoves, etc. which are using a poured substitute shall be puddled by members of the I.U. of B. & A.C. This shall include all plastic brick or substitutes therefore.

(91) No clays shall be mixed in the enclosure where refractory brick are being laid, a separate shed shall be provided for the mortar man, all refractory brickwork shall have a sweeper on the job to keep floors, walks, runways and scaffolds free of dirt, dust and he shall keep same properly wet down at all times.

(92) When bricklayers are working on carbon material, they shall have twenty (20) minutes clean up time before lunch and before quitting time. The Contractor shall furnish kerosene or diesel oil for soaking tools in each night at quitting time. He shall also furnish cleaning cloths and detergents for bricklayers use when working on carbon material.

(93) Tools shall be dressed at the expense of the Contractor, or the Contractor shall furnish and install carboley tips as required.

## ARTICLE VIII

APPRENTICES

(94) In order to maintain a sufficient number of skilled mechanics in the building and construction industry, the necessity for the employment of apprentices is hereby recognized and the employment and proper training of as many apprentices as is reasonable and practicable shall be encouraged and undertaken by the Contractor and the Union. The Apprenticeship Program shall be administered by the Joint Bricklayers Apprenticeship Committee composed of equal representation from the Contractors and the Union. The Contractor and the Union hereby agree to be bound by the terms of an Agreement and Declaration of Trust establishing an "Apprenticeship Education and Trust Fund." The Bricklayers Joint Apprenticeship Committee shall from time to

time determine and set the amount of contribution to said Trust Fund. A certified copy of the annual audit of such Fund shall be made available to all participating Contractors.

(95) It is agreed that, in order to better our trade and to train sufficient skilled mechanics a four (4) year apprenticeship shall be served. Where possible, the local Union shall compel all apprentice bricklayers to attend an apprentice school for a period of four (4) years, said school to have a Local Journeyman Instructor. It is further agreed that to defray all cost of operating such apprentice school, all Contractors performing work in Local 40 jurisdiction shall pay eight cents ($.08) per hour for all hours worked in order to maintain and support said school. It is understood that Local 40 Union wage package is reduced eight cents ($.08) to equal the Contractor contribution.

(96) It is mutually agreed that a Contractor shall not employ any apprentice other than one who is in this Local's jurisdiction unless specifically agreed to by the Local Union.

(97) At the discretion of the Joint Apprenticeship Committee Contractors, who in the previous calendar year employed bricklayers for a total of 6,000 man hours or more, shall employ an Apprentice. It is mutually agreed, that if three journeymen are employed by the Contractor, the fourth (4th) member shall be an Apprentice, if available, and if more journeymen are needed the ninth (9th) member of the I.U. of B. & A.C. will be a duly registered Apprentice of this Union.

(98) Apprentice pay shall be:

| | |
|---|---|
| 1st year: | 50% |
| 2nd year: | 60% |
| 3rd year: | 80% |
| 4th year: | 90% |

(99) The Apprentice may operate the masonry saw and other cutting tools under the supervision of a bricklayer Steward or Foreman, for training purposes only. The Apprentice shall not drive trucks or perform other work than that which is directly associated with the masonry trade.

(100) The control of all Apprentices working in the jurisdiction of the several Unions signatory to this Agreement shall lie in the hands of several Joint Apprenticeship Committees, and all Apprentices shall be subject to the decisions of said committees.

(101) The Joint Apprenticeship Committee shall consist of equal representatives from the Union and from the Contractor. Alternates shall be appointed from each group. The Trustees of the Apprenticeship, Education and Training Trust Fund shall also attend the meetings of the Local J.A.C.

(102) The Contractor and the Union agree to abide by the Standards of the Joint Apprenticeship Committee. The Apprentice shall not be laid off from the job so long as two journeymen bricklayers are employed on said job. The last three members on a job shall be a journeyman or foreman, the Steward and a Local Apprentice. The Contractor shall notify the JAC or the Local Union when an Apprentice is laid off.

## ARTICLE IX

### FRINGE BENEFITS

(103) The fringe wage benefit programs contained herein shall apply to all Contractor members of the Labor Relations Division of the Ohio Contractors Association. The Associated General Contractors of America, Inc., any or all Contractors who may become signatory or bound by this Agreement, and any other Contractor or Group of Contractors who become a party to an Agreement Covering the Local fringe wage benefit programs set forth herein.

All contractors bound hereby do agree to be bound by the Agreements and Declarations of Trust, as amended, establishing Pension Plans, Welfare Plans, and Apprenticeship Funds, copies of which all parties agree have been furnished to and read by all Contractors bound hereby prior to the execution of this Agreement. It is mutually agreed that the provisions of said Agreements and Declaration of Trust and any Rules, Regulations or Plans adopted by the Trustees pursuant thereto shall become a part of this Agreement as though fully written herein. All Contractors bound hereby irrevocably designate the Contractor Trustees of said Funds and their successors, as their representative for the purpose set forth in said Agreements and Declarations of Trust.

Fringe benefit contributions shall be paid at the following rates for all hours paid to each employee by the Employer under this Agreement which shall in no way be considered or used in the determination of overtime pay. Hours paid shall include Holidays and reporting hours which are paid.

The fringe wage benefit contributions shall be paid as outlined in Appendix A. Payments postmarked after the fifteenth (15th) day of the month following the contribution period shall be subject to a ten percent (10%) additional charge.

**Bricklayers Pension Fund** – as stated in Appendix A of Agreement.

**Bricklayers International Pension Fund** – as stated in Appendix A of Agreement.

**Bricklayers Health and Welfare Fund** – as stated in Appendix A of Agreement.

It is further agreed that should the various Fund Trustees, in their discretion, decide that additional contributions are needed for such Trust Funds, such additional money may be deducted from the hourly rate at anytime during the life of this Agreement by action of the Trustees upon the Trustees giving notice to the parties hereto at least sixty (60) days prior to said increases in contributions.

It is further understood and agreed to between the parties that duly authorized representatives of any of the said Trust Funds shall have the right, on written notice, to audit the books and records of any party obligated under this Agreement to contribute thereto, with respect to the hours worked by and wages paid to all Employees upon whom the Contractor is obligated to make contributions.

If a Contractor has failed to pay fringe benefits to the proper collection agency or agencies of said Trust Funds, after due notice, by the Administrator of the Fund or Funds, or the Union, his jobs can be stopped and men employed on said shall be paid for all time lost as a result of such work stoppage. Failure to pay such fringes shall constitute a breach of contract and the Union shall not be held liable for any legal action.

If a Contractor shall prove to be habitually delinquent in his payments, he may be required, at the discretion of the Union, to make fringe benefit payments on a weekly basis.

Each Contractor who employs members of the I.U. of B. & A.C. within the jurisdiction covered by this Agreement shall post a cash bond in the amount of $350.00 for all jobs that involve less than 250 hours of bricklaying work and a $5,000.00 bond for all jobs representing more than 250 hours work. In each succeeding year the number of hours worked by the bricklayers for each Contractor shall be reviewed, and the amount of the bond may be revised in accordance with the number of hours worked by said members of the I.U. of B & A.C. Said Bond shall guarantee the payment of all labor performed under this Contract including the payment of monies due the Health & Welfare, Pension and/or Vacation Savings Funds of the various Unions. The cost of any legal action necessary to secure payment to the above funds shall be paid by the bonding agency or Contractor. Contractor members of the Ohio Contractors Association shall not be required to post bond unless there has been a history of delinquency by said Contractor.

Vacation and Savings Funds Contributions shall be made as determined by the Union party hereto. See Appendix A.

## ARTICLE X

### JURISDICTIONAL DISPUTES, GRIEVANCE PROCEDURE, AND ARBITRATION

(104) **Jurisdictional Disputes:** No jurisdictional picket lines or strikes shall be recognized.

The Contractor shall make the assignment of work based on area practice of the industry.

If the dispute cannot be resolved on the job between the Contractor and the contesting Unions, a meeting shall be held between the International Unions involved, the Labor Relations Division (LRD) of the Ohio Contractors Association and the Contractor and an attempt will be made to resolve the dispute. If the dispute is not resolved at the meeting the dispute shall be referred to the National Joint Board for Settlement of Jurisdictional Disputes for settlement and said settlement shall be binding on all parties.

A purpose of this Agreement is to promote a harmonious relationship between the Contractor and the Union and to settle any disputes occurring during life of this Agreement in a peaceful manner as outlined herein.

(105) **Grievance Procedure:** There shall be no stoppage of work because of any difference of opinion or dispute which arises between the Union and the Contractor.

In the event any difference of opinion or any grievances concerning interpretation of the Agreement arise during the term of this agreement, an earnest effort shall be made to settle the differences or grievances in the following manner it being specifically agreed that an employee failing to report a grievance to the Business Agent within two (2) weeks, the grievance shall be deemed waived and abandoned:

**Step 1** – The Local Union Business Representative shall meet with the Contractor Representative and attempt to settle the matter. If no settlement can be reached then

**Step 2** – The difference or grievance shall be referred to a committee consisting of two (2) members, one to be named by the LRD of Ohio Contractors Association, and one to be named by the I.U. of B. & A.C. local union involved.

**Step 3** – The difference of opinion or grievance may be referred to the State Joint Committee consisting of six members, three to be appointed by the LRD of Ohio Contractors Association and three to be appointed by the I.U. of B. & A.C. If the Local Arbitration Committee is unable to resolve the dispute within three working days, a letter shall be sent to the American Arbitration Association requesting binding arbitration. If no letter is sent at the time, then a work stoppage resulting from the dispute shall not be in violation of this Agreement.

**Step 4** – The grievance shall then be referred to an Arbitrator selected by the Committee referred to in Step 3. If no agreement is reached by the State Joint Committee on the naming of an Arbitrator, then the rules of The American Arbitration Association for selecting an Arbitrator shall apply. Decision of the Arbitrator shall be final and binding on all parties and expenses of the Arbitrator shall be borne equally by each party to this Agreement.

(106) The Contractor agrees that its employees will not be required under penalty of discharge or discipline of any kind to walk through or cross in any manner any legally constituted picket line maintained by any labor organization, and any refusal to cross a legally constituted picket line, singly or in concert, shall not constitute a breach of this Agreement. No jurisdictional picket line will be recognized.

## ARTICLE XI

### CEMENT MASONS WORK COVERED AND WORKING CONDITIONS

(107) All concrete construction, including foremanship of same, such as buildings, bridges, silos, elevators, smoke stacks, curbs and gutters, sidewalks, streets and roads, paving, alleys and roofs of poured concrete and all flat surfaces of cement, rock asphalt, the laying and spreading and finishing of all types of bituminous concrete including all types of vacuum mats used in the drying of cement floors in preparing same for finish, the operation of power driven floats and trowelling machines, shall be that of the cement mason. Mastic flooring, whether laid free handed or in precast form on the job; otherwise known as asphalt or mastic tile, and all other types of resilient floor covering, the finishing and washing of all concrete construction, using any color pigment when mixed with cement in any other form, mosaic and nail coat when done by brush, broom trowel, float, or any other process including operation of machine for scoring floors, or any other purpose they may be used for in connection with the cement masons' trade. The rodding, spreading and finishing of all top materials, sills, coping, steps, stairs and risers and running all cement, and plastic materials six (6) inch base or less, shall be the work of the cement mason. All preparatory work on concrete construction to be finished, or rubbed, such as cutting of nails, wires, wall ties, etc., patching, brushing, chipping and bush-hammering, rubbing or grinding if done by machine or carborundum stone of all concrete construction, setting of all strips, screeds, stakes and grades and curb forms. All glass set in cement. The pointing, patching and caulking around all steel or metal window frames that touch concrete. All dry packing, grouting and finishing in connection with setting all machinery such as engines, pumps, generators, air compressors, tanks, etc., that are set on concrete foundations. All prefabricated and prestressed concrete construction on the job site and in the shop, including the supervision of the same, such as sidewalks, steps, floor slabs, beams, joists, walls, and columns, also, the screeding, finishing, rubbing, grouting, pointing and patching of same. This shall not constitute a waiver of the Bricklayers to set, plumb, level, align, caulk, grout, paint, dry-pack pre-cast concrete units and the bolting or welding of same. All form work that is not more than 12" high and is not composed of any more than one piece of material high shall be set by cement finishers.

(108) When pouring concrete slabs or concrete, the surface of which is to be struck off or finished to a given line, all cement masons necessary to finish same shall start at work coming within the jurisdiction of the cement mason, when pouring begins. This applies also to pouring of topping on old slabs or any other surfaces.

(109) The curing, hardeners and sealers used on finished concrete, whenever necessary, whether by chemical compounds or otherwise, shall be the work of the cement mason.

(110) The spreading of darbying, troweling, screeding of all types of magnesium oxychloride cement composition floors shall be the work of the magnesite composition cement mason; including all types of oxychloride granolithic or terrazzo composition floors, hand grinding, or machine grinding; the preparation of sub-floor surfaces, bonding, the preparation and installation of ground or base courses, steps and cove base. The purpose and intent of the six inch (6") base law will not be defeated.

(111) All magnesite composition work shall be done under the supervision of a competent and qualified composition cement mason.

(112) All composition, mastic, rock asphalt and magnesite work are the work of the cement mason.

(113) Gunnite work handling of the cement gun. When the work is less than one and one-half inch in thickness, the handling and control

of the nozzle shall be the work of the cement mason.

(114) Recognizing that the funds available for construction work shall accomplish the greatest possible benefits for the Public, the Contractor and the Union agree that all machinery that increases man hour production of cement masons shall be used without restrictions.

(115) There shall be no restriction on the use of the Finishing of Floating Machines. Under no circumstances shall work be left under machine finish unless so specified in the specifications by owners or architect.

(116) If any work must be done exclusively after regular working hours, said work shall be done at eight hours pay for seven hours work. All work in excess of seven hours shall be at the rate of time and one-half the regular rate.

(117) **Foreman:** On all jobs requiring two (2) or more Cement Masons, there shall be a Foreman. The Foreman may work with his tools regardless of the number of employees he is directing. Whenever the Cement Mason is asked to take charge of the Laborers, layout the work and handle the details of the work, it is agreed that he shall receive Foreman's wages even though one (1) Cement Mason is on the work. The Foreman shall receive orders from the Superintendent only. The Cement Mason and Superintendent in charge of the job shall determine the number of Cement Masons necessary to handle the job. If they disagree the Contractor shall be responsible for any inferior work if it develops the cause was from working shorthanded.

