IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,                          )
                                             )
                    Plaintiffs,              )
                                             )
          v.                                 )      Civil Action No. 07-1153 (JR)
                                             )
BOGNER CONSTRUCTION COMPANY, et al.,         )
                                             )
                    Defendants.              )
                                             )

## DECLARATION OF IRA MITZNER IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1.    I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2.    On July 20, 2007, service was made upon Bogner Construction Company and BCMC, Inc. and acknowledged by John Schaeffer Esq. at 225 North Market Street, Wooster, OH 44691, counsel to defendants.

3.    Proof of such service is provided by the executed Notice and Acknowledgement of Receipt of Summons, Complaint and Initial Order executed on July 20, 2007, attached hereto as Exhibit A, on behalf of Bogner Construction Company and BCMC, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _July 26, 2007_                              _____
                                                   Ira R. Mitzner

# EXHIBIT A

1920270.01

## SCR CIV FORM 1-A
### Notice and Acknowledgment for Service by Mail
## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| John Flynn et al. |
| --- |

*Plaintiffs*

V.

Civil Action Number | 07-1153 (JR) |

| Bogner Construction Company et al. |
| --- |

*Defendant*

## NOTICE

To:    Name | Bogner Construction Company |

Address | c/o Cc&J Agents, Inc. |

| 225 North Market Street, Wooster, OH 44691 |

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you or the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) | |

| |

*Signture*

Date of Signature

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) | 225 North Market Street, Wooster, Ohio 44691 |

**Signature** _____

Statutory agent for service
Relationship to Defedant/Authority
*To Receive Service*

| 7/20/2007 |
Date of Signature

Form CV(6)-1590/Mar 97

SCR CIV FORM 1-A
Notice and Acknowledgment for Service by Mail
## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| John Flynn et al. |
|---|

*Plaintiffs*

V.                                    Civil Action Number | 07-1153 (JR) |

| Bogner Construction Company et al. |
|---|

*Defendant*

## NOTICE

To:    Name | BCMC, INC. |

Address | c/o Cc&J Agents, Inc. |

| 225 North Market Street, Wooster, OH 44691 |

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you or the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on
(insert date) | |

| |
Date of Signature

*Signture*

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) | 225 North Market Street, Wooster, Ohio 44691 |

Signature _John H. Selyy_    Statutory Agent for service    7/20/2007
Relationship to Defendant/Authority    Date of Signature
*To Receive Service*

Form CV(6)-1590/Mar 97