IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No. 07-1153 (JR) |
| | ) |
| BOGNER CONSTRUCTION COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF CHARLES V. MEHLER III IN SUPPORT OF
SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, **CHARLES V. MEHLER III**, hereby declare as follows:

1.    I am an associate with the firm of Dickstein Shapiro LLP and counsel to the Plaintiffs in the above-captioned case.

2.    On July 20, 2007, service was made upon Bogner Construction Company and BCMC, Inc. pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, which permits service pursuant to the law of the state in which the district court is located, and acknowledged by John Schaeffer Esq. at 225 North Market Street, Wooster, OH 44691, counsel to defendants.

3.    Proof of such service pursuant to District of Columbia state law is provided by the Notice and Acknowledgement of Receipt of Summons, Complaint and Initial Order forms executed on July 20, 2007, on behalf of Bogner Construction Company and BCMC, Inc, attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  August 3, 2007

_____
Charles V. Mehler III

EXHIBIT A

SCR CIV FORM 1-A
Notice and Acknowledgment for Service by Mail
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

John Flynn et al.
                                    _Plaintiffs_

                V.                              Civil Action Number  07-1153 (JR)

Bogner Construction Company et al.
                                    _Defendant_

## NOTICE

To:    Name   BCMC, INC.

       Address   c/o Cc&J Agents, Inc.

                 225 North Market Street, Wooster, OH  44691

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you or the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date)

_Signture_
                                                        Date of Signature

Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address)   225 North Market Street, Wooster, Ohio 44691

_Signature_                        Statutory Agent for service    7/20/2007
                                   Relationship to Defendant/Authority    Date of Signature
                                   To Receive Service

Form CV(6)-1590/Mar 97

SCR CIV FORM 1-A
Notice and Acknowledgment for Service by Mail
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

John Flynn et al.

_____ Plaintiffs

V.

Civil Action Number    07-1153   (JR)

Bogner Construction Company et al.

_____ Defendant

NOTICE

To:    Name    Bogner Construction Company

Address    c/o Cc&J Agents, Inc.

225 North Market Street, Wooster, OH 44691

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you or the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date)

_____

Signture

Date of Signature

Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address)    225 North Market Street, Wooster, Ohio 44691

Signature

Statutory agent for service
Relationship to Defedant/Authority
To Receive Service

7/20/2007
Date of Signature

Form CV(6)-1590/Mar 97