UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al. <br> and <br> JIM ALLEN, et al. <br>           Plaintiffs, <br> v. <br><br> BOGNER CONSTRUCTION COMPANY <br> and <br> BCMC, Inc. <br>           Defendants. | Case 1:07-cv-01153 |

MOTION TO ADMIT OUT OF STATE COUNSEL
*PRO HAEC VICE*

COMES NOW John E. Drury, Esquire, a member of the bar of this Court and moves this Honorable Court pursuant to Rule 44 of the Local Rules of this Court to admit *pro haec vice* John Howard Schaeffer of the law firm of Critchfield, Critchfield & Johnston, Ltd., 225 North Market Street, Wooster, OH 44691, as counsel in this case for Defendant Bogner Construction Company.

1.) John Howard Schaeffer is a member of the state courts of Ohio, all state courts in the state of Arizona, the Federal Courts of the Northern and Southern Districts of Ohio, the Federal Court of the District of Arizona, and he was admitted in the Federal Court of the Northern District of West Virginia, by motion *pro haec vice* in 2002. In compliance with the requirements of Local Rule 44 (d), the following submissions are made and under counsel's own certification; John Howard Schaeffer has never been disciplined by any bar of any court, John Howard Schaeffer has not previously been admitted in this Court at any time and John Howard Schaeffer does not engage in the practice of law from an office located in the District of Columbia, is not a member of the District of Columbia

1

Bar or has no application for membership pending. His telephone number is 330/264-4444. He is an experienced trial advocate and will adhere to all the local rules of this Court.

2.) In compliance with Rule 44 (c), Local Rules, John Howard Schaeffer will file such papers and pleadings as are required and those papers and pleadings will be co-signed by instant counsel who is a lawyer in good standing in this Court, a member of the Bar of the District of Columbia and the Commonwealth of Virginia and has been a member of this Court since 1969 and is familiar with the Federal rules of procedure and local rules of this Court.

3.) Counsel for plaintiff, Ira R. Mitzner, was called by instant counsel and he has no objection to the grant of this motion.

4.) An answer or responsive pleading under Rule 12, FRCP, is due in this case on or before August 29, 2007.

WHEREFORE, John E. Drury, Esquire, a member of the bar of this Court and moves this Honorable Court to admit *pro haec vice* John Howard Schaeffer as counsel in this case for Defendant Bogner Construction Company based on the aforementioned representations.

Respectfully Submitted,

_____
John E. Drury
Suite 303 – 1900 L Street, NW
Washington, DC 20036
202/463-6131
Dc Bar # 924407

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing pleading was hand delivered this August 9, 2007, to Ira R. Mitzner. Esquire, c/o Dickstein, Shapiro, LLP, 1825 Eye Street, NW, Washington, DC 20006

_____
John E. Drury