UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BOGNER CONSTRUCTION COMPANY, et al. )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1153 (JR) |

### NOTICE OF ERRATA

On June 27, 2007 plaintiffs in the above-captioned matter filed a Complaint. Page 4 of the Complaint inadvertently was omitted when the Complaint was filed. Accordingly, Plaintiffs hereby submit a copy of page 4 of the Complaint previously omitted.

Dated:  August 17, 2007

Respectfully submitted,

*[signature]*

Ira R. Mitzner (D.C. Bar No. 184564)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C.  20006-5403
(202) 420-2234
*Counsel for Plaintiffs*

2305647.01

6. Defendant, Bogner Construction Co., Inc. (hereinafter "Bogner") is, and at all times hereinafter mentioned was, a company maintaining offices and conducting business in the state of Ohio.

7. Defendant, BCMC, Inc. ("BCMC") is, and at all times hereinafter mentioned was, a company maintaining offices and conducting business in the state of Ohio.

8. Defendants are building and construction industry employers. Bogner has employed members of the International Union of Bricklayers and Allied Craftsmen and its affiliated local unions ("Union").

## Violation Charged

9. Bogner, acting through its authorized agents or officers, executed collective bargaining agreements with the Union. Those collective bargaining agreements are annexed hereto as Exhibits A, B, and C and are hereinafter referred to as the "Agreements."

10. Pursuant to the Agreements, Bogner agreed to make certain payments to the IPF and IMI on behalf of employees and/or subcontractors performing covered work.

11. Bogner was a union company that, until June 2004, operated under the Agreements and made contributions to the IPF and IMI on behalf of its employees. During that same period, BCMC operated as a non-union company.

12. Upon information and belief, Bogner and BCMC were, at all relevant times, alter egos in that, *inter alia,* they were under common control (Theodore R. Bogner and Robert Bogner), operated from the same building, engaged in the same business, shared some of the same employees, and shared some of the same equipment.

2254777.01

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Errata was served by first-class mail, postage prepaid, on the 17th day of August 2007 upon:

>John E. Drury, Esq.
>Suite 303 – 1900 L Street, N.W.
>Washington, DC  20036
>
>Attorney for Defendants

*[signature]*
Joanne Jackson