## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, *et al.*,                    :
                                         :
          Plaintiffs,                    :
                                         :
     v.                                  : Civil Action No. 07-1153 (JR)
                                         :
BOGNER CONSTRUCTION COMPANY, *et*        :
*al.*,                                   :
                                         :
          Defendants.                    :

## ORDER

Upon consideration of defendant's motion for the *pro hac vice* appearance of John H. Schaeffer [4], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                              JAMES ROBERTSON
                         United States District Judge