IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No: 1:07-1153 (JR) |
| | ) |
| BOGNER CONSTRUCTION COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT REPORT UNDER LOCAL CIVIL RULE 16.3

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, Plaintiffs and Defendants jointly and respectfully submit the following report for the Court's review, the parties having conferred with respect to the following issues in accordance with the aforementioned Rules:

1.  The parties believe that this case may be resolved by dispositive motion following the completion of discovery.

2.  The parties believe that any other party should be joined and/or the pleadings amended within 30 days after the issuance of the Court's scheduling order. The parties further believe that it is possible that some of the factual and legal issues can be agreed upon or narrowed following the completion of discovery.

3.  The parties do not wish to have this case referred to a Magistrate for all purposes.

2320481.01

4.  The parties believe that there is a possibility that the case can be settled. However, the realistic possibility of settlement cannot be discussed until the parties have had an opportunity to engage in discovery.

5.  The parties do not wish to participate in alternative dispute resolution procedures at this time. Counsel agrees to discuss the viability of alternative dispute resolution with their respective parties, should such procedures appear to counsel to be appropriate for resolving this matter.

6.  The parties believe that this case may be resolved by summary judgment. The parties propose the following schedule: dispositive motions should be filed by May 31, 2008; opposing memoranda should be filed by June 30, 2008; and reply briefs should be filed by July 31, 2008.

7.  The parties wish to proceed with the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1). The parties agree to make such initial disclosures within 30 days following the entry of the Court's scheduling order.

8.  The parties believe that discovery is required. Specifically, the parties agree that each party is entitled to propound up to 30 interrogatories and 30 requests for admission upon each named party. The parties further agree that each party is entitled to conduct up to 10 depositions, not including expert depositions. The parties also agree that each party is entitled to propound written requests for production of documents, electronically stored information, tangible things, and entry upon land, as provided by the Federal Rules of Civil Procedure. The parties shall be entitled to utilize all remaining discovery devices permitted by the Federal Rules of Civil Procedure. Discovery shall be completed by March 31, 2008.

9.  At this time, the parties do not anticipate the use of expert witnesses in this case. However, the parties reserve the right to name expert witnesses at a later date if the need arises. In the event that the need for expert witnesses arises, the parties agree to amend this Report

and/or take the steps necessary to obtain the Court's approval of appropriate procedures pertaining to the use of such experts.

10. Not applicable.

11. The parties agree to discuss the issue of possible bifurcation and/or phase management of the trial of this matter at a later date as appropriate.

12. The parties agree that the pretrial conference should be held 30 days following the Court's ruling on the dispositive motions described in paragraph 6 above.

13. The parties agree that the Court should set a firm trial date at the pretrial conference.

14. The parties agree to discuss additional matters appropriate for inclusion in the Court's scheduling order, should the need arise.

Dated: September 19, 2007            By: _____/s_____
                                     Ira R. Mitzner, DC Bar No. 184564
                                     Charles V. Mehler III, DC Bar No. 475909
                                      DICKSTEIN SHAPIRO LLP
                                      1825 Eye Street, NW
                                      Washington, DC  20006
                                      T:  (202) 420-2234
                                      F:  (202) 420-2201

                                     Attorneys for Plaintiffs
                                     John Flynn, et al.

3

2320481.01

By: _____/s/_____
John H. Schaeffer
 CRITCHFIELD, CRITCHFIELD
 & JOHNSTON, LTD.
 225 North Market Street, P.O. Box 599
 Wooster, OH 44691
 T: (330) 264-4444
 F: (330) 263-9278


By: _____/s/_____
John E. Drury, DC Bar No. 924407
 1900 L Street, N.W, Suite 303
 Washington, DC 20036
 T: (202) 463-6131

Attorneys for Defendant
Bogner Construction Company


By: _____/s/_____
Edward A. Scallet, DC Bar No. 368617
Thomas S. Gigot, DC Bar No. 384668
 GROOM LAW GROUP, CHARTERED
 1701 Pennsylvania Avenue, N.W., Suite 1200
 Washington, DC 20006
 T: (202) 857-0620
 F: (202) 659-4503

Attorneys for Defendant
BCMC, Inc.

4

2320481.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No: 1:07-1153 (JR) |
| | ) |
| BOGNER CONSTRUCTION COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esq.
>Dickstein Shapiro LLP
>1825 Eye Street, N.W.
>Washington, DC  20006-5403
>Telephone: (202) 340-2200
>Facsimile   (202) 420-2201
>
>John H. Schaeffer, Esq.
>Critchfield, Critchfield & Johnston, Ltd.
>225 North Market Street, P.O. Box 599
>Wooster, OH  44691
>Telephone: (330) 264-4444
>Facsimile:   (330) 263-9278
>
>John E. Drury, Esq.
>1900 L Street, N.W., Suite 303
>Washington, DC  20036
>Telephone: (202) 463-6131
>
>Edward A. Scallet, Esq.
>Thomas S. Gigot, Esq.
>Groom Law Group, Chartered
>1701 Pennsylvania Avenue, N.W., Suite 1200
>Washington, DC  20006
>Telephone: (202) 857-0620
>Facsimile:   (202) 659-4503

2321040.01

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Report Under Local Civil Rule 16.3, proposed Judgment, and Local Rule 7(k) Statement, was served by first-class mail, postage prepaid, on the 19th day of September 2007 upon:

John H. Schaeffer, Esq.
Critchfield, Critchfield & Johnston, Ltd.
225 North Market Street, P.O. Box 599
Wooster, OH  44691

John E. Drury, Esq.
1900 L Street, N.W., Suite 303
Washington, DC  20036

Edward A. Scallet, Esq.
Thomas S. Gigot, Esq.
Groom Law Group, Chartered
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006

_____
Joanne Jackson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOGNER CONSTRUCTION COMPANY, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No: 1:07-1153 (JR) |

## ORDER

Any other parties shall be joined or the pleadings amended within 30 days of the issuance of the Court's scheduling order. Discovery will be permitted until March 31, 2008. Dispositive motions shall be filed by May 31, 2008; opposing memoranda shall be filed by June 30, 2008; and reply briefs shall be filed by July 31, 2008.

**SO ORDERED**, this _____ day of _____, 2007.

_____
United States District Judge
James Robertson

2321110.01