IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,                          )
                                             )
                                             )
                                             )
                                             )        **APPEARANCE**
                                             )
                                             )
                    Plaintiffs,              )        Case No.:  1:07-CV-01153(JR)
                                             )
        vs.                                  )
                                             )
BOGNER CONSTRUCTION COMPANY, )
                                             )
                                             )
                                             )
and                                          )
                                             )
BCMC, INC.,                                  )
                                             )
                                             )
                                             )
                    Defendants.              )


To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Thomas S. Gigot</u> as counsel in this case for: <u>Defendant BCMC,</u>

<u>Inc</u>.


Dated: September 26, 2007                    By:  /s/ Thomas S. Gigot_____
                                             Edward A. Scallet  DC Bar #368617
                                             Thomas S. Gigot  DC Bar #384668
<u>384668_____</u>                   GROOM LAW GROUP, CHARTERED
Bar Number                                   1701 Pennsylvania Avenue, N.W.
                                             Washington, DC 20006
                                             Telephone:     (202) 857-0620
                                             Facsimile:     (202) 659-4503.
                                             *Attorneys for Defendant BCMC, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

The foregoing APPEARANCE was served both through the Court's electronic filing system and by regular U.S. mail, postage prepaid, this 26th day of September, 2007, upon:

| | |
|---|---|
| Ira R. Mitzner, Esq. | John H. Schaeffer, Esq. |
| Charles V. Mehler, III, Esq. | CRITCHFIELD, CRITCHFIELD & |
| DICKSTEIN SHAPIRO LLP | JOHNSTON, LTD. |
| 1825 Eye Street, N.W. | 225 North Market Street |
| Washington, D.C. 20006 | P.O. Box 599 |
| mitzneri@dsmo.com | Wooster, OH 44691 |
| mehlerc@dsmo.com | schaeffer@ccj.com |
| *Attorneys for Plaintiffs* | |
| | John E. Drury, Esq. |
| | 1900 L Street, N.W. |
| | Suite 303 |
| | Washington, D.C. 20036 |
| | jedrury@aol.com |
| | *Attorneys for Defendant Bogner Construction Company* |

 /s/ Thomas S. Gigot_____
*Attorney for Defendant BCMC, Inc.*