IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.: 1:07-CV-01153(JR) |
| ) | |
| BOGNER CONSTRUCTION ) | |
| COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION OF BRETT FISSEL**

The Plaintiff will take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Bogner Construction Company, et al., by and through undersigned counsel, shall take the deposition of Brett Fissel on **Thursday, January, 17, 2007 at 12:30 p.m.**, before a Notary Public at the offices of Critchfield, Critchfield & Johnston, Ltd., 4996 Foote Road, Medina, Ohio 44256. The deposition will be taken upon oral examination and recorded stenographically. The deposition will begin at 12:30 p.m. and will be continued from day to day until completed and may be used in evidence in the trial in the above-captioned matter.

Said deposition is taken pursuant to all applicable rules of the Federal Rules of Civil Procedure and will be on cross-examination.

Respectfully submitted,

CRITCHFIELD, CRITCHFIELD & JOHNSTON, LTD.

By: /s/ John H. Schaeffer
    John H. Schaeffer (Ohio S.Ct. #0041874)
    Attorneys for Defendant Bogner Construction Co.
    225 North Market Street, P.O. Box 599
    Wooster, OH 44691
    Phone: 330-264-4444; Fax: 330-263-9278
    Email: schaeffer@ccj.com

By: /s/ John E. Drury
    John E. Drury (D.C. Bar #924407)
    Attorney for Defendant Bogner Construction Co.
    1900 L Street, NW
    Suite 303
    Washington, D.C. 20036
    Phone: 202-463-6131
    Email: jedrury@gmail.com

## CERTIFICATE OF SERVICE

The foregoing Notice of Deposition of Brett Fissel was filed both through the Court's electronic filing system and by regular U.S. mail, postage prepaid, this 7th day of January, 2008 upon:

Ira R. Mitzner, Esq.
Charles V. Mehler, III, Esq.
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, D.C. 20006
*Attorneys for Plaintiff*

Thomas S. Gigot, Esq.
Alex P. Ryan, Esq.
Groom Law Group
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, D.C. 2006
*Attorneys for BCMC, Inc.*

Gina Fraternalli
Joyce Goldstein & Associates
1040 Leader Building
526 Superior Avenue, East
Cleveland, Ohio 44114
*Attorney for Ohio Pension Fund for Bricklayers
and Trowel Trades*

    /s/ John H. Schaeffer
    One of the Attorneys for Defendant
    Bogner Construction Co.