IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,                    )
                                       )
                Plaintiffs,            )
                                       )
        vs.                            )        Case No.:  1:07-CV-01153(JR)
                                       )
BOGNER CONSTRUCTION                    )
COMPANY, et al.                        )
                                       )
                Defendants.            )

**NOTICE OF DEPOSITION OF THOMAS SHOUP**

The Plaintiff will take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants Bogner Construction Company, et al., by and through undersigned counsel, shall take the deposition of Thomas Shoup on **Thursday, January, 17, 2007 at 2:00 p.m.**, before a Notary Public at the offices of Critchfield, Critchfield & Johnston, Ltd., 4996 Foote Road, Medina, Ohio 44256.  The deposition will be taken upon oral examination and recorded stenographically. The deposition will begin at 2:00 p.m. and will be continued from day to day until completed and may be used in evidence in the trial in the above-captioned matter.

Said deposition is taken pursuant to all applicable rules of the Federal Rules of Civil Procedure and will be on cross-examination.

Respectfully submitted,

CRITCHFIELD, CRITCHFIELD & JOHNSTON, LTD.

By:  /s/ John H. Schaeffer
       John H. Schaeffer (Ohio S.Ct. #0041874)
       Attorneys for Defendant Bogner Construction Co.
       225 North Market Street, P.O. Box 599
       Wooster, OH 44691
       Phone:  330-264-4444; Fax: 330-263-9278
       Email: schaeffer@ccj.com

By:   /s/ John E. Drury
       John E. Drury (D.C. Bar #924407)
       Attorney for Defendant Bogner Construction Co.
       1900 L Street, NW
       Suite 303
       Washington, D.C. 20036
       Phone:  202-463-6131
       Email: jedrury@gmail.com

## CERTIFICATE OF SERVICE

The foregoing Notice of Deposition of Thomas Shoup was filed both through the

Court's electronic filing system and by regular U.S. mail, postage prepaid, this 7th day of

January, 2008 upon:

Ira R. Mitzner, Esq.
Charles V. Mehler, III, Esq.
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, D.C. 20006
*Attorneys for Plaintiff*

Gina Fraternalli
Joyce Goldstein & Associates
1040 Leader Building
526 Superior Avenue, East
Cleveland, Ohio 44114
*Attorney for Ohio Pension Fund for Bricklayers
and Trowel Trades*

Thomas S. Gigot, Esq.
Alex P. Ryan, Esq.
Groom Law Group
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, D.C. 2006
*Attorneys for BCMC, Inc.*

     /s/ John H. Schaeffer
     One of the Attorneys for Defendant
     Bogner Construction Co.