IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| ) | |
| ) | |
| ) | **APPEARANCE** |
| ) | |
| ) | |
| Plaintiffs, ) | Case No.: 1:07-CV-01153(JR) |
| ) | |
| vs. ) | |
| ) | |
| BOGNER CONSTRUCTION COMPANY, ) | |
| ) | |
| ) | |
| ) | |
| and ) | |
| ) | |
| BCMC, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Alexander P. Ryan</u> as counsel in this case for: <u>Defendant BCMC, Inc</u>.  Please withdraw the appearance of Edward A. Scallet, also with Groom Law Group, Chartered.

Dated: January 7, 2008

975843
Bar Number

By: /s/ Alexander P. Ryan
Edward A. Scallet  DC Bar #368617
Thomas S. Gigot  DC Bar #384668
Alexander P. Ryan DC Bar #975843
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone:   (202) 857-0620
Facsimile:   (202) 659-4503.
*Attorneys for Defendant BCMC, Inc.*

**CERTIFICATE OF SERVICE**

The foregoing APPEARANCE was served both through the Court's electronic filing system and by regular U.S. mail, postage prepaid, this 7th day of January, 2008, upon:

| | |
|---|---|
| Ira R. Mitzner, Esq.<br>Charles V. Mehler, III, Esq.<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, N.W.<br>Washington, D.C. 20006<br>mitzneri@dsmo.com<br>mehlerc@dsmo.com<br>*Attorneys for Plaintiffs* | John H. Schaeffer, Esq.<br>CRITCHFIELD, CRITCHFIELD &<br>JOHNSTON, LTD.<br>225 North Market Street<br>P.O. Box 599<br>Wooster, OH 44691<br>schaeffer@ccj.com<br><br>John E. Drury, Esq.<br>1900 L Street, N.W.<br>Suite 303<br>Washington, D.C. 20036<br>jedrury@aol.com<br>*Attorneys for Defendant Bogner Construction Company* |

 /s/ Alexander P. Ryan
*Attorney for Defendant BCMC, Inc.*