IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BOGNER CONSTRUCTION COMPANY, )<br>et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-CV-01153 (JR) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the parties by their counsel stipulate to the dismissal with prejudice of this action against Defendants Bogner Construction Company and BCMC, Inc.

Dated: April 15, 2008

                                                /s/
                               Ira R. Mitzner, D. C. Bar #184564
                               Charles V. Mehler III, D.C. Bar # 475909
                               DICKSTEIN SHAPIRO LLP
                               1825 Eye Street, N.W.
                               Washington, D.C. 20006

                               Attorneys for the Plaintiffs


                                                /s/
                               John E. Drury, D.C. Bar #924407
                               1900 L Street, N.W., Suite 303
                               Washington, D.C. 20036

                               John H. Schaeffer
                               CRITCHFIELD, CRITCHFIELD &
                                  JOHNSTON, LTD.
                               225 North Market Street
                               Wooster, OH 44691

                               Attorneys for Defendant, Bogner
                                  Construction Company

2426159

/s/
Thomas S. Gigot, D.C. Bar #384668
Alexander P. Ryan, D.C. Bar #975843
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue. N.W.
Suite 1200
Washington D.C.   20006

Attorneys for Defendant BCMC, Inc.

1740176 v1; 11@Q801!.DOC

2426159

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BOGNER CONSTRUCTION COMPANY, )<br>et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-CV-01153 (JR) |

### ORDER DISMISSING COMPLAINT WITH PREJUDICE

Upon consideration of the attached Stipulation of Dismissal With Prejudice filed by the parties in connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by Defendants, it is this ____ day of _____, 2008 by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed with prejudice.

_____
James Robertson
United States District Court Judge

2426168

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN T. FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BOGNER CONSTRUCTION COMPANY, )<br>et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:07-CV-01153 (JR) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Charles V. Mehler III, Esq.
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006-5403

    John H. Schaeffer, Esq.
    Critchfield, Critchfield & Johnston, Ltd.
    225 North Market Street
    P. O. Box 599
    Wooster, OH 44691

    John E. Drury, Esq.
    1900 L Street, N.W., Suite 303
    Washington, D.C. 20036

    Edward A. Scallet, Esq.
    Thomas S. Gigot, Esq.
    Goom Law Group, Chatered
    1701 Pennsylvania Avenue, N.W.
    Washington, D.C. 20006