IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOHN T. FLYNN, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:07-CV-01153 (JR)
)
BOGNER CONSTRUCTION COMPANY, )
et al., )
)
Defendants. )

## ORDER DISMISSING COMPLAINT WITH PREJUDICE

Upon consideration of the attached Stipulation of Dismissal With Prejudice filed by the parties in connection with claims filed for delinquent fringe benefit contributions due Plaintiffs by Defendants, it is this 17th day of April, 2008 by the United States District Court for the District of Columbia,

**ORDERED**, that the Complaint hereby is dismissed with prejudice.

_____
James Robertson
United States District Judge

2426168