(118) **Stewards:** The first journeyman on the job shall be the Steward, pending selection of a Steward by the Business Agent. The Steward shall check all Union books to insure that the provisions of Article II are complied with. The Steward shall take up all grievances on the job and try to have same adjusted; in the event he cannot adjust them, he must promptly report the fact to the Business Agent. The Steward shall not be discriminated against for performing his duties as Steward. It shall be the Steward's duty to see that overtime is shared on the job. No Steward will be discharged until a hearing is held between the Business Representative of the Union and the Contractors Representative to hear evidence of the circumstances surrounding the discharge.

(119) **Working Conditions:** Any Cement Mason forced to work in the rain shall be amply protected with raincoat furnished by the Contractor.

(12) Cement Masons shall not be required to work in a room with open coke salamanders.

(121) Where Cement Masons are waterproofing or finishing floors in elevator pits or sumps, the same shall be planked over solid one story above.

(122) When finishing concrete, the work shall be completely finished, there will be no finishing of the previous day's work on the following day with the exception of inclement weather.

(123) At such times as the Contractor required overtime work, as permitted by this Agreement, it is agreed that there shall be a thirty (30) minute paid lunch period at the end of the first two (2) hours overtime. In the event additional overtime is required exceeding an additional four (4) hours, the Contractor agrees to pay the men for a second thirty (30) minute lunch period.

(124) The use of Concrete Saws for cutting construction joints on new work, and the filling of such joints with material such as latex epoxys, lead, mastic, tar and similar materials shall be done by Cement Masons.

(125) The Contractor shall furnish straight edges (5, 4) stock darbies, knee boards, carborundum stones and brushes. Straight edges pulled by one man shall not exceed twelve (12") inches in length.

(126) All exposed industrial and commercial floors that are required to be hard troweled shall be troweled by hand at least once behind the finishing machine.

(127) The Cement Finishers shall put in expansion strips (wet screeds), do all waterproofing, lead wool, synthetic solutions, membranes, etc. he shall do curing of all kinds, (water, burlap, and all emulsions spray cures).

(128) Lunch time shall be between the fourth and fifth hour or the Cement Finisher shall receive one (1) hour's pay for the missed lunch time and he shall be permitted to take time for lunch before his sixth hour as long as work does not stop or hinder the progress of work.

(129) **Premium Pay:** When working on vertical slip forms, jump forms or continuous forming of any kind, the Cement Mason shall be paid fifty cents ($.50) per hour above the base rate for all work from the base up to fifth (50) feet. Above that height, he shall be paid at the rate of time and one-half ($1^1/_2$) the regular rate.

(129B) Premium for topping materials (emery, iron, etc.) will be fifty cents ($.50) per hour above the regular scale.

(129C) Paragraph 53A does not include Cement Mason work.

## ARTICLE XII

CONSTRUCTION ADVANCEMENT PROGRAM OF NORTH CENTRAL AND EAST CENTRAL OHIO

(130) The Contractor and the Union agree to and approve the establishment of a program to promote the common good of the Construction Industry in the North Central and East Central Ohio Area by providing financial support for activities which may include, but not necessarily be restricted to, the study and service of:

(a) Public Relations.
(b) Public Education as pertaining to the Construction Industry.
(c) Market Development.
(d) Protection of legitimate markets.
(e) Personnel Practices and Labor Relations, including:
1. Promotion of Safety.
2. Standardization of contracts and practices.
3. Promotion of stability in personnel practices and labor relations.
4. Adjustment and arbitration of grievances.
5. Settlement of jurisdictional problems.
6. Apprenticeship training programs.
7. Health and Welfare Funds for employees.
8. Pension Funds for employees.
9. Vacation Funds for employees.
(f) Collection and distribution of information from and to all segments of the Construction Industry and related groups of authorities.

The Contractor and the Union agree to approve the establishment of the Construction Advancement Program (CAP) of East Central Ohio are by a Declaration of Trust dated May 10, 1964, as amended to become the Construction Advancement Program of North Central and East Central Ohio, a copy of which is available for the parties at the office of the Trustees and which is included herein by reference and made a part hereof. Each Contractor covered by this Agreement shall pay fourteen ($.14) cents for each hour worked by each employee within the bargaining unit.

The consideration for this Agreement is as follows:

(a) Recognition by the parties of the need for providing the means whereby the Contractor can facilitate and supplement the financing of its activities;

(b) Obligations assumed by the Contractor to withhold, collect and forward monies from the pay of its employees for the benefit of

its employees in welfare funds, pension funds, and union dues check-of;

(c) Obligations assumed by the Contractor to pay, collect and forward monies for the Apprenticeship training funds.

Payments to the program shall be in accordance with instructions on forms furnished by the Trustees.

The Program is to be administered for the purpose set forth in this Article and in accordance with the terms of said Declaration of Trust.

The monthly contribution period and report shall end with and include the last full weekly pay period of the month.

Payments and reports in duplicate for each monthly contribution period shall be mailed or delivered to the program office on or before the 15th day of the following month. Payments postmarked or delivered by messenger after the 15th day of the following month shall be subject to an additional charge of 10% per month until paid, to reimburse the Construction Advancement Program for damages due to additional administrative expense, impairment of reserves, and costs of collection arising from late payment.

There is specifically excluded from the purposes of the Construction Advancement Program of North Central and East Central Ohio, the right to use any of its funds for lobbying in support of anti-labor legislation and/or to subsidize contractors during a period or periods of work stoppage or strikes.

Upon decision of the Board of Trustees and after thirty days' written notice, the Contractor contribution may be raised.

(130A) **OCIA Fund:** Each Employer bound by this agreement shall pay the Industry Promotion Fund five cents ($.05) per hour for each hour worked by employees of the Employer who are working within the bargaining unit herein. Such payments shall be transmitted with the Health and Welfare payments provided herein or transmitted directly to the Ohio Contractors Association no later than the fifteenth (15th) day of the month immediately following the calendar month in which the work was performed.

## ARTICLE XIII

SUBSTANCE ABUSE

(131) The parties recognize the problems that drugs and alcohol abuse have created in the construction industry and agree to continue negotiations on implementing drug and alcohol abuse prevention programs that will work toward maintaining a safe workplace, free of drugs and alcohol.

**Drug Testing:** The Employer and the Union are committed to a policy that promotes safety in the work place, employee health, and well being. In consideration of this policy, the Union and the Employer agree that any employee found to be under the influence of, in possession of, or engaged in the distribution of drugs or alcohol on the job site shall be subject to disciplinary action, up to and including immediate discharge.

Within two (2) weeks of reporting to the job site, each new employee may be scheduled for a drug test. Employees using a prescription drug which may impair mental or motor function shall inform their supervisor in writing of such drug use.

Employee involvement with drugs and alcohol can adversely affect job performance and employee morale. In the construction industry the consequences of drug or alcohol use or influence while on the job site can be disastrous. The Employer and Union, therefore, agree to the following policy to insure all employees of a safe and efficient job site free from the effects of drug and alcohol use or influence.

Any job site is subject to massive drug screening. Any employee who is involved in an on-the-job accident resulting in injury to a person or property, or whose observed behavior raises a reasonable suspicion of probable cause of illegal drug or alcohol use impairment while on the job site, may be required as a condition of continued employment to submit to a test for alcohol and/or illegal drug use which impaired the employee's ability to safely perform his/her duties on the job site. Such tests usually involve a sampling of the employee's blood, urine, or breath. Any employee who is asked to submit to such a test will be required to sign a consent form. If an employee who is asked to submit to a test refuses to do so, or refuses to sign the necessary consent form, that employee will be subject to disciplinary action up to and including discharge.

All testing will be done by a reliable, established laboratory. If this initial test screen result indicates positive findings, further testing of the same sample must be done to confirm the original findings before the laboratory can report a positive finding. The confirmation test will be conducted by an independent accredited National Institute of Drug Abuse or College of American Pathology laboratory and utilize the more scientific Gas Chromatography/Mass Spectrometry examination (GC/MS). The results of all tests will be kept confidential between the employee, the Employer and the Union. The employee shall be paid his/her regular hourly wages and fringes for the time required for drug testing provided results are negative.

If the GC/MS test results are positive, the employee shall be granted a leave of absence for up to thirty (30) days for the purpose of drug and alcohol rehabilitation. If the employee is eligible, such rehabilitation programs are covered under the International Union of Bricklayers and Allied Craftsmen Local #40 Health and Welfare Program providing the employee confines himself/herself to a twenty-four (24) hour licensed rehabilitation medical facility.

Until the employee presents certification of successful completion of the rehabilitation program, he/she shall be removed from employer's job site. Upon presentation of certification of the employee's successful completion of the drug/alcohol rehabilitation program, the employee may be restored to his/her original job with the employer. The employee shall, under either circumstance, for the next succeeding twelve (12) month period, present to the Local #40 Representative monthly certification of negative drug/alcohol test results, failure to do so will result in denying the employee the right to maintain his/her availability to be sent to a job site or if working, to be removed from work.

## ARTICLE XIV

SAVINGS AND SEPARABILITY

(132) It is mutually agreed that if any clause, term or provision of this Agreement is or is hereafter found to be illegal or in contravention of any court ruling, National Labor Relations Board ruling or ruling of any other Board or Agency having jurisdiction in the matter, such clause, term or provision shall be or become inoperative and of no effect, without disturbing the other clauses, terms and provisions of this Agreement, and the remaining parts of this Agreement shall remain in full force and effect.

(132A) In the event any clause, term or provision of this Agreement is found to be illegal or in contravention of any court ruling, National Labor Relations Board ruling, or ruling of any other Board or Agency having jurisdiction in this matter, said clause, term or provision shall be renegotiated to the mutual satisfaction of the parties; but, during such renegotiation, there shall be no interruptions of work by lockouts, strikes or other labor troubled.

## ARTICLE XV

### CONFLICTING AGREEMENTS

(133) If the Union enters into any agreement with any individual employer or group of employers within the area of jurisdiction of this Agreement containing any more favorable wages, hours, fringe benefits, conditions or other cost items than those contained herein. The Union agrees that any such more favorable total cost shall be automatically extended to the Employer signatories through a reduction in the base wage rate.

## ARTICLE XVI

### DURATION OF AGREEMENT

(134) This Agreement shall be effective as of May 1, 1997 and shall remain in full force and effect until Midnight, April 30, 2000, and shall continue to remain in full force thereafter from year to year, provided that this Agreement will terminate at the expiration of the initial or any subsequent annual period if either party gives written notice to the other party of its desire for termination, at least sixty (60) days before such annual date; and provided further that if this Agreement is not so terminated and either parties gives written notice to the other of its desire to change or modify this Agreement at least sixty (60) days before such annual date, then this Agreement shall remain in full force and effect on a day-to-day basis after such annual date until a new agreement is negotiated and signed or until either party gives the other five (5) additional days written notice of termination.

IN WITNESS WHEREOF, we the undersigned duly authorized representatives of the I.U. of B. & A.C., Local Union 40 and the Labor Relations Division of the Ohio Contractors Association, executed this Agreement on the 10th day of March, 1997.

LOCAL UNION 40 of the INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN

LOCAL 40

S/ Harold Walker
Business Representative

S/ Fred Hamrick
S/ Jim Brown
S/ Terry Workman
S/ David Wertman

LABOR RELATIONS DIVISION, BUILDING SECTION, OF THE OHIO CONTRACTORS ASSOCIATION

S/ Mark Sterling
Chairman, Labor Executive Committee

S/ Alfred Gallucci
Director, Labor Relations

S/ Rick Kusmer
S/ Eldon Brumenshenkel
S/ Dave Studer

APPENDIX A

## BRICKLAYERS LOCAL 40

### RATES OF PAY – EFFECTIVE DATE S OF RATES AND FRINGES

Counties covered: Ashland, Richland, Crawford and Wyandot with exception of following townships of Crawford, Richland and Tymochtee in Wayndot County; Marion, Hardin, Holmes, Morrow County except Milton and Chippewa in Wayne County; Bricklayers, Caulkers, Painters, Cleaners, Blocklayers, Stonemasons, Tilelayers, Terrazzo, Marble Masons and Sewer Bricklayers.

**EFFECTIVE DATE: MAY 1, 1997**

| | |
|---|---|
| Base Hourly Rate | $20.97 |
| Health & Welfare: | +2.70 |
| Pension: | +1.50 |
| Int'l Pension: | +1.00 |
| IMI: | + .06 |
| CAP: | + .14 |
| Foreman: | +10% Base Hourly Rate |
| Apprenticeship | - .08 |
| Building Trades: | - .02 |
| Dues: | - 3 % of gross |

**EFFECTIVE DATE: MAY 1, 1998**

| | |
|---|---|
| Base Hourly Rate: | $21.87 |
| Health & Welfare: | +2.70 |
| Pension: | +1.50 |
| Int'l Pension: | +1.00 |
| IMI: | + .06 |
| CAP: | + .14 |
| Foreman: | +10% Base Hourly Rate |
| Apprenticeship: | - .08 |
| Building Trades: | - .02 |
| Dues: | - 3 % of gross |

Layout man and Sawman: Rate twenty-five cents ($.25) per hour over the Journeyman rate.

Fringe payments shall be made to: Stoner and Associates, 1104 Fifth and Race Tower, Cincinnati, Ohio 45202. The Bricklayers International Pension Fund Payment and the I.M.I. Fund Payment shall be made to: Bricklayers International Pension Fund, Department 0714, Washington, D.C. 20073-0714.

**EFFECTIVE DATE: MAY 1, 1999**

| | |
|---|---|
| Base Hourly Rate: | $22.72 * |
| Health & Welfare: | +2.70 |
| Pension: | +1.50 |
| Int'l Pension: | +1.00 |
| IMI: | + .06 |
| CAP: | + .14 |
| Foreman: | +10% Base Hourly Rate |
| Apprenticeship: | - .08 |
| Building Trades: | - .02 |
| Dues: | - 3 % of gross |

- It is further agreed that should the Trustees of the Health and Welfare Fund decide that additional contributions are needed for this fund, such additional money will be deducted from the Base Hourly Rate not to exceed thirty cents ($.30) during the period May 1, 1998 through Apri. 30, 2000. The Trustees will provide notice of any increase at least 90 days prior to such an increase in the contribution rate for the Health & Welfare Fund. If the contribution is not required it will not be carried forward.

## CEMENT FINISHERS AND PLASTERERS LOCAL 40

### RATES OF PAY – EFFECTIVE DATES OF RATES AND FRINGES

Counties covered: Holmes and Wayne.

**EFFECTIVE DATE: MAY 1, 1997**

| | |
|---|---|
| Base Hourly Rate: | $22.86 |
| Pension: | +1.50 |
| Int'l Pension: | +1.00 |
| IMI: | + .06 |
| CAP: | + .14 |
| Foreman: | +1.00 |
| Apprenticeship: | - .08 |
| Building Trades: | - .02 |
| Dues: | - 3 % of gross |

**EFFECTIVE DATE: MAY 1, 1998**

| | |
|---|---|
| Base Hourly Rate: | $23.36 |
| Pension: | +1.50 |
| Int'l Pension: | +1.00 |
| IMI: | + .06 |
| CAP: | + .14 |
| Foreman: | +1.00 |
| Apprenticeship: | - .08 |
| Building Trades: | - .02 |
| Dues: | - 3 % of gross |

**EFFECTIVE DATE: MAY 1, 1999**

| | |
|---|---|
| Base Hourly Rate: | $23.81 |
| Pension: | +1.50 |
| Int'l Pension: | +1.00 |
| IMI: | + .06 |
| CAP: | + .14 |
| OCIA: | + .05 |
| Foreman: | +1.00 |
| Apprenticeship: | - .08 |
| Building Trades: | - .02 |
| Dues: | - 3 % of gross |

## APPENDIX B
## JOB RECOVERY AGREEMENT
## OHIO CONTRACTORS ASSOCIATION AND BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL UNION NO. 40

### ARTICLE I

OBJECTIVE

1. To mutually develop a program between Labor and Management directed to improve and enhance competitive bidding for services to the customer. The parties hereby establish a Labor-Management committee which will meet regularly for the primary purposes of communication, market research, and program implementation.

2. To establish a basic Agreement providing for competitive hourly rates, work practices, and establish, for the consumer, uninterrupted construction of the various projects without strikes or lockouts.

3. The parties mutually agree to establish by this Agreement a continuing responsibility for productivity by the workmen, and an awareness of the contractor to bid competitively and manage the work forces efficiently.

### ARTICLE II

SCOPE OF THE AGREEMENT

1. The parties agree, initially, that the scope of this Agreement applies to markets that the parties have not succeeded in bidding.

2. Terms of this Agreement will apply to private sector work where the competition is non-union. The determination of this application must be made in a "pre-bid meeting" between contractors and Local Union Representatives.

   The parties further agree that during the life of this Agreement the parties may expand the scope of this Agreement as market research recommendations may indicate.

### ARTICLE III

MANAGEMENT CONSIDERATIONS

1. It is mutually agreed that the contractor, in addition to general rights to manage, shall have the right of mobility of manpower within the Bricklayers Local Union #40. Manpower needs shall be determined at the pre-job conference based on guidelines provided in the "Master Agreement."

### ARTICLE IV

UNION CONSIDERATIONS

1. It is mutually agreed that standard Union shop provisions are incorporated in this agreement as permitted for the Construction Industry by the Taft-Hartley Act.

### ARTICLE V

SUB-CONTRACTOR CLAUSE

1. The parties agree that contractors signatory to this Agreement, who joint venture, or sub-contracts to his subsidiaries, and/or subcontracts to any contractor not signatory to this Agreement, shall be bound by the terms of the Master Agreement as it relates to sub-contracting.

### ARTICLE VI

GRIEVANCE PROCEDURE

1. The parties agree that in consideration for a no strike/no lockout provision, to adopt the grievance and arbitration procedure of the "Master Agreement."

### ARTICLE VII

SPECIFIC CONDITIONS OF THE AGREEMENT

1. Wages – 80% taxable hourly rate with fringes at 100%.

2. Hours of work – all hours over 10 hours per day Monday thru Friday and all hours over 40 and all hours on Saturday will be at time and one-half. Double time will be paid for hours worked on Sundays and Holidays.

3. Any employee that is employed by a Contractor under the terms and provisions of the "Master Agreement" shall have the right to reject being assigned to a project being worked under this agreement and if laid-off will be laid-off for "lack of work" only.

4. The State and Federal Residential Construction rate shall be established as indicated in paragraph one (1), of this article.

### ARTICLE VIII

FRINGES

1. The parties hereby agree to be bound by terms of the Master Agreement which relate to the establishment of fringes (Health & Welfare, Pension, Vacation, Apprenticeship, CAP, IMI, OCIA and Dues).

2. Effective date of this Agreement is the date the parties become signatory, expiration date of the Agreement is the expiration date of the "Master Agreement."

3. The parties agree to adopt standard language regarding required notification, prior to expiration to negotiate terms of a new Agreement or to terminate. Should the parties not ratify a continuance to said Agreement, any job bid under this Agreement will be completed as bid.

### ARTICLE IX

SIGNATURE REQUIREMENTS

1. No employer shall be permitted to become signatory to this Agreement unless they are signatory to the current collective bargaining agreement.

IN WITNESS WHEREOF, we the undersigned duly authorized representatives of the I.U. of B. & A.C., Local Union No. 40 and the Labor Relations Division of the Ohio Contractors Association, executed this Agreement on the 10th day of March, 1997.

BRICKLAYERS AND ALLIED CRAFTSMEN
LOCAL UNION NO. 40

S/ Harold Walker
Business Agent
S/ Fred Hamrick
S/ Jim Brown
S/ Terry Workman
S/ David Wertman

LABOR RELATIONS DIVISION, BUILDING SECTION,
OHIO CONTRACTORS ASSOCIATION

S/ Mark Sterling
Chairman, Labor Executive Committee
S/ Alfred R. Gallucci
Director, Labor Relations
S/ Rick Kusmer
S/ Eldon Brumenshenkel
S/ Dave Studer



**BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND "STANDARD FORM OR PARTICIPATION AGREEMENT"**

The undersigned Employer and Union represent that the only agreement between the said parties regarding pensions or retirement for employees covered by the Collective Bargaining Agreement between the parties is as follows:

1. (a) Commencing with the 1st day of ______________________

   19 ______, and for the duration of the current collective Bargaining Agreement between the said parties, and any renewals or extensions thereof, the Employer agrees to make payments to the Bricklayers and Trowel Trades International Pension Fund for each employee covered by the said Collective Bargaining Agreement as follows:

   (b) For each hour or portion thereof, for which an employee received

   pay the Employer shall make a contribution of $ ______________ to the above named Pension Fund.

   (c) For purposes of this article each hour paid for including hours attributable to show-up time and other hours for which pay is received by the employee in accordance with the Collective Bargaining Agreement shall be counted as hours for which contributions are payable.

   (d) Contributions shall be paid on behalf of any employee starting with the employee's first day of employment in a job classification covered by the Collective Bargaining Agreement. This includes, but is not limited to apprentices, helpers, trainees and probationary employees.

   (e) The payments to the Pension Fund required above shall be made to the Bricklayers and Trowel Trades International Pension Fund, which was established under an Agreement and Declaration of Trust dated June 29, 1972, a copy of which has been signed by the Employer in the space provided at the end of such agreement, or to which the Employer has become bound by the signing of some other written instrument.

2. It is agreed that all contributions shall be made at such time and in such manner as the Trustees require and the Trustees shall have the authority to have an independent Certified Public Accountant audit the payroll and wage records of the Employer for the purpose of determining the accuracy of contributions to the Pension Fund.

3. If an Employer fails to make contributions to the Pension Fund within twenty days after the date required by the Trustees, the Union shall have the right to take whatever steps are necessary to secure compliance with the Agreement, any provision of the Collective Bargaining Agreement to the Contrary notwithstanding and the Employer shall be liable for all costs for collecting the payments due together with attorney's fees and such liquidated damages which may be assessed by the Trustees. The Employer's liability for payment hereunder shall not be subject to the grievance or arbitration procedure or the "no strike" clause provided under the Collective Bargaining Agreement.

4. It is agreed that the Pension Plan adopted by the Trustees of the said Pension Fund shall at all times conform with the requirements of the Internal Revenue Code so as to enable the Employer at all times to treat contributions to the Pension Fund as a deduction for income tax purposes.

5. The parties agree that this Participation Agreement shall be considered a part of the Collective Bargaining Agreement between the undersigned parties.

6. The expiration date of the present Collective Bargaining Agreement between the undersigned parties is ______________, __________,

   19 ________.

Copies of the Collective Bargaining Agreement and all renewal or extension agreements will be furnished promptly to the Pension Fund Office and if not consistent with the Participation Agreement, can be used by the Trustees as the basis for termination of participation of the Employer.

# ASSENT TO
# COLLECTIVE BARGAINING AGREEMENT

In consideration of the benefits to be derived and other good and valuable consideration the undersigned employer, although not a member of the Labor Relations Division of the Ohio Contractors Association, does hereby join in, adopt, accept, and become a party to the collective bargaining agreement heretofore made by the Labor Relations Division of the Ohio Contractors Association with Local Union 40 of the International Union of Bricklayers and Allied Craftsmen including all of the provisions therein and any amendments made thereto, and including those provisions pertaining to contributions to Trust Funds, and agrees to be bound by any Trust Agreement hereafter entered into between these parties and agrees to make contributions as required, and authorizes this parties to name the Trustees to administer said Funds and ratifies and accepts such Trustees and the terms and conditions of the Trusts as if made by the undersigned.

Bogner Construction Co.
Name of Company

305 W. Mulberry St.
Street

Wooster | Ohio | 44691
City | State | Zip Code

330-262-6730
Company Phone Number

x [signature] Dir. of Field Operations
Authorized Representative and Title

x 11/10/97 | x
Date | Ohio Workers' Compensation No.

BRICKLAYERS LOCAL # 40
Name of Union

1873 CRUM RD
Street

SHILOH | OHIO | 44878
City | ~~Street~~ | Zip Code

x Terry A. Workman Field Rep
By

x [signature]
Witness

**Union Copy**

# AGREEMENT

*between*

**INTERNATIONAL UNION OF**

**THE BRICKLAYERS**
**AND**
**ALLIED CRAFTSWORKERS**
**LOCAL UNION NO. 40**

*and*

**THE LABOR RELATIONS DIVISION**

*OF THE*

**OHIO CONTRACTORS ASSOCIATION**

OHIO CONTRACTORS ASSOCIATION

**EFFECTIVE: MAY 1, 2000 – APRIL 30, 2003**

# EMPLOYERS
# THE LABOR RELATIONS DIVISION
# BUILDING SECTION
# OHIO CONTRACTORS ASSOCIATION

1313 Dublin Rd.
P.O. Box 909
Columbus, OH 43216

Mark Potnick
Director, Labor Relations

614-488-0724
1-800-229-1388

## THE BRICKLAYERS AND ALLIED CRAFTSWORKERS LOCAL UNION NO. 40

163 Poplar Street
Mansfield, Ohio 44903
419-526-2646

Mailing Address:
1873 Crum Road
Shiloh, Ohio 44878

# INDEX


| Article | | Page |
|---|---|---|
| | Agreement | 1 |
| I | Craft Jurisdiction | 1 - 2 |
| II | Union Representation and Hiring | 2 - 3 |
| III | Working Conditions | 3 - 4 |
| IV | Working Rules | 4 |
| V | Hours of Work, Pay Day, Reporting and Overtime Provisions | 4 - 5 |
| VI | General Working Code and Conditions | 5 - 6 |
| VII | Firebrick Working Code | 6 |
| VIII | Apprentices | 7 - 8 |
| IX | Fringe Benefit Funds | 7 - 8 |
| X | Jurisdictional Disputes, Grievance Procedure and Arbitration | 8 |
| XI | Cement Masons Work Covered and Working Conditions | 8 - 9 |
| XII | Construction Advancement Program of North Central and East Central Ohio | 9 - 10 |
| XIII | Substance Abuse | 10 |
| XIV | Savings and Separability | 10 |
| XV | Conflicting Agreements | 11 |
| XVI | Duration of Agreement | 11 |
| | Appendix A – | |
| | Rates of Pay | 12 |
| | Appendix B – | |
| | Job Recovery Agreement | 13 - 14 |
| | Assent – Union, LRD, Company | 16 - 20 |

## AGREEMENT

(1) This Agreement, made and entered into by and between the Labor Relations Division of the Ohio Contractors Association, hereinafter called the "CONTRACTOR", and the I.U. of B. & A.C., which includes Local Unions 40, hereinafter called the "UNION", to define and agree to the conditions and wages under which the employees shall work, and to define all classifications of work and to prevent strikes or lockouts and adjust grievances in a peaceful and dignified manner.

(2) It is specifically understood that said Labor Relations Division of the Ohio Contractors Association and its Negotiating Committee shall not be liable hereunder for any reason whatsoever, including but not limited to, any acts of its subscribing members.

(3) It is further agreed and understood that the liabilities of the contractors subscribing hereto and the Local Unions subscribing hereto shall be several and not joint.

(4) The Labor Relations Division of the Ohio Contractors Association agrees to furnish to the Union a list of all its members subscribing to the terms of the Agreement.

(5) The Labor Relations Division of the Ohio Contractors Association recognizes the Local Unions as the sole and exclusive bargaining Agent for all of its members with respect to wages, hours and other terms and conditions of employment on any and all work described herein.

(6) Likewise, the I.U. of B. & A.C. Local Unions recognize the Labor Relations Division of the Ohio Contractors Association as the sole bargaining agent for work defined herein for the several areas outlined. This Agreement shall cover and be binding on all of the said members of, and contractors and employers in the construction industry affiliated with the Labor Relations Division of the Ohio Contractors Association or individual employers signatory hereto.

(7) The Union may extend this Agreement, without alteration or deletion of any provision or terms, to Contractors who are not members of the Labor Relations Division of the Ohio Contractors Association, and such Contractors shall be bound by all terms and provisions of this Agreement. The Union shall notify the OCA-LRD of any such Contractors who become signatory to the Agreement. Such Contractors will be referred to as the "CONTRACTOR".

(8) The provisions of this Agreement shall govern the employment of any conditions under which employees shall work and rates of pay they shall receive on work as defined herein for the following Ohio counties.

| Local Union | **Ohio Counties** |
|---|---|
| 40 | Ashland, Crawford, Hardin, Holmes, Marion, Morrow, Richland, Wayne and Wyandot. |

(9) All employers or masonry contractors who employ members of the I.U. of B., & A.C. shall be required to register with the Local Union and will present to the Union the following information in good order and up-to-date prior to entering this jurisdiction:

1. Ohio Workers' Compensation
2. Ohio Unemployment Compensation
3. Employer's Registration or Identification Number
4. A Surety Bond in the amount of $5,000 to insure the Member's Payroll.

If the four items above mentioned are not in good order and do not satisfy the Union as to their validity, the Contractor shall not be registered, in which case the members are forbidden to work for such Contractor or Employer.

## ARTICLE I

CRAFT JURISDICTION

(10) **BRICKLAYING** – Laying of all brick, caulking, pointing, and the final cleaning of all masonry, the cutting, grinding and rubbing of all kinds of brick when the work is performed on the job, the cutting of any opening of up to 40 sq. feet, the cutting out of all masonry that will be replaced by masonry or substitute for masonry, will be done by the Bricklayer, cutting of chases two (2) inch or less which can be cut by other trades for use in the connection with their work is not to exceed four (4) hours time setting of all cut stone, the laying of all rubble work with or without mortar, the cutting, setting, pointing and cleaning of terracotta before being placed on the wall, all plastering of exterior wall below grade, arch tile floors and tile fireproofing of structured steel, mineral wool, cork block styrofoam, Boyardi tile, the tuck pointing and setting and grouting of all wood plates, bearing plates and any other material set in mortar or cement or any other type of cement, or substitutes for the above mentioned material.

The cutting, setting, cleaning and pointing of concrete slabs whether used for walls, floors, or ceilings or retaining walls, of all widths and sizes and weights, regardless of who makes the slabs or whatever patented name the slabs may be called. The caulking, grouting, pointing and cleaning of all precast slab regardless if they are set in mortar or welded to steel or anchored other ways shall also be the work of the Bricklayer. If a composite crew is used, Bricklayers shall be on it.

Pointing, cleaning, caulking shall consist of the pointing, cleaning, caulking of all types of masonry precast slabs, etc., the caulking of all window frames, door frames or apertures incased in masonry, brick, stone or concrete structures, including all grinding and cutting out of such work and all sand blasting, steam cleaning and gunnite work. The pointing, cleaning and weather-proofing of all buildings, grain elevator and chimneys built of stone, brick or concrete, it shall include all cutting out, sandblasting and gunnite work on same. Cleaning is defined as rubbing walls, the brick and block, also washing down with soap or other cleaning solution.

The Bricklayer shall caulk all openings and expansion joints that are built in masonry walls and all abutting units.

The Bricklayers shall fill in all masonry walls with mortar, vermiculite or other insulating materials, and concrete or sand at the Contractor's opinion. The Bricklayer shall install against masonry walls clips or fasteners which are to receive insulating materials normally installed by the Bricklayer. The Bricklayer may also use epoxy to install masonry units and to attach the aforementioned clips or fasteners. The grouting of all precast, pointing of precast, the puddling of all refractories and the pointing of coolers (blast furnaces) is the work of the bricklayer.

The installation and erection, including the cutting, fitting, bedding, pointing, caulking, patching, grouting, plumbing, aligning, leveling and anchoring, including bolting and welding of any type of fabricated or pre-fabricated brick, block or stone masonry units when installed in a masonry bearing building shall be exclusive work of the members of the International Union of Bricklayers and Allied Craftsworkers (I.U. of B. & A.C.). The units referred to here shall be fabricated by Bricklayers, members of the I.U. of B. & A.C.

(11) **STONE MASONRY** – Stone masonry shall consist of laying all rubble work, with or without mortar, setting of all cut stone, marble, slate or stone work (meaning as to stone, any work manufactured from such foreign or domestic products as are specified and used in the interior or on the exterior of building by architects, and customarily called stone in the trade.)

Cutting all shoddies, broken ashler or random ashler that is roughly dressed upon beds and joints, and range ashler not over ten (10) inches in height, the dressing of all jambs, corners and ringstones that are

roughly dressed upon the beds, joints or reveals, and the cutting of a draft upon same for plumbing purposes only, and the cleaning and pointing of stone work, this is to apply to all work on building sewers, bridges, railroads, or other public works, and to all kinds of stone, particularly to the products of the locality where the work is being done, and the same shall be considered stone masonry. Stone masons shall have the right to use all tools necessary in the performance of their work.

(12) **ARTIFICIAL MASONRY** – The cutting, setting and pointing of cement blocks, brickcretes, cement brick and any other concrete product used in the exterior or interior of buildings when set by the usual customs of the journeymen mechanics, and the controller of all substitute materials for the clay or stone products used in the backing up of external walls, the building of party walls, columns, girders, beams, floors, stairs and arches and the plastering of all external walls to grade with cement plaster and any building being constructed or repaired.

The Bricklayer shall drill all holes in the masonry unit missed in the prefabrication of the masonry unit. The Bricklayer shall do all work required to anchor masonry units when done on the job site. The Bricklayer may use power tools in the performance of his duties. Welding torches are tools of the trade and shall not be limited to any single craft. Equipment shall be provided for by the employer.

(13) **TILE LAYERS** – The laying or setting of all tile where used for floors, walls, ceilings, walks, promenade roofs, stair treads, stair risers, facings, hearths, fireplaces, and decorative inserts, together with any marble plinths, thresholds or window sills, or stools used in connection with any tile work, also prepare and set all concrete cement, brickwork or other foundation or materials that may be required to properly set and complete such work; the setting or bedding of all tiling, stone, marble, composition, glass, mosaic, or other materials forming the facing hearth or mantle of a fireplace, or the mantle complete, together with the setting of all cement, brickwork or other material required in connection with the above work; also the slabbing and fabricating of tile mantles, counters and the tile panels of every description and the erection and installation of same. The building, shaping, forming, construction or repairing of all fireplace work, whether in connection with a mantle, hearth, or facing or not, and the setting and preparing of all materials such as cement, plaster, mortar, brickwork, iron work, or other materials necessary for the proper and safe construction and completion as such work, except that a mantle made exclusively of brick, marble or stone, shall be conceded to the bricklayers, marble or stone, shall be conceded to the bricklayers, marble setters, or stone mason, respectively.

It will be understood that the word "tile" refers to all burned clay products as used in the tile industry, either glazed or unglazed and to all composition materials made in single units up to 15" x 20" x 2", except quarry tiles larger than 9" x 9" x 1¹/₄", also to mixtures in tile form of cement that are made for and intended for use as a finished floor surface, whether upon interior or exterior floors, stairs, promenade roofs, garden walks, interior walls, ceilings, swimming pools, and all places where tile may be used to form a finished surface for practical use, sanitary finish or decorative purposes, for setting all accessories when built in walls, or for decorative inserts in other materials.

(14) **MARBLE MASONS** – Marble masons jurisdiction claims shall consist of the carving, cutting setting of all marble, slate, stone, alberneen, semionyx, vitrolite and similar opaque glass, scagiola, marbleithis and all artificial imitation or cast of whatever thickness or dimensions. This shall apply to all interior work, such as sanitary, decorative and other purposes inside buildings of every description whenever required, including all polish, bones or sand finish; also the cutting and fitting of above materials after same leave mills or ship, and the laying of all marble tile, slate tile and terrazzo tile. Foreman over any marble masonry shall be marble setters, and no time shall anyone other than marble masons be a foreman.

(15) **MOSAIC AND TERRAZZO WORKERS** – Marble Mosaic, venetion enamel and terrazzo, the cutting and assembling of art ceramic, glass mosaic, the casting of all terrazzo in shops and mills. All scratch coat on walls and ceilings, where mosaic and terrazzo is to be applied shall be done by plasterers, with an allowance of not less than one-half inch bed to be conceded to mosaic and terrazzo workers. All bedding above concrete floors or walls, that the preparation laying or setting of metal or wooden strips and grounds, where terrazzo workers. All terrazzo finished (rustic) or rough washed for interior or exterior of buildings, or any substitute that is applied under the same method as mosaic or terrazzo shall be set by mosaic or terrazzo workers. Cutting and assembling of art ceramic and glass mosaic comes under jurisdiction of the mosaic workers and the setting of same shall be done by the tile setters.

(16) **PLASTERING** – All exterior or interior plastering, plain and ornamental when done with stucco, cement and lime mortars or patent substitutes or material, artificial marble work, when applied in plastic form, composition work in all its branches, the covering of all walls, ceilings, soffits, pier columns or any other part of construction of any sort when covered with any plastic material, in the usual methods of plastering is the work of the plasterer. The casting and sticking of all ornaments of plaster or plastic compositions, the cutting and filling of cracks. All cornices, moldings, coves, and bull noses shall be run in place on rods and white mortar screens and with a regular mold and all substitutes of any kind when applied in plastic form with a trowel or substitute for same, is the work of the plasterer.

Any decision of the International Union covering artificial masonry, precast panels, nail-ons, etc. shall be incorporated in this agreement as part of the craft jurisdiction.

## ARTICLE II

UNION REPRESENTATION AND HIRING

(17) **UNION SECURITY:** Subject to the provisions and limitations of the National Labor Relations Act, as amended, all present employees who are members of the Union on the effective date of this agreement shall continue their membership in the Union for the duration of this Agreement to the extent of paying an initiation fee and membership dues uniformly required as a condition of acquiring or retaining membership in the Union. All employees who are not members of the Union and all persons who hereinafter become employees shall become members of the Union if qualified, on the eighth (8th) day following the beginning of their employment or on the eighth (8th) day following the effective date of this Agreement, whichever is later, and shall remain a member of the Union, to the extent of paying an initiation fee and the membership dues uniformly required as a condition of acquiring or retaining membership in the Union whenever employed under and for the duration of this Agreement.

The Union may notify the Contractor in writing of any default on the part of any employee to pay his initiation fee and/or membership dues, and if the employee has not paid his initiation fee and/or membership dues within seven (7) days from the receipt of such written notice, the Contractor shall discharge such employee, provided membership was available under the same terms and conditions generally applicable to other members. Further, all employees who fail to maintain their Union membership as above provided, shall be discharged by the Contractor.

(18) **STEWARD:** The Contractor shall acknowledge the Steward in the performance of his duties, and allow him reasonable time to carry out such duties.

The first Local Journeyman on the job shall be the Steward pending the selection of a Steward by the Business Agent. The Steward shall check all Union books. The Steward shall see that overtime is shared on an equitable basis.

The Steward, while serving as such, shall have "top" seniority rating. Stewards shall be given preference of employment and overtime as long as there is work available which he is capable of doing. He shall not be discharged or transferred without prior notice to the Union or the Business Agent.

The Steward shall have no authority to call a strike, slowdown of work, or perform any other act that would be in violation of this Agreement. He may, however, be permitted to remove any members from a scaffold or job condition that is hazardous or unsafe.

The local Union Business Agents may consult with the Steward on the job or with any employee provided it does not unnecessarily interfere with the progress of work on the job. The Union Business Agent shall clear with representative of employer when visiting a job.

(19) The Contractor agrees to hire (when available) sixty-five (65) percent of employees from the Local Union having jurisdiction over the project site. Foremen working with their tools are to be considered part of this ratio. This ratio is meant for the benefit of Local members living in the local jurisdiction, regardless of age, race, creed, color, sex or national origin.

The contractor does agree to give the Union at least twenty-four (24) hours notice when requesting new members to report for work.

No Employee shall work for any Contractor who is not in compliance with the Workers' Compensation Law of Ohio, the Unemployment Insurance Act and the applicable Federal Laws.

The Contractor and union shall not discriminate in hiring of employees and will conform to State and Federal Laws with respect to hiring. Any employee referred to the Contractor at the Contractor's request and then not put to work by the Contractor shall be paid reporting pay of two (2) hours.

It is a condition of this Agreement, agreed to by both the Union and the Contractor, to provide equal opportunity of employment for all qualified persons, and to prohibit discrimination in employment because of age, race, creed, color, sex or national origin. There shall be full compliance with all applicable Federal and State statutes, regulations, rules and orders of appropriate Federal and State agencies having jurisdiction over the subject matter of discrimination in employment.

(20) **SUBCONTRACT PROVISIONS:** The General Contractor agrees that he will not enter into sub-contracts for Bricklayers work covered by this Agreement to be done at the site of the construction, alteration or repair of a building, structure or other work with any Employer who does not have a signed agreement with the Bricklayer Local #40 in Ohio.

**ARTICLE III**

WORKING CONDITIONS

(21) **PRE-JOB CONFERENCE:** it is agreed that upon request of either party a pre-job conference shall be held at least (5) days prior to the commencing of work. It is further agreed that the Union may request and hold a pre-job conference with the Contractor on an individual basis wherein the following items will be discussed.

A. The Contractor will advise the Local Union Representative of the Contractor's requirements of necessary employees in the classifications of work under this Agreement and the Local Union will determine and advise the Contractor of the ability of the Local Union to fulfill such requirements when requested to do so.

B. Work Schedules.

C. Questions of jurisdiction and assignment of work.

It is understood that no agreement may be made at the pre-job conference which will, in effect, change, modify or abrogate the Labor Agreement in effect between the two parties hereto.

(22) The Union shall place no limitations upon the amount of work which an employee shall perform during the working day and there shall be no restrictions imposed against the use of any type of mechanical tools, appliances or labor saving devices. Materials or equipment may be secured from any market or source except for prison-made goods. The use of "corner-poles, speed leads or deadmen" is prohibited on commercial work.

(23) **SPLIT CREW:** When the crew is split up with one gang working inside and one gang working outside, if inclement weather sets in, the outside gang shall come inside to work.

If the Contractor determines it is necessary to send less than a full crew home such contractor will give prior notification to the Business Agent who must mutually agree that such action is warranted.

(24) Employees may carry a beverage with them on the job and drink coffee or any other non-alcoholic beverages at any time of their choosing at their work station provided it does not interfere with the progress of the job.

(25) The Steward or Business Agent shall be notified prior to the hiring of additional men on the job.

(26) **FOREMEN:** Only journeymen bricklayer foremen shall give instructions to the bricklayers. All Bricklayers Foremen shall be members in good standing of the B. & A.C.





When two journeymen are employed on a job, the Contractor shall designate one as Foreman and pay him as such.

Foreman Rate: To be 10% above Base Hourly Rate.

When seven (7) journeyman bricklayers are employed on a job, the Foreman may be excluded from working with his tools. The Foreman may work with his tools regardless of the number of employees he is directing; however, he shall not raise or place lines in walls unless he is working on said wall. He may, however, instruct apprentices. Foreman shall be allowed to lay out work with measuring and marking devices.

It shall be the function of the Foreman to tell the employee what he wants done, how he wants it done and see that the work is properly done. He shall be responsible for the placing of the men, assigning their tasks and maintaining safe working conditions, planning and effective execution of the work. No member working in the capacity of foreman may violate or cause or attempt to cause any employee to violate any provision of the bargaining agreement or any provision of the Constitution of the Constitution of Bricklayers and Allied Craftsworkers Local #40 (1993 Edition).

(27) The Contractor may discharge any employee, for just cause or failure to observe the safety precautions or other rules and regulations prescribed by the Contractor for the health, safety and protection of his employees. However, no employee shall be discharged for defending the rights of a fellow employee under the terms of this Agreement. No Steward will be discharged until a hearing is held between the Business Representative of the Union and the Contractors Representative to hear evidence of the circumstances surrounding the discharge.

(28) **TRANSFER OF EMPLOYEES:** Employees covered by this Agreement may be offered the opportunity by the Contractor to accept employment on any other project of the Contractor within the individual local jurisdiction of this Agreement, but said employment, if accepted by the Employee, is subject to the terms and conditions of this Agreement.

(29) The Contractor will abide by the Safety Code (I.C.-3) of the State of Ohio and with applicable Federal Safety Regulations and it is further agreed that the employee will abide by such safety regulations.

(30) Contractors are to furnish a suitable room or shanty for the exclusive use of the bricklayers, with ample seating capacity and room for the keeping of their tools, clothing and eating their lunch. Said room or shanty shall be kept clean at all times and be heated when necessary from October 1st to May 1st. Where combustible fuels are used, all stoves shall have chimneys or flues. Necessary sanitary facilities, properly secluded, shall be provided for the members on all jobs. Contractors shall keep on the job at all times a modern and sanitary container for drinking water. Individual cups shall be furnished and cold water shall be furnished in hot weather.

(31) Any employee leaving the job site before quitting time without first notifying the Foreman, shall be sufficient reason for discharge.

**ARTICLE IV**

WORKING RULES

(32) All units exceeding forth (40) pounds per unit, shall require two (2) men to lay them.

(33) No Steward or Foreman shall act as the exclusive sawman unless he is the only man on the job site.

(34) The Contractor agrees to furnish mason line and all mechanical devices for cutting "Key-wall" and "Dura-wall" reinforcing. All tools and wearing apparel for cleaning and caulking shall be furnished by the Contractor or Subcontractor.

(35) When Bricklayers are employed laying firebrick, artificial stone, or architectural terra-cotta, the Contractor shall furnish all chisels over twelve (12) inches in length and all saws when they are required; he shall pay for all sharpening of the mechanics tools when required. The Contractor shall furnish all mechanical devices necessary for the performance of the work classified as brick masonry and artificial masonry.

(36) It is agreed that members of the I.U. of B. & A.C. will not be required to pick up any "brass" numbers or be required to punch a timeclock except as required by an Owner. If "brass" numbers, etc. are required to be picked up, it shall be done after starting time and prior to quitting time.

(37) Any man or men laid off after fifteen (15) working days due to lack of work, reduction in forces or any legitimate reason, shall be called back first, if available. This is to apply for thirty (30) days after lay-off only. However, any member not having fifteen (15) working days shall be transferred or laid off before a member having fifteen (15) working days unless the Contractor has the consent of the Union or its Representative. This section applies only on a job basis and is in no way to be considered a Company-wide basis. When an employee is laid off or discharged, the Contractor shall furnish the man with a "lay-off" slip, stating the reasons for such lay-off or discharge and shall include the correct name and address of the employer and dates of the man's employment.

(38) In cases where the members are compelled to lose time during the regular working day, for the erection and/or the stocking of materials on scaffolds or the breakdown of equipment, they shall be paid for 4 hours if such stoppage occurs before the lunch hour and if such stoppage occurs after the lunch period, they shall be paid for 8 hours.

The employees must remain on the job to be eligible for such pay, unless told he can leave by the employer.

If such breakdown or stoppage carries over to the following day, the men shall be notified whether or not they shall report for work the next day.

(39) No employee shall raise the line more than one (1) course at a time except to avoid obstructions.

(40) The Union and Contractor agree that in order to protect the health and safety of the employees against the ill effects of silicosis and other respiratory diseases, the Contractor shall follow all OSHA regulations regarding grinding, dry cutting and shall have both a certified Respiratory Protection Program and a Silica Safety Program.

The Employer shall take any and all precautions necessary to remove and/or protect from exposure, all employees not directly involved in the dry cutting of masonry. On all cutting machines the Contractor further agrees to furnish safety or diamond blades for cutting (wet) and all equipment such as respirators, safety goggles, full face shields, rubber aprons, gloves and a means of heat for the "sawperson" in cold weather.

No employee shall operate a wetsaw unless provided with a wooden platform on which to stand and unless the saw is properly grounded.

(41) The contractor shall be liable or responsible for the loss of all tools and clothing due to fire or theft by forcible entry while employees are off the job. Such loss of tools and clothing not to exceed Three Hundred Fifty ($350.00) Dollars it being understood that employees shall submit a notarized statement substantiating the loss. In case of accident by a scaffold breaking, the Contractor shall be responsible for damage to tools for a sum not to exceed One Hundred ($100.00) Dollars.

**ARTICLE V**

HOURS OF WORK, PAY DAY
REPORTING AND OVERTIME PROVISIONS

(42) Eight (8) hours pay will be received for eight (8) hours of work. The eight hours will be worked between 7:00 A.M. and 4:30 P.M. with a 30-minute lunch break. Clean up time of 10 minutes will be given and the employees will remain on the job till quitting time.

(43) If job conditions or the cooperation with other trades warrants same, time worked before 7:00 a.m., during the noon hour, and after 4:30 p.m. will be at the applicable overtime rate of pay. Five days, Monday through Friday, shall constitute a regular work week. If Daylight Savings Time is reinstated in the winter months, the quitting time may be changed to 5:30 p.m.

The contractor shall have the option of scheduling work on the basis of four (4) ten (10) hour days Monday through Thursday except Friday can be scheduled as a make-up day, in the event time is lost due to inclement weather, material shortage, or any other conditions beyond the contractor's control. When employees are scheduled to work on a four (4) ten (10) hour day schedule time and one-half ($1^1/_2$) shall be paid for all hours over ten (10) in one day.

The contractor shall notify the Local Union when he schedules work on a four (4) ten (10) hour day basis and will hold a pre-job conference with the Union, if requested by the Union.

(44) Time and one-half ($1^1/_2$) the employee's regular rate of pay shall be paid for all work in excess of eight (8) hours per day or forty (40) hours per week, whichever is greater, but not both.

Time and one-half ($1^1/_2$) the employee's regular rate of pay shall be paid for all work performed on Saturday.

(45) Double the regular rate of pay shall be paid for all work on Sundays and the following Holidays: New Years Day, Decoration Day, Fourth of July, Labor Day, Thanksgiving Day and Christmas Day. If any of the Holidays fall on Sunday, they shall be observed on the Monday following.

(46) No overtime work shall be done without the express permission of the Business Representative. No work shall be performed on Labor Day except in cases of extreme emergency.

(47) **SHIFT WORK:** Where two shifts are employed, the first shift shall work eight (8) hours, the second shift shall work seven (7) hours and thirty (30) minutes for eight hours pay. Where three shifts are employed, the third shift shall work seven (7) hours for eight hours pay.

The second and third shifts shall on Friday night work at straight time rates in order to complete a full five-day week.

When two (2) ten (10) hour shifts are worked, the first shift will work nine and one-half ($9\frac{1}{2}$) hours with ten hours pay, the second shift will work nine (9) hours with ten hours pay. When two twelve (12) hour shifts are worked, the first shift will work eleven and one-half ($11\frac{1}{2}$) hours with twelve hours pay, the second shift will work eleven (11) hours with twelve hours pay.

Under no circumstances shall an employee work more than one shift in any twenty-four (24) hour period.

(48) On a one shift operation if any work must be done exclusively after regular working hours said work shall receive eight (8) hours pay at regular scale for seven (7) hours and thirty (30) minutes shall be at the applicable overtime rate.

(49) All men working in this jurisdiction shall be paid in currency or check, on the job, at least one-half hour ($\frac{1}{2}$) before quitting time on pay day, pay at two times the regular rate of pay will be paid for time waiting for checks after quitting time. Five (5) days will be held back if Contractor so desires.

If the employees are not working on the regular pay day, they shall be paid, on the job, before 9:00 A.M. The employees shall be paid the regular rate of pay for any time waited thereafter.

Any Contractor who fails to have sufficient funds in the bank to meet all pay checks issued to members of the I.U. of B. & A.C. shall forfeit his right to pay by check. The contractor shall furnish to each employee a record of the amount paid in the period in which the wages were earned, the number of hours worked and all payroll deductions fully itemized.

(50) Employees are to be paid the wages applicable to the work performed without any discount and in return, the Contractor shall receive a fair and honest day's work without any slowing down or stoppage of work.

(51) Any injured employee shall be paid in full for any time lost on the day of injury, if in a doctor's opinion he cannot return to work because of an undisputed occupational injury suffered on the job that day.

(52) Employees receiving a bad check (non-negotiable) shall receive an additional eight (8) hours wages and, if not paid within twenty-four (24) hours, the members of the I.U. of B. & A.C. shall be removed from the job and shall not return until satisfactory financial arrangements have been made.

(53) **WORK DELAY:** If due to inclement weather or mechanical breakdown, the employer determines that it is impractical to start work, employees who report to the job site at starting time shall wait one hour, at which time the employer shall instruct employees to stay or leave. Employees who remain and work beyond the first hour shall receive four (4) hours pay; employees who remain and work beyond lunch period shall receive six (6) hours pay; employees who remain and work beyond six (6) hours shall receive eight (8) hours pay.

(53A) **SATURDAY MAKE-UP DAY:** Saturday will be worked at straight time plus $1.00 premium per hour if a Monday, Tuesday, Wednesday or Thursday is lost during the work week due to inclement weather conditions. Working a Saturday make-up day will be at the option of the employee and the employer. The employer must notify the employees by quitting time Thursday, that Saturday will be a make-up day. Saturday will be considered a normal work day with respect to all work rules. Only the job crew that missed the inclement weather day on their job will be on the make-up day crew. The employer shall not discriminate against any employee, in any manner because the employee refuses to work a Saturday make-up day. Eight (8) hours guaranteed pay will apply for a Saturday make-up day. If any other craft on the Saturday make-up day jobsite receives overtime such as time and one-half or double time, the masons will receive the same. The employer shall notify the Local 40 office before any Saturday make-up day is worked. Saturday Make-Up Day does not include the Cement Masons or Refractory Masons.



(54) Appendix A, including the wage adjustments, is attached hereto and made a part of this Agreement.

## ARTICLE VI

GENERAL WORKING CODE AND CONDITIONS



(55) Mortar boards and material shall be securely raised up a minimum of sixteen (16) inches, but not more than thirty-six (36) inches.

(56) Material should not be stock piled higher than forty-eight (48) inches above the working scaffold or standing level where the employee is working.

(57) There shall be ladders provided for all scaffold.

(58) At no time shall a wall or lead be built over four (4) feet, eight (8) inches in height for scaffold high, unless in extreme necessity. No scaffold shall be built in such a manner that the standing level is above the wall.

(59) On walls or leads of four (4") six (6") or eight (8") inch clay partitions they may be built five (5) feet two (2) or five (5) feet three (3) inches for scaffold high.

(60) Whenever, in the construction of any wall, there is a possibility of danger to the employee, no working level shall be situated so as to require the employee to reach down more than twelve (12) inches in the performance of his work.

(61) Masonry walls shall not be less than eighteen (18) inches above a cable or suspended scaffold.

(62) All walls over fourteen and one-half ($14\frac{1}{2}$) inches in thickness shall be manned by two men, one on each side of the wall when both faces of the wall are finished.

(63) Where dusty conditions prevail, respirators shall be furnished and worn. Safety goggles shall be provided and worn when engaged in work requiring them. During hot weather or on "hot" jobs, the Contractor shall provide suitable fatigue aids.

(64) It is further agreed that when the safety and general health of the employee is endangered the Contractor shall correct such situations.

(65) It shall be the duty of the employees to comply with all job safety and sanitary conditions provided by the Contractor. Repeated failure to comply with such regulations or conditions shall be reason for termination without recourse. All safety equipment furnished by the employer shall remain the property of the employer and shall be returned to him. All hard hats shall have new liners before reissuing.

(66) When a mason is working in a ditch he shall have a minimum of sixteen (16") inches from the face of the wall to the side of the ditch in which to work.



(67) The two inside planks of all scaffolds shall be kept clear of all materials. Foot scaffolds shall not exceed eighteen (18") inches in height, measured from the level on which the supports are placed. Mason's foot scaffolds imposed upon other scaffolds shall be limited to twelve (12") inches in height when supported on brick, tile or block. When in excess of twelve (12") inches but not over eighteen (18") inches in height, the supports shall be small horses not more than one tier high.

(68) When scaffolding stacks or chimneys, if the cable type is used, the cable shall be of proven strength and planking shall be of number one grade material and clear of knots. All provisions of OSHA rule 1926.45 for scaffolding shall be complied with.

(69) No ladder shall extend more than thirty (30) feet without a break or platform. See OSHA Standards.

(70) **PREMIUM PAY:** Any job or project that pays a premium, overtime or a bonus to recruit men, such bonus, premium or overtime shall continue to be paid until said job or project is completed. However, the Union may, at its discretion, waive such pay if the situation warrants.

(71) When out-of-town Contractors bring members of the I.U. of B. & A.C. into the jurisdiction stated herein and pay them a higher rate of wages than is called for by this Agreement, all members of the I.U. of B. & A.C. on that particular job or jobs shall receive such wages. Subsistence and transportation pay are not to be considered as wages.

(72) The ramming and spading of plastics shall also be paid at the rate of one dollars and fifty cents ($1.50) above the regular rate. When a man starts on acid or carbon brick he shall be paid the premium pay for the full day, regardless of the number of hours actually worked on these materials.

(73) All free standing work shall be one dollar and fifty cents ($1.50) per hour above regular scale of wages from ground level to top of the stack. This will include all brick and masonry cement on industrial and institutional free standing stacks. Radial brick, common brick, face brick, and acid brick linings. All sandblasting and the leaving of carbon masonry material on all swinging stage and/or scaffold will be at the rate of one dollar and fifty cents ($1.50) per hour above the regular scale of wages plus bosun chair.

(74) Any time members of the I.U. of B. & A.C. are required to work on "hot" work, they shall receive two dollars and fifty cents ($2.50) per hour above the scale.

## ARTICLE VII

FIREBRICK WORKING CODE

(75) Backfill on all firebrick work shall be done by bricklayers only and at such time as the specified height is reached and after walls are completely level in courses.

(76) All walls over sixteen (16) inches thick shall be saddled by two bricklayers. The line shall be raised on both sides simultaneously.

(77) When electrical grinding stones or carborundums are being used, the men that are not so engaged shall leave that part of the job until the grinding operation is finished. No one bricklayer shall be kept grinding continuously and adequate rest periods shall be given to the men engaged in this operation.

(78) Scaffold height on oven walls shall not exceed for (4) feet in height. This does not apply to generator walls.

(79) It shall be the duty of any member to assist a fellow bricklayer who may be causing delay.

(80) Four (4) feet shall be scaffold high in ovens, stoves and stacks. A solid scaffold must be installed every six (6) feet in blast furnaces. Platform boards shall be two (2) inches thick. A bench scaffold four (4) feet in width must be installed at the height of three (3) feet in blast furnaces. The last course of scaffold height shall be the tram course.

(81) All ladders shall be staggered and not straight up and down. Adequate lighting is to be provided to insure safety when ascending or descending ladders. A stopping off place shall be provided every twenty (20) feet with a back rest. An emergency ladder shall be suspended from the top in all blast furnaces.

(82) When Bricklayers are engaged in laying brick in dusty conditions, the contractor shall provide approved respirators. He shall also provide safety goggles when conditions warrant the same; he shall provide the necessary precautionary devices on jobs where gas may exist so that the men may be warned in due time. When bricklayers are employed on excessively hot work, the Contractor shall provide proper counter-fatigue aids which shall meet the standards of the State Medical Board, proper gloves and protective materials to safeguard bricklayers when handling hot work. He shall supply wooden shoes or similar devices when the employees are working on heated surfaces, and the Contractor shall be responsible for all tools, clothing and shoes of the bricklayer that may have been burned in the performance of their work. This shall also apply to other jobs where clothes, tools and/or shoes are destroyed due to exceptional conditions.

(83) When bricklayers are working on blast furnaces, stoves, dust catchers, stacks, or other firebrick jobs where scaffolds are used, the Contractor shall have fire extinguishers on the scaffold at all times.

(84) When working in blast furnaces and high temperature cement is used the Contractor shall furnish safety glasses.

(85) No racking back shall be permitted in a blast furnace.

(86) Bricklayers shall not be required to start more than one course of bottom block at a time. Each course shall be finished and ground before another course is started.

(87) All caulking and cutting of asbestos rope shall be the work of the bricklayer.

(88) A ten minute period shall be allowed at the end of a shift when employed on firebrick work. Adequate time shall also be allotted for walking time to and from the plant's parking lot.

(89) On all blast furnace work, scaffolding shall be a minimum of four (4) feet high and a maximum of four (4) feet six (6) inches high. All scaffolding shall be of the solid type, excepting the large cable type used in the blast furnace. No scaffold shall be raised higher than eighteen (18) inches below the top of a solid wall.

(90) All connections in blast furnaces, stoves, etc. which are using a poured substitute shall be puddled by members of the I.U. of B. & A.C. This shall include all plastic brick or substitutes therefore.

(91) No clays shall be mixed in the enclosure where refractory brick are being laid, a separate shed shall be provided for the mortar man, all refractory brickwork shall have a sweeper on the job to keep floors, walks, runways and scaffolds free of dirt, dust and he shall keep same properly wet down at all times.

(92) When bricklayers are working on carbon material, they shall have twenty (20) minutes clean up time before lunch and before quitting time. The Contractor shall furnish kerosene or diesel oil for soaking tools in each night at quitting time. He shall also furnish cleaning cloths and detergents for bricklayers use when working on carbon material.

(93) Tools shall be dressed at the expense of the Contractor, or the Contractor shall furnish and install carboley tips as required.

## ARTICLE VIII

APPRENTICES

(94) In order to maintain a sufficient number of skilled mechanics in the building and construction industry, the necessity for the employment of apprentices is hereby recognized and the employment and proper training of as many apprentices as is reasonable and practicable shall be encouraged and undertaken by the Contractor and the Union. The Apprenticeship Program shall be administered by the Joint Bricklayers Apprenticeship Committee composed of equal representation from the Contractors and the Union. The Contractor and the Union hereby agree to be bound by the terms of an Agreement and Declaration of Trust establishing an "Apprenticeship Education and Trust Fund." The Bricklayers Joint Apprenticeship Committee shall from time to time determine and set the amount of contribution to said Trust Fund. A certified copy of the annual audit of such Fund shall be made available to all participating Contractors.

(95) It is agreed that, in order to better our trade and to train sufficient skilled mechanics a four (4) year apprenticeship shall be served. Where possible, the local Union shall compel all apprentice bricklayers to attend an apprentice school for a period of four (4) years, said school to have a Local Journeyman Instructor. It is further agreed that to defray all cost of operating such apprentice school, all Contractors performing work in Local 40 jurisdiction shall pay eight cents ($.08) per hour for all hours worked in order to maintain and support said school. It is understood that Local 40 Union wage package is reduced eight cents ($.08) to equal the Contractor contribution.

(96) It is mutually agreed that a Contractor shall not employ any apprentice other than one who is in this Local's jurisdiction unless specifically agreed to by the Local Union.

(97) At the discretion of the Joint Apprenticeship Committee Contractors, who in the previous calendar year employed bricklayers for a total of 6,000 man hours or more, shall employ an Apprentice. It is mutually agreed, that if three journeymen are employed by the Contractor, the fourth (4th) member shall be an Apprentice, if available, and if more journeymen are needed the ninth (9th) member of the I.U. of B. & A.C. will be a duly registered Apprentice of this Union.

(98) Apprentice pay shall be:

| | |
|---|---|
| 1st year: | 50% |
| 2nd year: | 60% |
| 3rd year: | 80% |
| 4th year: | 90% |

(99) The Apprentice may operate the masonry saw and other cutting tools under the supervision of a bricklayer Steward or Foreman, for training purposes only. The Apprentice shall not drive trucks or perform other work than that which is directly associated with the masonry trade.

(100) The control of all Apprentices working in the jurisdiction of the several Unions signatory to this Agreement shall lie in the hands of several Joint Apprenticeship Committees, and all Apprentices shall be subject to the decisions of said committees.

(101) The Joint Apprenticeship Committee shall consist of equal representatives from the Union and from the Contractor. Alternates shall be appointed from each group. The Trustees of the Apprenticeship, Education and Training Trust Fund shall also attend the meetings of the Local J.A.C.

(102) The Contractor and the Union agree to abide by the Standards of the Joint Apprenticeship Committee. The Apprentice shall not be laid off from the job so long as two journeymen bricklayers are employed on said job. The last three members on a job shall be a journeyman or foreman, the Steward and a Local Apprentice. The Contractor shall notify the JAC or the Local Union when an Apprentice is laid off.

## ARTICLE IX

FRINGE BENEFITS



(103) The fringe wage benefit programs contained herein shall apply to all Contractor members of the Labor Relations Division of the Ohio Contractors Association. The Associated General Contractors of America, Inc., any or all Contractors who may become signatory or bound by this Agreement, and any other Contractor or Group of Contractors who become a party to an Agreement Covering the Local fringe wage benefit programs set forth herein.

All contractors bound hereby do agree to be bound by the Agreements and Declarations of Trust, as amended, establishing Pension Plans, Welfare Plans, and Apprenticeship Funds, copies of which all parties agree have been furnished to and read by all Contractors bound hereby prior to the execution of this Agreement. It is mutually agreed that the provisions of said Agreements and Declaration of Trust and any Rules, Regulations or Plans adopted by the Trustees pursuant thereto shall become a part of this Agreement as though fully written herein. All Contractors bound hereby irrevocably designate the Contractor Trustees of said Funds and their successors, as their representative for the purpose set forth in said Agreements and Declarations of Trust.



Fringe benefit contributions shall be paid at the following rates for all hours paid to each employee by the Employer under this Agreement which shall in no way be considered or used in the determination of overtime pay. Hours paid shall include Holidays and reporting hours which are paid.

The fringe wage benefit contributions shall be paid as outlined in Appendix A. Payments postmarked after the fifteenth (15th) day of the month following the contribution period shall be subject to a ten percent (10%) additional charge.

**Bricklayers Pension Fund** –
as stated in Appendix A of Agreement.

**Bricklayers International Pension Fund** –
as stated in Appendix A of Agreement.

**Bricklayers Health and Welfare Fund** –
as stated in Appendix A of Agreement.

It is further agreed that should the various Fund Trustees, in their discretion, decide that additional contributions are needed for such Trust Funds, such additional money may be deducted from the hourly rate at anytime during the life of this Agreement by action of the Trustees upon the Trustees giving notice to the parties hereto at least sixty (60) days prior to said increases in contributions.

It is further understood and agreed to between the parties that duly authorized representatives of any of the said Trust Funds shall have the right, on written notice, to audit the books and records of any party obligated under this Agreement to contribute thereto, with respect to the hours worked by and wages paid to all Employees upon whom the Contractor is obligated to make contributions.



If a Contractor has failed to pay fringe benefits to the proper collection agency or agencies of said Trust Funds, after due notice, by the Administrator of the Fund or Funds, or the Union, his jobs can be stopped and men employed on said shall be paid for all time lost as a result of such work stoppage. Failure to pay such fringes shall constitute a breach of contract and the Union shall not be held liable for any legal action.



If a Contractor shall prove to be habitually delinquent in his payments, he may be required, at the discretion of the Union, to make fringe benefit payments on a weekly basis.

Each Contractor who employs members of the I.U. of B. & A.C. within the jurisdiction covered by this Agreement shall post a cash bond in the amount of $350.00 for all jobs that involve less than 250 hours of bricklaying work and a $5,000.00 bond for all jobs representing more than 250 hours work. In each succeeding year the number of hours worked by the bricklayers for each Contractor shall be reviewed, and the amount of the bond may be revised in accordance with the number of hours worked by said members of the I.U. of B & A.C. Said Bond shall guarantee the payment of all labor performed under this Contract including the payment of monies due the Health & Welfare, Pension and/or Vacation Savings Funds of the various Unions. The cost of any legal action necessary to secure payment to the above funds shall be paid by the bonding agency or Contractor. Contractor members of the Ohio Contractors Association shall not be required to post bond unless there has been a history of delinquency by said Contractor.

Vacation and Savings Funds Contributions shall be made as determined by the Union party hereto. See Appendix A.

## ARTICLE X

### JURISDICTIONAL DISPUTES, GRIEVANCE PROCEDURE, AND ARBITRATION

(104) **Jurisdictional Disputes:** No jurisdictional picket lines or strikes shall be recognized.

The Contractor shall make the assignment of work based on area practice of the industry.

If the dispute cannot be resolved on the job between the Contractor and the contesting Unions, a meeting shall be held between the International Unions involved, the Labor Relations Division (LRD) of the Ohio Contractors Association and the Contractor and an attempt will be made to resolve the dispute. If the dispute is not resolved at the meeting the dispute shall be referred to the National Joint Board for Settlement of Jurisdictional Disputes for settlement and said settlement shall be binding on all parties.

A purpose of this Agreement is to promote a harmonious relationship between the Contractor and the Union and to settle any disputes occurring during life of this Agreement in a peaceful manner as outlined herein.

(105) **Grievance Procedure:** There shall be no stoppage of work because of any difference of opinion or dispute which arises between the Union and the Contractor.

In the event any difference of opinion or any grievances concerning interpretation of the Agreement arise during the term of this agreement, an earnest effort shall be made to settle the differences or grievances in the following manner it being specifically agreed that an employee failing to report a grievance to the Business Agent within two (2) weeks, the grievance shall be deemed waived and abandoned:

**Step 1** – The Local Union Business Representative shall meet with the Contractor Representative and attempt to settle the matter. If no settlement can be reached then

**Step 2** – The difference or grievance shall be referred to a committee consisting of two (2) members, one to be named by the LRD of Ohio Contractors Association, and one to be named by the I.U. of B. & A.C. local union involved.

**Step 3** – The difference of opinion or grievance may be referred to the State Joint Committee consisting of six members, three to be appointed by the LRD of Ohio Contractors Association and three to be appointed by the I.U. of B. & A.C. If the Local Arbitration Committee is unable to resolve the dispute within three working days, a letter shall be sent to the American Arbitration Association requesting binding arbitration. If no letter is sent at the time, then a work stoppage resulting from the dispute shall not be in violation of this Agreement.

**Step 4** – The grievance shall then be referred to an Arbitrator selected by the Committee referred to in Step 3. If no agreement is reached by the State Joint Committee on the naming of an Arbitrator, then the rules of The American Arbitration Association for selecting an Arbitrator shall apply. Decision of the Arbitrator shall be final and binding on all parties and expenses of the Arbitrator shall be borne equally by each party to this Agreement.

(106) The Contractor agrees that its employees will not be required under penalty of discharge or discipline of any kind to walk through or cross in any manner any legally constituted picket line maintained by any labor organization, and any refusal to cross a legally constituted picket line, singly or in concert, shall not constitute a breach of this Agreement. No jurisdictional picket line will be recognized.

## ARTICLE XI

### CEMENT MASONS WORK COVERED AND WORKING CONDITIONS

(107) All concrete construction, including foremanship of same, such as buildings, bridges, silos, elevators, smoke stacks, curbs and gutters, sidewalks, streets and roads, paving, alleys and roofs of poured concrete and all flat surfaces of cement, rock asphalt, the laying and spreading and finishing of all types of bituminous concrete including all types of vacuum mats used in the drying of cement floors in preparing same for finish, the operation of power driven floats and trowelling machines, shall be that of the cement mason. Mastic flooring, whether laid free handed or in precast form on the job; otherwise known as asphalt or mastic tile, and all other types of resilient floor covering, the finishing and washing of all concrete construction, using any color pigment when mixed with cement in any other form, mosaic and nail coat when done by brush, broom trowel, float, or any other process including operation of machine for scoring floors, or any other purpose they may be used for in connection with the cement masons' trade. The rodding, spreading and finishing of all top materials, sills, coping, steps, stairs and risers and running all cement, and plastic materials six (6) inch base or less, shall be the work of the cement mason. All preparatory work on concrete construction to be finished, or rubbed, such as cutting of nails, wires, wall ties, etc., patching, brushing, chipping and bush-hammering, rubbing or grinding if done by machine or carborundum stone of all concrete construction, setting of all strips, screeds, stakes and grades and curb forms. All glass set in cement. The pointing, patching and caulking around all steel or metal window frames that touch concrete. All dry packing, grouting and finishing in connection with setting all machinery such as engines, pumps, generators, air compressors, tanks, etc., that are set on concrete foundations. All prefabricated and prestressed concrete construction on the job site and in the shop, including the supervision of the same, such as sidewalks, steps, floor slabs, beams, joists, walls, and columns, also, the screeding, finishing, rubbing, grouting, pointing and patching of same. This shall not constitute a waiver of the Bricklayers to set, plumb, level, align, caulk, grout, paint, dry-pack pre-cast concrete units and the bolting or welding of same. All form work that is not more than 12" high and is not composed of any more than one piece of material high shall be set by cement finishers.

(108) When pouring concrete slabs or concrete, the surface of which is to be struck off or finished to a given line, all cement masons necessary to finish same shall start at work coming within the jurisdiction of the cement mason, when pouring begins. This applies also to pouring of topping on old slabs or any other surfaces.

(109) The curing, hardeners and sealers used on finished concrete, whenever necessary, whether by chemical compounds or otherwise, shall be the work of the cement mason.

(110) The spreading of darbying, troweling, screeding of all types of magnesium oxychloride cement composition floors shall be the work of the magnesite composition cement mason; including all types of oxychloride granolithic or terrazzo composition floors, hand grinding, or machine grinding; the preparation of sub-floor surfaces, bonding, the preparation and installation of ground or base courses, steps and cove base. The purpose and intent of the six inch (6") base law will not be defeated.

(111) All magnesite composition work shall be done under the supervision of a competent and qualified composition cement mason.

(112) All composition, mastic, rock asphalt and magnesite work are the work of the cement mason.

(113) Gunnite work handling of the cement gun. When the work is less than one and one-half inch in thickness, the handling and control of the nozzle shall be the work of the cement mason.

(114) Recognizing that the funds available for construction work shall accomplish the greatest possible benefits for the Public, the Contractor and the Union agree that all machinery that increases man hour production of cement masons shall be used without restrictions.

(115) There shall be no restriction on the use of the Finishing of Floating Machines. Under no circumstances shall work be left under machine finish unless so specified in the specifications by owners or architect.

(116) If any work must be done exclusively after regular working hours, said work shall be done at eight hours pay for seven hours work. All work in excess of seven hours shall be at the rate of time and one-half the regular rate.

(117) **Foreman:** On all jobs requiring two (2) or more Cement Masons, there shall be a Foreman. The Foreman may work with his tools regardless of the number of employees he is directing. Whenever the Cement Mason is asked to take charge of the Laborers, layout the work and handle the details of the work, it is agreed that he shall receive Foreman's wages even though one (1) Cement Mason is on the work. The Foreman shall receive orders from the Superintendent only. The Cement Mason and Superintendent in charge of the job shall determine the number of Cement Masons necessary to handle the job. If they disagree the Contractor shall be responsible for any inferior work if it develops the cause was from working shorthanded.

(118) **Stewards:** The first journeyman on the job shall be the Steward, pending selection of a Steward by the Business Agent. The Steward shall check all Union books to insure that the provisions of Article II are complied with. The Steward shall take up all grievances on the job and try to have same adjusted; in the event he cannot adjust them, he must promptly report the fact to the Business Agent. The Steward shall not be discriminated against for performing his duties as Steward. It shall be the Steward's duty to see that overtime is shared on the job. No Steward will be discharged until a hearing is held between the Business Representative of the Union and the Contractors Representative to hear evidence of the circumstances surrounding the discharge.

(119) **Working Conditions:** Any Cement Mason forced to work in the rain shall be amply protected with raincoat furnished by the Contractor.

(120) Cement Masons shall not be required to work in a room with open coke salamanders.

(121) Where Cement Masons are waterproofing or finishing floors in elevator pits or sumps, the same shall be planked over solid one story above.

(122) When finishing concrete, the work shall be completely finished, there will be no finishing of the previous day's work on the following day with the exception of inclement weather.

(123) At such times as the Contractor required overtime work, as permitted by this Agreement, it is agreed that there shall be a thirty (30) minute paid lunch period at the end of the first two (2) hours overtime. In the event additional overtime is required exceeding an additional four (4) hours, the Contractor agrees to pay the men for a second thirty (30) minute lunch period.



(124) The use of Concrete Saws for cutting construction joints on new work, and the filling of such joints with material such as latex epoxys, lead, mastic, tar and similar materials shall be done by Cement Masons.

(125) The Contractor shall furnish straight edges (5, 4) stock darbies, knee boards, carborundum stones and brushes. Straight edges pulled by one man shall not exceed twelve (12") inches in length.

(126) All exposed industrial and commercial floors that are required to be hard troweled shall be troweled by hand at least once behind the finishing machine.

(127) The Cement Finishers shall put in expansion strips (wet screeds), do all waterproofing, lead wool, synthetic solutions, membranes, etc. he shall do curing of all kinds, (water, burlap, and all emulsions spray cures).

(128) Lunch time shall be between the fourth and fifth hour or the Cement Finisher shall receive one (1) hour's pay for the missed lunch time and he shall be permitted to take time for lunch before his sixth hour as long as work does not stop or hinder the progress of work.

(129) **Premium Pay:** When working on vertical slip forms, jump forms or continuous forming of any kind, the Cement Mason shall be paid fifty cents ($.50) per hour above the base rate for all work from the base up to fifth (50) feet. Above that height, he shall be paid at the rate of time and one-half ($1^1/_2$) the regular rate.

(129B) Premium for topping materials (emery, iron, etc.) will be fifty cents ($.50) per hour above the regular scale.



(129C) Paragraph 53A does not include Cement Mason work.

## ARTICLE XII

CONSTRUCTION ADVANCEMENT PROGRAM OF NORTH CENTRAL AND EAST CENTRAL OHIO

(130) The Contractor and the Union agree to and approve the establishment of a program to promote the common good of the Construction Industry in the North Central and East Central Ohio Area by providing financial support for activities which may include, but not necessarily be restricted to, the study and service of:

(a) Public Relations.
(b) Public Education as pertaining to the Construction Industry.
(c) Market Development.
(d) Protection of legitimate markets.
(e) Personnel Practices and Labor Relations, including:
 1. Promotion of Safety.
 2. Standardization of contracts and practices.
 3. Promotion of stability in personnel practices and labor relations.
 4. Adjustment and arbitration of grievances.
 5. Settlement of jurisdictional problems.
 6. Apprenticeship training programs.
 7. Health and Welfare Funds for employees.
 8. Pension Funds for employees.
 9. Vacation Funds for employees.
(f) Collection and distribution of information from and to all segments of the Construction Industry and related groups of authorities.



The Contractor and the Union agree to approve the establishment of the Construction Advancement Program (CAP) of East Central

Ohio are by a Declaration of Trust dated May 10, 1964, as amended to become the Construction Advancement Program of North Central and East Central Ohio, a copy of which is available for the parties at the office of the Trustees and which is included herein by reference and made a part hereof. Each Contractor covered by this Agreement shall pay fourteen ($.14) cents for each hour worked by each employee within the bargaining unit.

The consideration for this Agreement is as follows:

(a) Recognition by the parties of the need for providing the means whereby the Contractor can facilitate and supplement the financing of its activities;

(b) Obligations assumed by the Contractor to withhold, collect and forward monies from the pay of its employees for the benefit of its employees in welfare funds, pension funds, and union dues check-of;

(c) Obligations assumed by the Contractor to pay, collect and forward monies for the Apprenticeship training funds.

Payments to the program shall be in accordance with instructions on forms furnished by the Trustees.

The Program is to be administered for the purpose set forth in this Article and in accordance with the terms of said Declaration of Trust.

The monthly contribution period and report shall end with and include the last full weekly pay period of the month.

Payments and reports in duplicate for each monthly contribution period shall be mailed or delivered to the program office on or before the 15th day of the following month. Payments postmarked or delivered by messenger after the 15th day of the following month shall be subject to an additional charge of 10% per month until paid, to reimburse the Construction Advancement Program for damages due to additional administrative expense, impairment of reserves, and costs of collection arising from late payment.

There is specifically excluded from the purposes of the Construction Advancement Program of North Central and East Central Ohio, the right to use any of its funds for lobbying in support of anti-labor legislation and/or to subsidize contractors during a period or periods of work stoppage or strikes.

Upon decision of the Board of Trustees and after thirty days' written notice, the Contractor contribution may be raised.

(130A) **OCIA Fund:** Each Employer bound by this agreement shall pay the Industry Promotion Fund five cents ($.05) per hour for each hour worked by employees of the Employer who are working within the bargaining unit herein. Such payments shall be transmitted with the Health and Welfare payments provided herein or transmitted directly to the Ohio Contractors Association no later than the fifteenth (15th) day of the month immediately following the calendar month in which the work was performed.

## ARTICLE XIII

SUBSTANCE ABUSE

(131) The parties recognize the problems that drugs and alcohol abuse have created in the construction industry and agree to continue negotiations on implementing drug and alcohol abuse prevention programs that will work toward maintaining a safe workplace, free of drugs and alcohol.

**Drug Testing:** The Employer and the Union are committed to a policy that promotes safety in the work place, employee health, and well being. In consideration of this policy, the Union and the Employer agree that any employee found to be under the influence of, in possession of, or engaged in the distribution of drugs or alcohol on the job site shall be subject to disciplinary action, up to and including immediate discharge.

Within two (2) weeks of reporting to the job site, each new employee may be scheduled for a drug test. Employees using a prescription drug which may impair mental or motor function shall inform their supervisor in writing of such drug use.

Employee involvement with drugs and alcohol can adversely affect job performance and employee morale. In the construction industry the consequences of drug or alcohol use or influence while on the job site can be disastrous. The Employer and Union, therefore, agree to the following policy to insure all employees of a safe and efficient job site free from the effects of drug and alcohol use or influence.

Any job site is subject to massive drug screening. Any employee who is involved in an on-the-job accident resulting in injury to a person or property, or whose observed behavior raises a reasonable suspicion of probable cause of illegal drug or alcohol use impairment while on the job site, may be required as a condition of continued employment to submit to a test for alcohol and/or illegal drug use which impaired the employee's ability to safely perform his/her duties on the job site. Such tests usually involve a sampling of the employee's blood, urine, or breath. Any employee who is asked to submit to such a test will be required to sign a consent form. If an employee who is asked to submit to a test refuses to do so, or refuses to sign the necessary consent form, that employee will be subject to disciplinary action up to and including discharge.

All testing will be done by a reliable, established laboratory. If this initial test screen result indicates positive findings, further testing of the same sample must be done to confirm the original findings before the laboratory can report a positive finding. The confirmation test will be conducted by an independent accredited National Institute of Drug Abuse or College of American Pathology laboratory and utilize the more scientific Gas Chromatography/Mass Spectrometry examination (GC/MS). The results of all tests will be kept confidential between the employee, the Employer and the Union. The employee shall be paid his/her regular hourly wages and fringes for the time required for drug testing provided results are negative.

If the GC/MS test results are positive, the employee shall be granted a leave of absence for up to thirty (30) days for the purpose of drug and alcohol rehabilitation. If the employee is eligible, such rehabilitation programs are covered under the International Union of Bricklayers and Allied Craftsworkers Local #40 Health and Welfare Program providing the employee confines himself/herself to a twenty-four (24) hour licensed rehabilitation medical facility.

Until the employee presents certification of successful completion of the rehabilitation program, he/she shall be removed from employer's job site. Upon presentation of certification of the employee's successful completion of the drug/alcohol rehabilitation program, the employee may be restored to his/her original job with the employer. The employee shall, under either circumstance, for the next succeeding twelve (12) month period, present to the Local #40 Representative monthly certification of negative drug/alcohol test results, failure to do so will result in denying the employee the right to maintain his/her availability to be sent to a job site or if working, to be removed from work.

## ARTICLE XIV

SAVINGS AND SEPARABILITY

(132) It is mutually agreed that if any clause, term or provision of this Agreement is or is hereafter found to be illegal or in contravention of any court ruling, National Labor Relations Board ruling or ruling of any other Board or Agency having jurisdiction in the matter, such clause, term or provision shall be or become inoperative and of no effect,

without disturbing the other clauses, terms and provisions of this Agreement, and the remaining parts of this Agreement shall remain in full force and effect.

(132A) In the event any clause, term or provision of this Agreement is found to be illegal or in contravention of any court ruling, National Labor Relations Board ruling, or ruling of any other Board or Agency having jurisdiction in this matter, said clause, term or provision shall be renegotiated to the mutual satisfaction of the parties; but, during such renegotiation, there shall be no interruptions of work by lockouts, strikes or other labor troubled.

**ARTICLE XV**

**CONFLICTING AGREEMENTS**

(133) If the Union enters into any agreement with any individual employer or group of employers within the area of jurisdiction of this Agreement containing any more favorable wages, hours, fringe benefits, conditions or other cost items than those contained herein. The Union agrees that any such more favorable total cost shall be automatically extended to the Employer signatories through a reduction in the base wage rate.

**ARTICLE XVI**

DURATION OF AGREEMENT

(134) This Agreement shall be effective as of May 1, 2000 and shall remain in full force and effect until Midnight, April 30, 2003, and shall continue to remain in full force thereafter from year to year, provided that this Agreement will terminate at the expiration of the initial or any subsequent annual period if either party gives written notice to the other party of its desire for termination, at least sixty (60) days before such annual date; and provided further that if this Agreement is not so terminated and either parties gives written notice to the other of its desire to change or modify this Agreement at least sixty (60) days before such annual date, then this Agreement shall remain in full force and effect on a day-to-day basis after such annual date until a new agreement is negotiated and signed or until either party gives the other five (5) additional days written notice of termination.

IN WITNESS WHEREOF, we the undersigned duly authorized representatives of the I.U. of B. & A.C., Local Union 40 and the Labor Relations Division of the Ohio Contractors Association, executed this Agreement on the 27th day of March, 2000.



LOCAL UNION 40 of the INTERNATIONAL UNION OF

BRICKLAYERS AND ALLIED CRAFTSWORKERS

LOCAL 40

s/ Terry Workman, Business Representative

s/ Fred Hamrick

s/ Jim Brown

ss/ Harold Walker

s/ David Wertman

LABOR RELATIONS DIVISION, BUILDING SECTION,

OF THE OHIO CONTRACTORS ASSOCIATION

s/ Mark Sterling, Chairman, Labor Executive Committee

s/ Mark Potnick, Director, Labor Relations

s/ Rick Kusmer



APPENDIX A

## BRICKLAYERS LOCAL 40

### RATES OF PAY – EFFECTIVE DATES OF RATES AND FRINGES

Counties covered: Ashland, Crawford, Hardin, Holmes, Marion, Morrow, Richland, Wayne and Wyandot; Bricklayers, Caulkers, Painters, Cleaners, Blocklayers, Stonemasons, Tilelayers, Terrazzo, Marble Masons and Sewer Bricklayers.

**EFFECTIVE DATE: MAY 1, 2000**

| | |
|---|---|
| Base Hourly Rate: | $21.82 |
| Health & Welfare: | +2.70 |
| Pension: | +3.40 |
| Int'l Pension: | +1.00 |
| IMI: | + .31 |
| CAP: | + .14 |
| OCIA: | + .05 |
| *O.C.A. Administrative: | + .05 |
| Foreman: | +10% Base Hourly Rate |
| Apprenticeship: | - .08 |
| Building Trades: | - .02 |
| Dues: | - 3.5 % of gross |

**EFFECTIVE DATE: MAY 1, 2001**

| | |
|---|---|
| Base Hourly Rate: | $22.95 |
| Health & Welfare: | +2.70 |
| Pension: | +3.40 |
| Int'l Pension: | +1.00 |
| IMI: | + .43 |
| CAP: | + .14 |
| OCIA: | + .05 |
| *O.C.A. Administrative: | + .05 |
| Foreman: | +10% Base Hourly Rate |
| Apprenticeship: | - .08 |
| Building Trades: | - .02 |
| Dues: | - 3.5 % of gross |

Layout man and Sawman: Rate one dollar ($1.00) per hour over the Journeyman rate.

Fringe payments shall be made to: Stoner and Associates, 205 West 4th St., Suite 225, Cincinnati, Ohio 45202. The Bricklayers International Pension Fund Payment and the I.M.I. Fund Payment shall be made to: Bricklayers International Pension Fund, Department 0714, Washington, D.C. 20073-0714.

**EFFECTIVE DATE: MAY 1, 2002**

| | |
|---|---|
| Base Hourly Rate: | $22.95 |
| Health & Welfare: | +2.75 |
| Pension: | +4.00 |
| Int'l Pension: | +1.50 |
| IMI: | + .53 |
| CAP: | + .14 |
| OCIA: | + .05 |
| *O.C.A. Administrative: | + .05 |
| Foreman: | +10% Base Hourly Rate |
| Apprenticeship: | - .08 |
| Building Trades: | - .02 |
| Dues: | - 3.5 % of gross |

## CEMENT FINISHERS AND PLASTERERS LOCAL 40

### RATES OF PAY – EFFECTIVE DATES OF RATES AND FRINGES

Counties covered: Holmes and Wayne.

**EFFECTIVE DATE: MAY 1, 2000**

| | |
|---|---|
| Base Hourly Rate: | $21.82 |
| Health & Welfare: | +2.70 |
| Pension: | +3.40 |
| Int'l Pension: | +1.00 |
| IMI: | + .31 |
| CAP: | + .14 |
| OCIA: | + .05 |
| *O.C.A. Administrative: | + .05 |
| Foreman: | +10% Bare Hourly Rate |
| Apprenticeship: | - .08 |
| Building Trades: | - .02 |
| Dues: | - 3.5 % of gross |

**EFFECTIVE DATE: MAY 1, 2001**

| | |
|---|---|
| Base Hourly Rate: | $22.95 |
| Health & Welfare: | +2.70 |
| Pension: | +3.40 |
| Int'l Pension: | +1.00 |
| IMI: | + .43 |
| CAP: | + .14 |
| OCIA: | + .05 |
| *O.C.A. Administrative: | + .05 |
| Foreman: | +10% Base Hourly Rate |
| Apprenticeship: | - .08 |
| Building Trades: | - .02 |
| Dues: | - 3.5 % of gross |

**EFFECTIVE DATE: MAY 1, 2002**

| | |
|---|---|
| Base Hourly Rate: | $22.95 |
| Health & Welfare: | +2.75 |
| Pension: | +4.00 |
| Int'l Pension: | +1.50 |
| IMI: | + .53 |
| CAP: | + .14 |
| OCIA: | + .05 |
| *O.C.A. Administrative: | + .05 |
| Foreman: | +10% Base Hourly Rate |
| Apprenticeship: | - .08 |
| Building Trades: | - .02 |
| Dues: | - 3.5 % of gross |

• It is further agreed that should the Trustees of the Health & Welfare Fund decide that additional contributions are needed for this fund in the 2nd and or 3rd year of this contract, such additional contributions will be paid by the employer. However,the total sum of all such additional, employer contributions during the term of this agreement shall not exceed ten cents ($.10). The Trustees will provide notice of any increase at least sixty (60) days prior to such increase in the contribution for the Health & Welfare Fund. If the contribution is not required it will not be carried forward.

* Each employer bound by this agreement who is not a member of the Ohio Contractors Association (OCA) shall pay an administrative fee of five cents ($.05) per hour for each hour worked by employees of the employer who are working within the bargaining unit herein. Such payments shall be transmitted directly to the OCA no later than the 15th day of the month immediately following the calendar month in which the work is performed.

APPENDIX B
JOB RECOVERY AGREEMENT
OHIO CONTRACTORS ASSOCIATION AND
BRICKLAYERS AND ALLIED CRAFTSWORKERS
LOCAL UNION NO. 40

ARTICLE I

OBJECTIVE

1. To mutually develop a program between Labor and Management directed to improve and enhance competitive bidding for services to the customer. The parties hereby establish a Labor-Management committee which will meet regularly for the primary purposes of communication, market research, and program implementation.

2. To establish a basic Agreement providing for competitive hourly rates, work practices, and establish, for the consumer, uninterrupted construction of the various projects without strikes or lockouts.

3. The parties mutually agree to establish by this Agreement a continuing responsibility for productivity by the workmen, and an awareness of the contractor to bid competitively and manage the work forces efficiently.

ARTICLE II

SCOPE OF THE AGREEMENT

1. The parties agree, initially, that the scope of this Agreement applies to markets that the parties have not succeeded in bidding.

2. Terms of this Agreement will apply to private sector work where the competition is non-union. The determination of this application must be made in a "pre-bid meeting" between contractors and Local Union Representatives.

The parties further agree that during the life of this Agreement the parties may expand the scope of this Agreement as market research recommendations may indicate.

ARTICLE III

MANAGEMENT CONSIDERATIONS

1. It is mutually agreed that the contractor, in addition to general rights to manage, shall have the right of mobility of manpower within the Bricklayers Local Union #40. Manpower needs shall be determined at the pre-job conference based on guidelines provided in the "Master Agreement."

ARTICLE IV

UNION CONSIDERATIONS

1. It is mutually agreed that standard Union shop provisions are incorporated in this agreement as permitted for the Construction Industry by the Taft-Hartley Act.

ARTICLE V

SUB-CONTRACTOR CLAUSE

1. The parties agree that contractors signatory to this Agreement, who joint venture, or sub-contracts to his subsidiaries, and/or subcontracts to any contractor not signatory to this Agreement, shall be bound by the terms of the Master Agreement as it relates to sub-contracting.

ARTICLE VI

GRIEVANCE PROCEDURE

1. The parties agree that in consideration for a no strike/no lockout provision, to adopt the grievance and arbitration procedure of the "Master Agreement."

ARTICLE VII

SPECIFIC CONDITIONS OF THE AGREEMENT

1. Wages – 80% taxable hourly rate with fringes at 100%.

2. Hours of work – all hours over 10 hours per day Monday thru Friday and all hours over 40 and all hours on Saturday will be at time and one-half. Double time will be paid for hours worked on Sundays and Holidays.

3. Any employee that is employed by a Contractor under the terms and provisions of the "Master Agreement" shall have the right to reject being assigned to a project being worked under this agreement and if laid-off will be laid-off for "lack of work" only.

4. The State and Federal Residential Construction rate shall be established as indicated in paragraph one (1), of this article.

ARTICLE VIII

FRINGES

1. The parties hereby agree to be bound by terms of the Master Agreement which relate to the establishment of fringes (Health & Welfare, Pension, Vacation, Apprenticeship, CAP, IMI, OCIA and Dues).

2. Effective date of this Agreement is the date the parties become signatory, expiration date of the Agreement is the expiration date of the "Master Agreement."

3. The parties agree to adopt standard language regarding required notification, prior to expiration to negotiate terms of a new Agreement or to terminate. Should the parties not ratify a continuance to said Agreement, any job bid under this Agreement will be completed as bid.

ARTICLE IX

SIGNATURE REQUIREMENTS

1. No employer shall be permitted to become signatory to this Agreement unless they are signatory to the current collective bargaining agreement.

IN WITNESS WHEREOF, we the undersigned duly authorized representatives of the I.U. of B. & A.C., Local Union No. 40 and the Labor Relations Division of the Ohio Contractors Association, executed this Agreement on the 27th day of March, 2000.

BRICKLAYERS AND ALLIED CRAFTSWORKERS
LOCAL UNION NO. 40

S/ Terry Workman
Business Agent
S/ Fred Hamrick
S/ Jim Brown
S/ Harold Walker
S/ David Wertman

LABOR RELATIONS DIVISION, BUILDING SECTION,
OHIO CONTRACTORS ASSOCIATION

S/ Mark Sterling
Chairman, Labor Executive Committee
S/ Mark Potnick
Director, Labor Relations
S/ Rick Kusmer



**BRICKLAYERS AND TROWEL TRADES**
**INTERNATIONAL PENSION FUND**
**"STANDARD FORM OR PARTICIPATION AGREEMENT"**

The undersigned Employer and Union represent that the only agreement between the said parties regarding pensions or retirement for employees covered by the Collective Bargaining Agreement between the parties is as follows:

1. (a) Commencing with the 1st day of ______________________

20 ______, and for the duration of the current collective Bargaining Agreement between the said parties, and any renewals or extensions thereof, the Employer agrees to make payments to the Bricklayers and Trowel Trades International Pension Fund for each employee covered by the said Collective Bargaining Agreement as follows:
(b) For each hour or portion thereof, for which an employee received

pay the Employer shall make a contribution of $ ______________
to the above named Pension Fund.
(c) For purposes of this article each hour paid for including hours attributable to show-up time and other hours for which pay is received by the employee in accordance with the Collective Bargaining Agreement shall be counted as hours for which contributions are payable.
(d) Contributions shall be paid on behalf of any employee starting with the employee's first day of employment in a job classification covered by the Collective Bargaining Agreement. This includes, but is not limited to apprentices, helpers, trainees and probationary employees.
(e) The payments to the Pension Fund required above shall be made to the Bricklayers and Trowel Trades International Pension Fund, which was established under an Agreement and Declaration of Trust dated June 29, 1972, a copy of which has been signed by the Employer in the space provided at the end of such agreement, or to which the Employer has become bound by the signing of some other written instrument.

2. It is agreed that all contributions shall be made at such time and in such manner as the Trustees require and the Trustees shall have the authority to have an independent Certified Public Accountant audit the payroll and wage records of the Employer for the purpose of determining the accuracy of contributions to the Pension Fund.

3. If an Employer fails to make contributions to the Pension Fund within twenty days after the date required by the Trustees, the Union shall have the right to take whatever steps are necessary to secure compliance with the Agreement, any provision of the Collective Bargaining Agreement to the Contrary notwithstanding and the Employer shall be liable for all costs for collecting the payments due together with attorney's fees and such liquidated damages which may be assessed by the Trustees. The Employer's liability for payment hereunder shall not be subject to the grievance or arbitration procedure or the "no strike" clause provided under the Collective Bargaining Agreement.

4. It is agreed that the Pension Plan adopted by the Trustees of the said Pension Fund shall at all times conform with the requirements of the Internal Revenue Code so as to enable the Employer at all times to treat contributions to the Pension Fund as a deduction for income tax purposes.

5. The parties agree that this Participation Agreement shall be considered a part of the Collective Bargaining Agreement between the undersigned parties.

6. The expiration date of the present Collective Bargaining Agreement between the undersigned parties is ________________, ____________,

20 ________.

Copies of the Collective Bargaining Agreement and all renewal or extension agreements will be furnished promptly to the Pension Fund Office and if not consistent with the Participation Agreement, can be used by the Trustees as the basis for termination of participation of the Employer.

## ASSENT TO COLLECTIVE BARGAINING AGREEMENT

In consideration of the benefits to be derived and other good and valuable consideration the undersigned employer, although not a member of the Labor Relations Division of the Ohio Contractors Association, does hereby join in, adopt, accept, and become a party to the collective bargaining agreement heretofore made by the Labor Relations Division of the Ohio Contractors Association with Local Union 40 of the International Union of Bricklayers and Allied Craftsworkers including all of the provisions therein and any amendments made thereto, and including those provisions pertaining to contributions to Trust Funds, and agrees to be bound by any Trust Agreement hereafter entered into between these parties and agrees to make contributions as required, and authorizes this parties to name the Trustees to administer said Funds and ratifies and accepts such Trustees and the terms and conditions of the Trusts as if made by the undersigned.

Bogner Construction Company
Name of Company

305 W. Mulberry Street
Street

Wooster | Ohio | 44691
City | State | Zip Code

330-262-6730
Company Phone Number

Robert E. Bogner, Vice President-Secretary
Authorized Representative and Title

11/3/00
Date

Ohio Workers' Compensation No.

Bricklayers #40
Name of Union

1873 CRUM ROAD
Street

SHILOH | OHIO | 44878
City | ~~Street~~ | Zip Code

By [signature] Vice Pres - Secy
By

[signature] Pres. #40

Witness
[signature] Field Rep. #40

**Union Copy**